# Exhibit 1

**Registered Feb. 13, 1945**

**Trade-Mark 411,975**

# UNITED STATES PATENT OFFICE

Cartier, Inc., New York, N. Y.

Act of February 20, 1905

Application July 1, 1944, Serial No. 471,859



## STATEMENT

*To the Commissioner of Patents:*

Cartier, Inc., a corporation duly organized under the laws of the State of New York and located at New York city, N. Y., and doing business at 653 Fifth Avenue, New York city 22, N. Y., has adopted and used the trade-mark shown in the accompanying drawing, for WATCHES AND CLOCKS AND WRIST WATCHES WITH WRIST STRAPS AND BRACELETS ATTACHED FOR SECURING THE SAME ON THE WRIST OF THE WEARER, AND TRAVELING CLOCKS AND WATCHES WITH COVERS OF LEATHER, FABRIC AND THE LIKE FOR PROTECTING THEM WHILE TRAVELING, in Class 27, Horological instruments, and presents herewith five specimens showing the trade-mark as actually used by applicant upon the goods, and requests that the same be registered in the United States Patent Office in accordance with the act of February 20, 1905.

The trade-mark has been continuously used in applicant's business and in the business of applicant's predecessors since 1859.

The mark has been in actual use as a trade-mark by the applicant and applicant's predecessors from whom title was derived for ten years next preceding February 20, 1905, and such use has been exclusive.

The trade-mark is applied or affixed to the goods, or to the packages containing the same, by embossing or printing the same directly thereon, by engraving the mark directly thereon, or forming the mark directly therein by means of dies, or by applying thereto a printed label on which the trade-mark is shown.

CARTIER, INC.,
By RENÉ J. POUECH,
*Vice-President.*

Registered July 31, 1945          **Trade-Mark 415,184**

# UNITED STATES PATENT OFFICE

Cartier, Inc., New York, N. Y.

Act of February 20, 1905

Application July 1, 1944, Serial No. 471,561

## *Cartier*

### STATEMENT

*To the Commissioner of Patents:*

Cartier, Inc., a corporation duly organized under the laws of the State of New York and located at New York city, New York, and doing business at 653 Fifth Avenue, New York city 22, New York, has adopted and used the trade-mark shown in the accompanying drawing, for OPERA GLASSES, LORGNETTES, MAGNIFYING GLASSES, THERMOMETERS, READING GLASSES, GRADUATED RULERS, AND TAPE MEASURES, in Class 26, Measuring and scientific appliances, and presents herewith five specimens showing the trade-mark as actually used by applicant upon the goods, and requests that the same be registered in the United States Patent Office in accordance with the act of February 20, 1905.

The trade-mark has been continuously used in applicant's business and in the business of applicant's predecessors since 1859.

The mark has been in actual use as a trade-mark by the applicant and applicant's predecessors from whom title was derived for ten years next preceding February 20, 1905, and such use has been exclusive.

The trade-mark is applied or affixed to the goods, or to the packages containing the same by embossing or printing the same directly thereon, by engraving the mark directly thereon, or forming the mark directly therein by means of dies, or by applying thereto a printed label on which the trade-mark is shown.

Applicant is the owner of registration No. 162,699, of December 26, 1922, renewed to December 26, 1962.

CARTIER, INC.,
By RENÉ J. POUECH,
*Vice-President.*

# United States Patent Office

**759,201**
Registered Oct. 29, 1963

## PRINCIPAL REGISTER
### Trademark

Ser. No. 146,163, filed June 5, 1962

# CARTIER

Cartier, Inc. (New York corporation)
653 5th Ave.
New York 22, N.Y.

For: WATCHES AND CLOCKS, in CLASS 27.
First use in 1859; in commerce in 1859.
Owner of Reg. No. 411,975.

# United States Patent Office

**759,202**
Registered Oct. 29, 1963

## PRINCIPAL REGISTER
### Trademark

Ser. No. 146,164, filed June 5, 1962

# CARTIER

Cartier, Inc. (New York corporation)
653 5th Ave.
New York 22, N.Y.

For: ARTICLES OF JEWELRY FOR PERSONAL WEAR, NOT INCLUDING WATCHES; AND THE FOLLOWING GOODS OF SOLID OR PLATED SILVERWARE—NAMELY, TABLE FLATWARE AND HOLLOW-WARE, TOILET ARTICLES, CANDELABRA, BONBON-CASES, JEWELRY CASES, CROSSES, ROSARIES, AND BUCKLES—in CLASS 28.

First use in 1859; in commerce 1859.

Owner of Reg. No. 411,240.

Int. Cl.: 14

Prior U.S. Cl.: 28

## United States Patent Office

Reg. No. 1,005,286

Registered Feb. 25, 1975

## TRADEMARK
### Principal Register

## LOVE BRACELET

Cartier, Incorporated (New York corporation)
653 5th Ave.
New York, N.Y. 10022

For: JEWELRY—NAMELY, B R A C E L E T S—in CLASS 14 (U.S. CL. 28).

First use at least as early as 1970; in commerce at least as early as 1970.

The word "Bracelet" 'is disclaimed apart from the mark as shown.

Ser. No. 15,279, filed Mar. 7, 1974.

Int. Cl.: 14

Prior U.S. Cls.: 27 and 28

Reg. No. 1,114,482

**United States Patent and Trademark Office**

Registered Mar. 6, 1979

10 Year Renewal

Renewal Term Begins Mar. 6, 1999

## TRADEMARK
## PRINCIPAL REGISTER



CARTIER INTERNATIONAL B.V. (NETHERLANDS CORPORATION) HERENGRACHT 436 B.P. AMSTERDAM, NETHERLANDS, BY ASSIGNMENT AND ASSIGNMENT FROM CARTIER, INCORPORATED (DELAWARE CORPORATION) NEW YORK, NY

OWNER OF U.S. REG. NO. 925,672.

THE MARK CONSISTS OF AN INTER-LOCKING "C" DESIGN.

FOR: ARTICLES OF JEWELRY, WATCHES AND CLOCKS, IN CLASS 14 (U.S. CLS. 27 AND 28).

FIRST USE 3–1–1976; IN COMMERCE 3–1–1976.

SER. NO. 73–104,048, FILED 10–21–1976.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Mar. 23, 1999.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 14

Prior U.S. Cl.: 27, 28

## United States Patent and Trademark Office

Reg. No. 1,114,482
Registered Mar. 6, 1979

## TRADEMARK
### Principal Register



Cartier, Incorporated (Delaware corporation)
653 5th Ave.
New York, N.Y. 10022

For: ARTICLES OF JEWELRY, WATCHES AND CLOCKS, in CLASS 14 (U.S. CLS. 27 and 28).

First use Mar. 1, 1976; in commerce Mar. 1, 1976.

The mark consists of an interlocking "C" design.

Owner of Reg. No. 925,672.

Ser. No. 104,048, filed Oct. 21, 1976.

Int. Cl.: 14

Prior U.S. Cl.: 27

**United States Patent and Trademark Office**

Reg. No. 1,344,284
Registered June 25, 1985

## TRADEMARK
### PRINCIPAL REGISTER

## SANTOS

CARTIER, INCORPORATED (DELAWARE CORPORATION)
653 FIFTH AVENUE
NEW YORK, NY 10022

FOR: WATCHES, IN CLASS 14 (U.S. CL. 27).

FIRST USE 10-0-1978; IN COMMERCE 10-0-1978.

OWNER OF U.S. REG. NOS. 1,248,792, 1,248,793, AND 1,252,656.

THE ENGLISH TRANSLATION OF THE WORD "SANTOS" IS SAINTS

SER. NO. 495,783, FILED 8-20-1984.

ROBERT PEVERADA, EXAMINING ATTORNEY

Int. Cl.: **14**

Prior U.S. Cl.: **27**

Reg. No. **1,353,952**

# United States Patent and Trademark Office
Registered Aug. 13, 1985

## TRADEMARK
### PRINCIPAL REGISTER

## PANTHERE

CARTIER, INCORPORATED (DELAWARE CORPORATION)
653 FIFTH AVENUE
NEW YORK, NY 10022

FOR: WATCHES, IN CLASS 14 (U.S. CL. 27).
FIRST USE 7–0–1983; IN COMMERCE 7–0–1983.

THE WORD IN THE MARK "PANTHERE" CAN BE TRANSLATED INTO ENGLISH AS "PANTHER".

SER. NO. 507,287, FILED 11–5–1984.

ROBERT PEVERADA, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cl.: 27

**Reg. No. 1,365,478**

## United States Patent and Trademark Office    Registered Oct. 15, 1985

## TRADEMARK
### PRINCIPAL REGISTER

## PANTHERE DE CARTIER

CARTIER, INCORPORATED (DELAWARE CORPORATION)
653 FIFTH AVENUE
NEW YORK, NY 10022

FOR: WATCHES, IN CLASS 14 (U.S. CL. 27).
FIRST USE 7–0–1983; IN COMMERCE 7–0–1983.

THE WORD "PANTHERE" TRANSLATES INTO "PANTHER" IN ENGLISH.

SER. NO. 507,288, FILED 11–5–1984.

ROBERT PEVERADA, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cl.: 28

## United States Patent and Trademark Office

Reg. No. 1,372,423
Registered Nov. 26, 1985

## TRADEMARK
### PRINCIPAL REGISTER



CARTIER, INCORPORATED (DELAWARE CORPORATION)
653 FIFTH AVENUE
NEW YORK, NY 10022

    FOR: BRACELETS, IN CLASS 14 (U.S. CL. 28).
    FIRST USE 5–0–1970; IN COMMERCE 5–0–1970.
    OWNER OF U.S. REG. NO. 1,078,675.
    THE MARK CONSISTS OF THE OVERALL CONFIGURATION OF A BRACELET HAVING

A SERIES OF SIMULATED SCREWS WHICH ENCIRCLE THE GOODS AND TWO REAL SCREWS WHICH APPEAR AT THE POINTS ON THE BRACELET WHERE IT MAY BE OPENED.
    SEC. 2(F).

    SER. NO. 495,582, FILED 8–20–1984.

MARK TRAPHAGEN, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cl.: 27

**Reg. No. 1,391,539**

## United States Patent and Trademark Office

Registered Apr. 29, 1986

### TRADEMARK
#### PRINCIPAL REGISTER

### SANTOS DE CARTIER

CARTIER, INCORPORATED (DELAWARE CORPORATION)
653 FIFTH AVENUE
NEW YORK, NY 10022

FOR: WATCHES, IN CLASS 14 (U.S. CL. 27).
FIRST USE 11–0–1978; IN COMMERCE 11–0–1978.

OWNER OF U.S. REG. NOS. 1,210,131, 1,274,709 AND OTHERS.
THE WORD "SANTOS" TRANSLATES INTO "SAINTS".

SER. NO. 549,509, FILED 7–22–1985.

ROBERT PEVERADA, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cl.: 27

**United States Patent and Trademark Office**

Reg. No. 1,483,326
Registered Apr. 5, 1988

## TRADEMARK
### PRINCIPAL REGISTER

## PASHA

CARTIER, INCORPORATED (DELAWARE CORPORATION)
653 FIFTH AVENUE
NEW YORK, NY 10022

FOR: WATCHES, IN CLASS 14 (U.S. CL. 27).
FIRST USE 12–0–1985; IN COMMERCE 12–0–1985.

OWNER OF U.S. REG. NO. 1,429,157.

SER. NO. 603,694, FILED 6–11–1986.

MARK TRAPHAGEN, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cl.: 28

**United States Patent and Trademark Office**

Reg. No. 1,535,215
Registered Apr. 18, 1989

## TRADEMARK
### PRINCIPAL REGISTER



CARTIER, INCORPORATED (DELAWARE CORPORATION)
635 FIFTH AVENUE
NEW YORK, NY 10022

FOR: BRACELETS, RINGS, EARRINGS, CUF-FLINKS, IN CLASS 14 (U.S. CL. 28).
FIRST USE 11–0–1978; IN COMMERCE 11–0–1978.

OWNER OF U.S. REG. NOS. 925,627, 1,461,824 AND OTHERS.

SER. NO. 746,272, FILED 8–15–1988.

CHRIS A. F. PEDERSEN, EXAMINING ATTOR-NEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

Reg. No. 1,948,372

**United States Patent and Trademark Office** Registered Jan. 16, 1996

## TRADEMARK
### PRINCIPAL REGISTER

## TORTUE

CARTIER INTERNATIONAL, B.V. (NETHER-
LANDS COMPANY)
HERENGRACHT 436 B.P.
3980 AMSTERDAM, NETHERLANDS

FOR: JEWELRY, PRECIOUS STONES,
WATCHES AND CLOCKS, IN CLASS 14 (U.S.
CLS. 2, 27, 28 AND 50).

PRIORITY CLAIMED UNDER SEC. 44(D) ON
BENELUX APPLICATION NO. 823633, FILED

3-14-1994, REG. NO. 544113, DATED 3-14-1995,
EXPIRES 3-14-2004.

THE ENGLISH TRANSLATION OF
"TORTUE" IS "TORTOISE".

SER. NO. 74-573,046, FILED 9-13-1994.

ALICE SUE CARRUTHERS, EXAMINING AT-
TORNEY

Int. Cl.: **14**

Prior U.S. Cls.: **27 and 28**

Reg. No. 2,092,409

## United States Patent and Trademark Office

Registered Sep. 2, 1997

## TRADEMARK
### PRINCIPAL REGISTER

## BAIGNOIRE

CARTIER INTERNATIONAL, B.V. (NETHER-
LANDS COMPANY)
HERENGRACHT 436 B.P.
3980 AMSTERDAM, NETHERLANDS

FOR: JEWELRY, PRECIOUS STONES,
WATCHES AND CLOCKS, IN CLASS 14 (U.S.
CLS. 27 AND 28).

OWNER OF NETHERLANDS REG. NO.
544114, DATED 3–14–1994, EXPIRES 3–14–2004.
THE ENGLISH TRANSLATION OF "BAIG-
NOIRE" IS "BATHTUB".

SER. NO. 74–571,588, FILED 9–9–1994.

ALICE SUE CARRUTHERS, EXAMINING AT-
TORNEY

Int. Cl.: **14**

Prior U.S. Cls.: **2, 27, 28 and 50**

Reg. No. 2,322,769

## United States Patent and Trademark Office

Registered Feb. 29, 2000

## TRADEMARK
### PRINCIPAL REGISTER



CARTIER INTERNATIONAL B.V. (NETHERLD ANTILLES CORPORATION)
HERENGRACHT 436 B.P.
3980 AMSTERDAM, NETHERLD ANTILLES

FOR: WATCHES AND JEWELRY, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

OWNER OF NETHERLANDS REG. NO. 589215, DATED 1-4-1996, EXPIRES 1-4-2006.

THE LINING IN THE DRAWING IS FOR SHADING PURPOSES ONLY.

THE MARK CONSISTS OF THE CONFIGURATION OF A JEWELRY CLASP. THE DOTTED LINE IS NOT PART OF THE MARK BUT IS INTENDED TO SHOW THE POSITION OF THE CLASP.

SER. NO. 75-319,619, FILED 7-7-1997.

ANDREW A. ROPPEL, EXAMINING ATTOR-NEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

Reg. No. 2,436,100

## United States Patent and Trademark Office

Registered Mar. 20, 2001

## TRADEMARK
### PRINCIPAL REGISTER



CARTIER INTERNATIONAL B.V. (NETHER-
    LANDS CORPORATION)
HERENGRACHT 436 B.P.
AMSTERDAM, NETHERLANDS

    FOR: CHRONOMETERS, WATCHES AND
CLOCKS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

    FIRST USE 0-0-1985; IN COMMERCE 0-0-1985.

    PRIORITY CLAIMED UNDER SEC. 44(D) ON
BENELUX APPLICATION NO. 897004, FILED 7-7-
1997, REG. NO. 897004, DATED 7-7-1997, EXPIRES 7-
7-2007.

THE MARK CONSISTS OF TWO SETS OF EQUI-
DISTANT PERPENDICULAR LINES WHICH FORM
A TIC TAC TOE PATTERN AND THIS THREE-
DIMENSIONAL GRILLE PATTERN OVERLAYS
THE FACE OF A WATCH TO THE EDGES OF THE
BEZEL OF THE WATCH.

    SEC. 2(F).

    SER. NO. 75-405,591, FILED 12-15-1997.

RADHIKA RAJU, EXAMINING ATTORNEY

**Int. Cl.: 14**

**Prior U.S. Cls.: 2, 27, 28 and 50**

**Reg. No. 3,006,779**

## United States Patent and Trademark Office

Registered Oct. 18, 2005

### TRADEMARK
**PRINCIPAL REGISTER**

### TANK

CARTIER INTERNATIONAL B.V. (NETHER-
LANDS CORPORATION)

HERENGRACHT 436 B.P.

3980 AMSTERDAM, NETHERLANDS

FOR: JEWELLERY, SUCH AS BRACELETS,
BROOCHES, CHARMS, CUFF-LINKS, EARRINGS,
NECKLACES, RINGS, IN CLASS 14 (U.S. CLS. 2, 27,
28 AND 50).

OWNER OF BENELUX REG. NO. 638237, DATED
8-29-1980, RENEWED AS REG. NO. 0638237, DATED
8-29-2000, EXPIRES 8-29-2010.

OWNER OF U.S. REG. NO. 1,006,321.

SER. NO. 75-273,682, FILED 4-14-1997.

JILL C. ALT, EXAMINING ATTORNEY

**Int. Cl.: 14**

**Prior U.S. Cls.: 2, 27, 28 and 50**

**Reg. No. 3,059,210**

## United States Patent and Trademark Office

Registered Feb. 14, 2006

### TRADEMARK
### PRINCIPAL REGISTER

# BALLERINE

CARTIER INTERNATIONAL B.V. (NETHER-
LANDS BESLOTEN VENNOOTSCHAP)
HERENGRACHT 436
NL-1017 BZ AMSTERDAM
NETHERLANDS

FOR: TIMEPIECES AND JEWELRY PRODUCTS,
PARTICULARLY CUFF LINKS, TIE CLIPS, RINGS,
BRACELETS, EARRINGS, NECKLACES, BROO-
CHES; WATCHES, CHRONOMETERS, CLOCKS,
WATCHBANDS, BOXES OF PRECIOUS METAL
FOR WATCHES AND JEWELRY, IN CLASS 14
(U.S. CLS. 2, 27, 28 AND 50).

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 6-22-2004 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION
0841623 DATED 12-3-2004, EXPIRES 12-3-2014.

THE ENGLISH TRANSLATION OF BALLERINE
IS BALLERINA.

SER. NO. 79-008,320, FILED 12-3-2004.

CHRISIE B. KING, EXAMINING ATTORNEY

**Int. Cl.: 14**

**Prior U.S. Cls.: 2, 27, 28 and 50**

**Reg. No. 3,162,410**

## United States Patent and Trademark Office

Registered Oct. 24, 2006

## TRADEMARK
### PRINCIPAL REGISTER



CARTIER INTERNATIONAL N.V. (NETHERLD ANTILLES LTD LIAB CO)
SCHARLOOWEG 33
CURACAO, NETHERLD ANTILLES

FOR: JEWELRY, NAMELY, BRACELETS, WATCHES, RINGS, CHARMS, EARRINGS, DOG TAG TYPE PENDANTS; CUFF LINKS; BELT BUCKLES MADE OF PRECIOUS METAL , IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 12-31-1970; IN COMMERCE 12-31-1970.

THE MARK CONSISTS OF A CONFIGURATION OF A SIMULATED HEAD OF A SCREW THAT IS EMBEDDED IN THE GOODS.

SEC. 2(F).

SER. NO. 78-759,047, FILED 11-22-2005.

NORA BUCHANAN WILL, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

**United States Patent and Trademark Office**

Reg. No. 3,211,038
Registered Feb. 20, 2007

## TRADEMARK
### PRINCIPAL REGISTER



CARTIER N.V. (NETHERLD ANTILLES COMPANY)
SCHARLOOWEG 33
CURACAO, NETHERLD ANTILLES

FOR: HOROLOGIC AND CHRONOMETRIC INSTRUMENTS, NAMELY, WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 6-15-1985; IN COMMERCE 6-15-1985.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE 3, 6, 9 OR 12 OR THE WATCH HANDS, APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF A CONFIGURATION OF A ROUND AND THICK WATCH CASE (I.E. DEEP) WITH A THICK OUTER METAL BEZEL SURROUNDING THE WATCH FACE THAT SLOPES DOWNWARD FROM THE INSIDE OF THE CASE TO THE OUTSIDE; A REMOVABLE, SCREW DOWN CAP THAT COVERS A CENTRAL CROWN, SUCH THAT IN LOOKING AT THE WATCH FROM THE FRONT, THERE ARE THREE METAL RINGS OF INCREASING THICKNESS WITH ENGRAVED STRIATIONS, A FOURTH THICK METAL RING, AND A CABOCHON END, WITH A SAPPHIRE OR COLORED STONE OR ROUNDED STAINLESS-STEEL DOME, ALL OF WHICH IS ATTACHED TO THE WATCH WITH A CHAIN LINK; SINGLE HORNED EXTENSIONS AT THE TOP AND BOTTOM OF THE WATCH CASE CONNECTING IT TO THE STRAP, SUCH THAT THE STRAP FITS BETWEEN THE EXTENSIONS WITH ONLY ONE SINGLE EXTENSION ON EACH SIDE; A LUG THAT EXTENDS THROUGH THE STRAP/BRACELET AND THE SINGLE HORNED EXTENSION WITH PYRAMID-SHAPED CAPS; ARABIC NUMERALS IN CURLY FONT.

SEC. 2(F).

SER. NO. 78-855,441, FILED 4-6-2006.

CAROLINE WOOD, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

**Reg. No. 3,282,739**

## United States Patent and Trademark Office

Registered Aug. 21, 2007

## TRADEMARK
### PRINCIPAL REGISTER



CARTIER INTERNATIONAL N.V. (NETHERLD ANTILLES COMPANY)
SCHARLOOWEG 33
CURACAO, NETHERLD ANTILLES

FOR: HOROLOGIC AND CHRONOMETRIC IN-STRUMENTS, NAMELY, WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 6-15-1989; IN COMMERCE 6-15-1989.

OWNER OF U.S. REG. NO. 2,322,769.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE THE REPRESENTATION OF THE NUMBERS 1-12 OR THE WATCH HANDS, APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF A CONFIGURATION OF A WATCH CASE WITH A SQUARE FACE, THE CASE FRAMING THE WATCH CONSISTS OF THIN HORIZONTAL BRANCARDS AND THICK CON-CAVE VERTICAL BRANCARDS, BOTH FORMED OF THE CASE METAL AT EACH CORNER THE VERTICAL BRANCARDS ARE ELONGATED BE-YOND THE BOTTOM AND TOP OF THE WATCH CASE, AND END IN INWARDLY ANGLED COR-NERS; THE VERTICAL BRANCARDS ARE BEV-ELED TO SLOPE DOWNWARD LATERALLY FROM THE INSIDE TO THE OUTSIDE (THEY ARE SOMETIMES DECORATED WITH JEWELS); THE ELONGATED BRANCARD CORNERS FRAME THE END LINKS IN THE BRACELET CHAIN OR THE END OF THE WATCH STRAP; ART DECO ROMAN NUMERALS INCLINE CONFORM TO THE ANGLE DIRECTION OF THE WATCH HANDS AT SUCH TIME AS THE HANDS ARE JUXTAPOSED TO THAT NUMERAL; AN OCTAGONAL WINDING CROWN WITH CABOCHON; AND A CHAPTER RING/MINUTE GUIDE ON THE WATCH FACE LOCATED BETWEEN THE CENTER OF THE DIAL AND THE NUMERALS.

SEC. 2(F).

SER. NO. 78-833,402, FILED 3-9-2006.

ERNEST SHOSHO, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

**United States Patent and Trademark Office**

Reg. No. 3,282,847

Registered Aug. 21, 2007

## TRADEMARK
### PRINCIPAL REGISTER



CARTIER INTERNATIONAL N.V. (NETHERLD ANTILLES COMPANY)
SCHARLOOWEG 33
CURACAO, NETHERLD ANTILLES

FOR: HOROLOGIC AND CHRONOMETRIC IN-STRUMENTS, NAMELY, WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 6-15-1996; IN COMMERCE 6-15-1996.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "THE NUMBERS 1-12 OR THE WATCH HANDS", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF A CONFIGURATION OF A WATCH CASE WITH A SQUARE FACE, THE CASE FRAMING THE WATCH CONSISTS OF THIN HORIZONTAL BRANCARDS AND THICK CON-CAVE VERTICAL BRANCARDS, BOTH FORMED OF THE CASE METAL AT EACH CORNER THE VERTICAL BRANCARDS ARE ELONGATED BE-YOND THE BOTTOM AND TOP OF THE WATCH CASE, AND END IN INWARDLY ANGLED COR-NERS; THE VERTICAL BRANCARDS ARE BEV-ELED TO SLOPE DOWNWARD LATERALLY FROM THE INSIDE TO THE OUTSIDE (THEY ARE SOMETIMES DECORATED WITH JEWELS); THE ELONGATED BRANCARD CORNERS FRAME THE END LINKS IN THE BRACELET CHAIN OR THE END OF THE WATCH STRAP; ART DECO ROMAN NUMERALS INCLINE CONFORM TO THE ANGLE DIRECTION OF THE WATCH HANDS AT SUCH TIME AS THE HANDS ARE JUXTAPOSED TO THAT NUMERAL; AN OCTAGONAL WINDING CROWN WITH CABOCHON; AND A CHAPTER RING/MINUTE GUIDE ON THE WATCH FACE LOCATED BETWEEN THE CENTER OF THE DIAL AND THE NUMERALS.

SEC. 2(F).

SER. NO. 78-853,203, FILED 4-4-2006.

ERNEST SHOSHO, EXAMINING ATTORNEY

Int. Cls.: 3, 9, 14, 16, 18, 25 and 34

Prior U.S. Cls.: 1, 2, 3, 4, 5, 6, 8, 9, 17, 21, 22, 23, 26, 27, 28, 29, 36, 37, 38, 39, 41, 50, 51 and 52

Reg. No. 3,476,888

## United States Patent and Trademark Office

Registered July 29, 2008

### TRADEMARK
### PRINCIPAL REGISTER

# BALLON BLEU

CARTIER INTERNATIONAL N.V., A HOLDING AND TRADING COMPANY; ORGANIZED AND EXISTING UNDER THE; LAWS OF THE NETHERLANDS ANTILLES (NETHERLD ANTILLES NAAMLOZE VENNOOTSCHAP (NV))
SCHARLOOWEG 33
CURAÇAO
NETHERLD ANTILLES

FOR: SOAPS FOR PERSONAL USE; PERFUMERY, ESSENTIAL OILS, COSMETICS, HAIR LOTION, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: EYEGLASSES, SUNGLASSES, EYEGLASS FRAMES AND CASES, MAGNIFYING GLASSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: GOODS IN PRECIOUS METALS AND COATED THEREWITH, NAMELY, CUFF-LINKS, TIE CLIPS, RINGS BEING JEWELRY, BRACELETS, EARRINGS, NECKLACES, BROOCHES; WATCHES, CHRONOMETERS, CLOCKS, WATCH STRAPS, WATCH BRACELETS, BOXES OF PRECIOUS METALS FOR WATCHES AND JEWELLERY, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: PENS, FOUNTAIN PENS, BALL-POINT PENS, PENCILS, MECHANICAL PENCILS, FELT-TIP PENS, ROLLERBALL PENS, DOCUMENT MARKERS, WRITING BRUSHES; SEALING WAXES; POUCHES, CASES AND BOXES FOR WRITING INSTRUMENTS; INKS FOR WRITING INSTRUMENTS AND INK REFILLS FOR WRITING INSTRUMENTS; NOTE PAPER, WRITING PAPER, NOTE PADS, MEMO PADS; NAME CARDS, ENVELOPES, DIARIES; CALENDARS; PAPERWEIGHTS, ERASERS, PENCIL SHARPENERS, PAPER KNIVES, PEN AND PENCIL HOLDERS; PAINTINGS, ENGRAVINGS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: LEATHERWARE, NAMELY, BRIEFCASES, TRAVELLING SETS IN THE NATURE OF SETS OF SUITCASES AND TRAVELLING BAGS, VANITY CASES SOLD EMPTY, KEY CASES; GOODS MADE OF LEATHER AND IMITATIONS OF LEATHER, NOT INCLUDED IN OTHER CLASSES, NAMELY, ATTACHÉ CASES, WALLETS, HANDBAGS, BACKPACKS, TRAVELLING BAGS, WHEELED TOTE BAGS, TRUNKS, SUITCASES, PURSES NOT OF PRECIOUS METAL, CREDIT AND BUSINESS CARD CASES, POUCHES; BANDS OF LEATHER IN THE NATURE OF LEATHER STRAPS FOR USE WITH BAGS; UMBRELLAS, PARASOLS, WALKING STICKS, WHIPS AND SADDLERY, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CLOTHING, NAMELY, BATHING SUITS, COATS, CUMMERBUNDS, DRESSING GOWNS, FUR COATS AND STOLES, HOSIERY, JACKETS, PULLOVERS, PAJAMAS, ROBES, SHIRTS, SKIRTS, SUITS, SWEATERS, TROUSERS, UNDERWEAR, BELTS, BRACES IN THE NATURE OF SUSPENDERS, GLOVES, MUFFLERS, SASHES FOR WEAR, SCARVES, SHAWLS, SUSPENDERS, TIES, BOW TIES; BOOTS, SHOES AND SLIPPERS, CAPS AND HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: LIGHTERS FOR SMOKERS; SMOKERS' ARTICLES, NAMELY, CIGARETTE HOLDERS, CIGARETTE AND CIGAR CASES, CIGAR CUTTERS, HUMIDORS AND ASHTRAYS, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 9-4-2006 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 0931951 DATED 3-1-2007, EXPIRES 3-1-2017.

THE ENGLISH TRANSLATION OF THE FOREIGN WORD IN THE MARK IS BLUE BALLOON.

SER. NO. 79-041,537, FILED 3-1-2007.

COLLEEN KEARNEY, EXAMINING ATTORNEY

SER. NO. 79-041,537, FILED 3-1-2007.

COLLEEN KEARNEY, EXAMINING ATTORNEY

**Int. Cl.: 14**

**Prior U.S. Cls.: 2, 27, 28 and 50**

**United States Patent and Trademark Office**

Reg. No. 3,557,455

Registered Jan. 6, 2009

## TRADEMARK
### PRINCIPAL REGISTER

Pasha
de
Cartier

CARTIER INTERNATIONAL N.V. (NETHERLD ANTILLES NAAMLOZE VENNOOTSCHAP (NV))
SCHARLOOWEG 33
CURACAO, NETHERLD ANTILLES

FOR: JEWELRY AND HOROLOGICAL INSTRUMENTS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 7-26-1985; IN COMMERCE 10-28-1985.

OWNER OF U.S. REG. NOS. 411,239, 1,446,381 AND OTHERS.

THE MARK CONSISTS OF THE WORDING, IN STYLIZED FORM, "PASHA DE CARTIER".

SER. NO. 77-506,404, FILED 6-24-2008.

TINA L. SNAPP, EXAMINING ATTORNEY

**Int. Cls.: 3, 9, 14, 16, 18 and 25**

**Prior U.S. Cls.: 1, 2, 3, 4, 5, 6, 21, 22, 23, 26, 27, 28, 29, 36, 37, 38, 39, 41, 50, 51 and 52**

Reg. No. 3,637,776

## United States Patent and Trademark Office

Registered June 16, 2009

## TRADEMARK
### PRINCIPAL REGISTER



CARTIER INTERNATIONAL N.V. (NETHERLD ANTILLES NAAMLOZE VENNOOTSCHAP (NV))
SCHARLOOWEG 33
CURACAO, NETHERLD ANTILLES

FOR: SOAPS, PERFUMERY, ESSENTIAL OILS, COSMETICS, HAIR LOTIONS , IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: EYEGLASSES, SUNGLASSES, EYEGLASS FRAMES AND CASES, MAGNIFYING GLASSES, MOBILE PHONE STRAPS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: GOODS OF PRECIOUS METALS AND COATED THEREWITH, NAMELY, CUFF-LINKS, TIE CLIPS, RINGS, BRACELETS, EARRINGS, NECKLACES, BROOCHES, AND KEY RINGS; WATCHES, CHRONOMETERS, CLOCKS, WATCH STRAPS, WATCH BRACELETS, BOXES OF PRE-CIOUS METALS FOR WATCHES AND JEWELRY, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: MONEY CLIPS, PENS, FOUNTAIN PENS, BALL-POINT PENS, PENCILS, MECHANICAL PEN-CILS, FELT-TIP PENS, ROLLER BALL PENS, DOCU-MENT MARKERS, POUCHES, CASES AND BOXES FOR WRITING INSTRUMENTS, WRITING INKS AND PEN INK REFILLS, DIARIES, CALENDARS, PAPERWEIGHTS, PAPER KNIVES, PEN AND PEN-CIL HOLDERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: LEATHERWARE, NAMELY, BRIEFCASES, TRAVELING LUGGAGE SETS, UNFITTED VANITY CASES, AND KEY CASES, GOODS MADE OF LEATHER AND IMITATIONS OF LEATHER, NAMELY, ATTACHE-CASES, WALLETS, HAND-BAGS, BACKPACKS, TRAVELING BAGS, WHEELED BAGS, TRUNKS, SUITCASES, PURSES, NAME CARD CASES, CREDIT CARD CASES, AND POUCHES; UMBRELLAS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CLOTHING, NAMELY, BATHING SUITS, COATS, CUMMERBUNDS, DRESSING GOWNS, FUR COATS, HOSIERY, JACKETS, PULLOVERS, PYJAMAS, ROBES, SHIRTS, SKIRTS, SUITS, SWEA-TERS, TROUSERS, UNDERWEAR, BELTS, BRACES, GLOVES, MUFFLERS, SCARVES, SHAWLS, TIES, BOW TIES, BOOTS, SHOES, SLIPPERS, CAPS, AND HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

OWNER OF NETHERLD ANTILLES REG. NO. 13232, DATED 12-5-2007, EXPIRES 12-5-2017.

OWNER OF U.S. REG. NO. 1,005,286.

THE MARK CONSISTS OF A STYLIZED VER-SION OF THE WORD "LOVE"

SER. NO. 77-467,536, FILED 5-7-2008.

TINA L. SNAPP, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,776,794**      CARTIER INTERNATIONAL N.V. (NETHERLD ANTILLES LIMITED LIABILITY COMPANY)
                           SCHARLOOWEG 33
**Registered Apr. 20, 2010**  CURACAO, NETHERLD ANTILLES

**Int. Cl.: 14**           FOR: JEWELRY, NAMELY, RINGS, BRACELETS, CHARMS, EARRINGS, MADE OF PRE-
                           CIOUS METALS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

**TRADEMARK**              FIRST USE 12-31-1970; IN COMMERCE 12-31-1970.

**PRINCIPAL REGISTER**     OWNER OF U.S. REG. NOS. 1,078,675, 1,372,423, AND 3,162,410.

                           THE MARK CONSISTS OF A JEWELRY ITEM WITH A SERIES OF SIMULATED HEADS
                           OF SCREWS EMBEDDED AROUND THE OUTSIDE PERIMETER. THE MATTER SHOWN
                           BY THE DOTTED LINES IS NOT A PART OF THE MARK AND SERVES ONLY TO SHOW
                           THE POSITION OF THE MARK.

                           SEC. 2(F).

                           SER. NO. 77-587,644, FILED 10-7-2008.

                           SIMON TENG, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,898,366**

**Registered Jan. 4, 2011**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

CARTIER INTERNATIONAL A.G. (SWITZERLAND CORPORATION)
HINTERBERGSTRASSE 22, POSTFACH 61
6312 STEINHAUSEN, SWITZERLAND

FOR: HOROLOGIC AND CHRONOMETRIC INSTRUMENTS, NAMELY, WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 1-1-1994; IN COMMERCE 1-1-1994.

OWNER OF U.S. REG. NOS. 3,211,038 AND 3,211,039.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE THE ARABIC NUMERAL 12, THE THREE DIALS ON THE FACE OF THE WATCH, AND THE HAND ON THE FACE AND THE DIALS OF THE WATCH, APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF A CONFIGURATION OF A ROUND AND THICK WATCH CASE (I.E., DEEP) WITH A THICK OUTER METAL BEZEL SURROUNDING THE WATCH FACE THAT SLOPES DOWNWARD FROM THE INSIDE OF THE CASE TO THE OUTSIDE; A REMOVABLE, SCREW DOWN CAP THAT COVERS A CENTRAL CROWN, SUCH THAT IN LOOKING AT THE WATCH FROM THE FRONT, THERE ARE THREE METAL RINGS OF INCREASING THICKNESS WITH ENGRAVED STRIATIONS, A FOURTH THICK METAL RING, AND A ROUNDED CAP, ALL OF WHICH IS ATTACHED TO THE WATCH WITH A CHAIN LINK; TWO SMALLER CROWNS POSITIONED ABOVE AND BELOW THE CENTRAL CROWN. THAT ARE CAPPED WITH NON-REMOVABLE CAPS THAT MIMIC THE CAP ON THE CENTRAL CROWN; SINGLE HORNED EXTENSIONS AT THE TOP AND BOTTOM OF THE WATCH CASE CONNECTING IT TO THE STRAP, SUCH THAT THE STRAP FITS BETWEEN THE EXTENSIONS WITH ONLY ONE SINGLE EXTENSION ON EACH SIDE; A LUG THAT EXTENDS THROUGH THE STRAP/BRACELET AND THE SINGLE HORNED EXTENSION WITH PYRAMID-SHAPED CAPS; ARABIC NUMERALS IN CURLY FONT; AND A METAL BRACELET THAT CONSISTS OF H-SHAPED LINKS ALTERNATING WITH RECTANGULAR SHAPED LINKS, THE WIDTH OF THE H-SHAPED LINKS BEING HALF THAT OF THE RECTANGULAR LINK.

SEC. 2(F).

SER. NO. 77-227,767, FILED 7-12-2007.



*David J. Kappos*

Director of the United States Patent and Trademark Office

**Reg. No. 3,898,366** APRIL ROACH, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# *Cartier*

**Reg. No. 4,178,047**

**Registered July 24, 2012**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

CARTIER INTERNATIONAL A.G. (SWITZERLAND CORPORATION)
HINTERBERGSTRASSE 22, POSTFACH 61
6312 STEINHAUSEN, SWITZERLAND

FOR: JEWELRY AND WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0-0-1999; IN COMMERCE 0-0-1999.

OWNER OF U.S. REG. NOS. 411,239, 411,975 AND OTHERS.

THE MARK CONSISTS OF THE STYLIZED WORD "CARTIER".

SEC. 2(F).

SER. NO. 85-345,798, FILED 6-14-2011.

SEAN CROWLEY, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,483,522**

**Registered Feb. 18, 2014**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

CARTIER INTERNATIONAL A.G. (SWITZERLAND CORPORATION)
HINTERBERGSTRASSE 22, POSTFACH 61
STEINHAUSEN, SWITZERLAND 6312

FOR: WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 4-0-2007; IN COMMERCE 4-0-2007.

OWNER OF U.S. REG. NOS. 759,201, 4,178,048 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE THE ROMAN NUMERALS "I" THROUGH "XII" PER SE ON THE WATCH FACE APART FROM THE PRESENTATION OF THESE NUMBERS AS PART OF THE MARK AS A WHOLE, APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF A WATCH FACE WITH A STYLIZED MINUTE GUIDE AND STYLIZED ROMAN NUMERALS "I" THROUGH "XII". THE RIGHT SIDE OF THE "V" OF ROMAN NUMERAL "VII" CONTAINS THE WORD "CARTIER".

SEC. 2(F).

SER. NO. 85-788,489, FILED 11-27-2012.

ELLEN PERKINS, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,487,142**
CARTIER INTERNATIONAL A.G. (SWITZERLAND CORPORATION)
HINTERBERGSTRASSE 22, POSTFACH 61
**Registered Feb. 25, 2014** 6312 STEINHAUSEN, SWITZERLAND

**Int. Cl.: 14**
FOR: WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 4-0-2007; IN COMMERCE 4-0-2007.

**TRADEMARK**

**PRINCIPAL REGISTER**
THE MARK CONSISTS OF A THREE-DIMENSIONAL CONFIGURATION OF A PORTION
OF A WATCH CASE WITH AN INTEGRATED CROWN PROTECTOR, WINDING CROWN,
AND CABOCHON. THE BROKEN LINES IN THE MARK INDICATE PLACEMENT AND
ARE NOT PART OF THE MARK.

SEC. 2(F).

SER. NO. 85-788,509, FILED 11-27-2012.

ELLEN PERKINS, EXAMINING ATTORNEY



**Deputy Director of the United States**
**Patent and Trademark Office**



# United States of America
### United States Patent and Trademark Office

# BALLON DE CARTIER

**Reg. No. 4,603,805**

**Registered Sep. 16, 2014**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

CARTIER INTERNATIONAL AG (SWITZERLAND AKTIENGESELLSCHAFT (AG))
HINTERBERGSTRASSE 22
POSTFACH 61; CH-6312 STEINHAUSEN
SWITZERLAND

FOR: JEWELRY AND WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 7-16-2013 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1187041 DATED 11-29-2013, EXPIRES 11-
29-2023.

OWNER OF U.S. REG. NOS. 759,201, 4,178,048 AND OTHERS.

THE ENGLISH TRANSLATION OF "BALLON DE CARTIER" IN THE MARK IS "BALLOON
OF CARTIER".

SER. NO. 79-140,549, FILED 11-29-2013.

ODESSA BIBBINS, EXAMINING ATTORNEY



**Deputy Director of the United States**
**Patent and Trademark Office**



# United States of America
## United States Patent and Trademark Office

# PANTHERE

**Reg. No. 4,705,798**
**Registered Mar. 24, 2015**
**Int. Cl.: 18**

**TRADEMARK**

**PRINCIPAL REGISTER**

CARTIER INTERNATIONAL AG (SWITZERLAND CORPORATION)
HINTERBERGSTRASSE 22
POSTFACH 61
CH-6312 STEINHAUSEN, SWITZERLAND

FOR: HANDBAGS, PURSES, WALLETS, AND CREDIT CARD HOLDERS, ALL OF THE AFORESAID GOODS MADE FROM LEATHER; HANDBAGS, PURSES, WALLETS, AND CREDIT CARD HOLDERS, ALL OF THE AFORESAID GOODS MADE FROM IMITATIONS OF LEATHER; LEATHER AND IMITATION LEATHER BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

THE ENGLISH TRANSLATION OF "PANTHERE" IN THE MARK IS "PANTHER".

OWNER OF INTERNATIONAL REGISTRATION 0524360 DATED 5-11-1988, EXPIRES 5-11-2018.

SER. NO. 79-145,210, FILED 2-14-2014.

LEIGH LOWRY, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office