Exhibit 2

# United States Patent Office

**776,208**
Registered Sept. 1, 1964

## PRINCIPAL REGISTER
### Trademark

Ser. No. 183,616, filed Dec. 24, 1963

# MONTBLANC

Montblanc-Simplo G.m.b.H. (German limited liability company)
Schanzenstrasse 75/77
Hamburg, Germany

For: FOUNTAIN PENS, CASES FOR FOUNTAIN PENS, BALL POINT PENS, BALL POINT CARTRIDGES, BALL POINT PASTE, MECHANICAL PENCILS, LEAD FOR MECHANICAL PENCILS, in CLASS 37.

First use 1913 on fountain pens; in commerce 1913.

# United States Patent Office

**839,016**
Registered Nov. 21, 1967

## PRINCIPAL REGISTER
### Trademark

Ser. No. 268,268, filed Apr. 4, 1967



Montblanc-Simplo GmbH (German corporation)
Schanzenstrasse 75/77
Hamburg, Germany

For: FOUNTAIN PEN INK AND BALL POINT PASTE, in CLASS 11.
First use 1955; in commerce 1963.

For: FOUNTAIN PENS, CASES FOR FOUNTAIN PENS, BALL POINT PENS, BALL POINT CARTRIDGES, MECHANICAL PENCILS, LEAD FOR MECHANICAL PENCILS, DESK STANDS FOR PENS, in CLASS 37.
First use 1913; in commerce 1913.

Int. Cl.: 16

Prior U.S. Cl.: 37

## United States Patent and Trademark Office

Reg. No. 1,324,392
Registered Mar. 12, 1985

## TRADEMARK
### Principal Register

## MEISTERSTUCK

Mont Blanc Simplo GmbH (Fed. Rep. of Germany limited joint stock company)
Schluterblatt 36
Hamburg 6, Fed. Rep. of Germany 2000, assignee of Koh-I-Noor Rapidograph, Inc. (New Jersey corporation)
Bloomsbury, N.J.

For: FOUNTAIN PENS, BALLPOINT PENS AND MECHANICAL PENCILS INCLUDING SETS THEREOF, ALL MADE PARTIALLY WITH PRECIOUS METALS AND SOLD IN SPECIALTY STORES, in CLASS 16 (U.S. Cl. 37).

First use Jan. 1982; in commerce Jan. 1982.

The mark is the German word for "masterpiece".

Ser. No. 352,355, filed Mar. 1, 1982.

DAVID C. REIHNER, Examining Attorney

Int. Cl.: 9

Prior U.S. Cl.: 26

Reg. No. 1,825,001

## United States Patent and Trademark Office    Registered Mar. 8, 1994

## TRADEMARK
### PRINCIPAL REGISTER

## MONTBLANC

MONTBLANC-SIMPLO GMBH (FED REP GER-
MANY LIMITED LIABILITY COMPANY)
HELLGRUNDWEG 100
D2000 HAMBURG 54, FED REP GERMANY

FOR: OPTICAL APPARATUS AND INSTRU-
MENTS; NAMELY, SPECTACLES, MAGNIFY-
ING GLASSES, SUNGLASSES, AND PARTS
THEREFOR, IN CLASS 9 (U.S. CL. 26).

OWNER OF FED REP GERMANY REG. NO.
2001774, DATED 6–14–1991, EXPIRES 2–20–2001.
OWNER OF U.S. REG. NO. 1,644,391.
THE ENGLISH TRANSLATION OF "MONTB-
LANC" IS "WHITE MOUNTAIN".

SER. NO. 74–371,878, FILED 3–25–1993.

DANA M. BOSCO, EXAMINING ATTORNEY

Int. Cls.: **14 and 18**

Prior U.S. Cls.: **3, 27 and 28**

# United States Patent and Trademark Office

Reg. No. 1,878,584
Registered Feb. 14, 1995

## TRADEMARK
### PRINCIPAL REGISTER



MONTBLANC-SIMPLO GMBH (FED REP GER-MANY LIMITED LIABILITY COMPANY)
HELLGRUNDWEG 100
D2000 HAMBURG 54, FED REP GERMANY

FOR: JEWELRY; WATCHES AND TIME-PIECES, IN CLASS 14 (U.S. CLS. 27 AND 28).

FOR: PURSES, HANDBAGS, SMALL LEATH-ER ARTICLES AND ACCESSORIES, NAMELY

WALLETS AND BILLFOLDS, AND LUGGAGE , IN CLASS 18 (U.S. CL. 3).

OWNER OF FED REP GERMANY REG. NO. 1166995, DATED 10-31-1990, EXPIRES 7-24-2000.

OWNER OF U.S. REG. NO. 839,016.

SER. NO. 74-482,307, FILED 1-24-1994.

ANGELA M. MICHELI, EXAMINING ATTOR-NEY

Int. Cls.: **14 and 18**

Prior U.S. Cls.: **3 and 27**

Reg. No. 1,884,842

## United States Patent and Trademark Office

Registered Mar. 21, 1995

### TRADEMARK
### PRINCIPAL REGISTER

## MONTBLANC

MONTBLANC-SIMPLO GMBH (FED REP GER-
MANY GESELLSCHAFT MIT BESCH-
RANKTER HAFTUNG)
HELLGRUNDWEG 100
D2000 HAMBURG 54, FED REP GERMANY

FOR: JEWELRY; WATCHES AND TIME
PIECES, IN CLASS 14 (U.S. CL. 27).

FOR: PURSES, HANDBAGS, SMALL LEATH-
ER ARTICLES AND ACCESSORIES, NAMELY

WALLETS AND BILLFOLDS, AND LUGGAGE
, IN CLASS 18 (U.S. CL. 3).

OWNER OF FED REP GERMANY REG. NO.
2009407, DATED 2-13-1992, EXPIRES 4-27-2001.

OWNER OF U.S. REG. NO. 776,208.

THE MARK TRANSLATES INTO ENGLISH
AS "WHITE MOUNTAIN".

SER. NO. 74-481,009, FILED 1-21-1994..

JILL C. ALT, EXAMINING ATTORNEY

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51 and 52

Reg. No. 2,202,465

## United States Patent and Trademark Office

Registered Nov. 10, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## MONTBLANC

MONTBLANC-SIMPLO GMBH (FED REP GER-
MANY COMPANY WITH LIMITED LIABIL-
ITY)
HELLGRUNDWEG 100
HAMBURG, FED REP GERMANY

FOR: TOILET SOAPS, PERFUME, COLOGNE,
EAU DE TOILETTE, ESSENTIAL OILS FOR
PERSONAL USE, PERFUMED BODY CREAM,
BODY MILK, DUSTING POWDER, HAIR AND
BODY SHAMPOO, DEODORANT, AFTER
SHAVE LOTION, AND HAIR LOTIONS, IN
CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

OWNER OF FED REP GERMANY REG. NO.
39608971, DATED 6–28–1996, EXPIRES 2–28–2006.

OWNER OF U.S. REG. NOS. 776,208, 1,884,842
AND OTHERS.

THE ENGLISH TRANSLATION OF "MONTB-
LANC" IS "WHITE MOUNTAIN".

SER. NO. 75–168,030, FILED 9–18–1996.

DAVID C. REIHNER, EXAMINING ATTOR-
NEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,415,189

## United States Patent and Trademark Office

Registered Dec. 26, 2000

## TRADEMARK
### PRINCIPAL REGISTER

## MONTBLANC

MONTBLANC-SIMPLO GMBH (FED REP GERMANY CORPORATION)
HELLGRUNDWEG 100
HAMBURG, FED REP GERMANY

FOR: CLOTHING ACCESSORIES, NAMELY, DRESS BELTS MADE OF LEATHER WITH BELT BUCKLES OF PRECIOUS AND SEMI-PRECIOUS METALS DISTRIBUTED IN CHANNELS OF COMMERCE WHERE LUXURY ARTICLES ARE SOLD AND PROMOTED, IN CLASS 25 (U.S. CLS. 22 AND 39).

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED REP GERMANY APPLICATION NO. 39858979.8, FILED 10–14–1998, REG. NO. 39858979, DATED 12–22–1998, EXPIRES 10–31–2008.
OWNER OF U.S. REG. NOS. 776,208, 1,884,842 AND OTHERS.
THE ENGLISH TRANSLATION OF ''MONTBLANC'' IS ''WHITE MOUNTAIN''.

SER. NO. 75–665,264, FILED 3–22–1999.

NICHOLAS ALTREE, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

Reg. No. 2,515,092

## United States Patent and Trademark Office

Registered Dec. 4, 2001

## TRADEMARK
### PRINCIPAL REGISTER



MONTBLANC-SIMPLO GMBH (FED REP GERMANY CORPORATION)
HELLGRUNDWEG 100
D2000 HAMBURG 54, FED REP GERMANY

FOR: STATIONERY, NAMELY, ENVELOPES, WRITING PAPER, WRITING CARDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

OWNER OF FED REP GERMANY REG. NO. 39607516, DATED 9-17-1996, EXPIRES 2-28-2006.

OWNER OF U.S. REG. NOS. 1,644,391, 2,415,189 AND OTHERS.

THE ENGLISH TRANSLATION OF "MONT BLANC" IS "WHITE MOUNTAIN".

SER. NO. 76-201,017, FILED 1-29-2001.

JEFFREY S. MOLINOFF, EXAMINING ATTORNEY

**Int. Cl.: 14**

**Prior U.S. Cls.: 2, 27, 28, and 50**

**Reg. No. 2,747,460**

## United States Patent and Trademark Office

Registered Aug. 5, 2003

### TRADEMARK
#### PRINCIPAL REGISTER

# MEISTERSTÜCK

MONTBLANC-SIMPLO GMBH (FED REP GER-
MANY LTD LIAB CO)
HELLGRUNDWEG 100
HAMBURG, FED REP GERMANY

FOR: JEWELRY, CUFF-LINKS, TIE BARS, TIE
PINS, TIE STUDS, AND PARTS FOR THE AFORE-
SAID GOODS, WATCHES AND CLOCKS, IN CLASS
14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0-0-1997; IN COMMERCE 0-0-1997.

OWNER OF U.S. REG. NO. 1,324,392.

THE MARK IS THE GERMAN WORD FOR
"MASTERPIECE".

SN 75-180,380, FILED 10-11-1996.

CATHERINE CAIN, EXAMINING ATTORNEY

Int. Cls.: 35 and 41

Prior U.S. Cls.: 100, 101, 102 and 107

**United States Patent and Trademark Office**

Reg. No. 3,021,081

Registered Nov. 29, 2005

## SERVICE MARK
### PRINCIPAL REGISTER



MONTBLANC INTERNATIONAL B.V. (NETHER-LANDS BESLOTEN VENNOOTSCHAP ( LIM-ITED LIABILITY COMPANY))
HERENGRACHT 436
NL-1017 BZ AMSTERDAM
NETHERLANDS

FOR: BUSINESS CONSULTING, BUSINESS MAN-AGEMENT ASSISTANCE; DATA AND INFORMA-TION SERVICES, NAMELY, PROVIDING BUSINESS INFORMATION AND MANAGEMENT SERVICES FOR BUSINESSES INVOLVED IN THE AREA OF COMPUTER SERVERS, DATA TRANSMISSION NETWORKS AND TELECOMMUNICATIONS NET-WORKS; ORGANIZATION AND RUNNING OF TRADE EXHIBITIONS, IN THE FIELD OF ARTS EDUCATION, LITERACY, MUSICIANSHIP, CHARI-TABLE ACTIVITIES, ARTISANSHIP, FASHION; AD-VERTISING SERVICES, NAMELY, PROMOTING THE GOODS AND SERVICES OF OTHERS BY ARRANGING FOR SPONSORS TO AFFILIATE THEIR GOODS AND SERVICES WITH ORGANIZED CULTURAL, EDUCATIONAL, CHARITABLE AND BUSINESS EVENTS AND EXHIBITIONS; DISSEMI-NATION OF ADVERTISING AND ADVERTISING MATERIAL, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FOR: EDUCATION AND TRAINING SERVICES, NAMELY, ARRANGING AND CONDUCTING CONFERENCES, AWARD PROGRAMS, SEMI-NARS, COLLOQUIUMS, EXHIBITIONS AND LEC-TURES IN THE FIELD OF ARTS EDUCATION, LITERACY, MUSICIANSHIP, CHARITABLE ACTIV-ITIES, ARTISANSHIP, PEACE, FASHION, AND AR-TISTIC ACCOMPLISHMENT; ARRANGING AND CONDUCTING PROGRAMS AND EXHIBITIONS FOR EDUCATIONAL AND ENTERTAINMENT PURPOSES FEATURING ARTISTS AND THEIR WORKS; PROVIDING RECOGNITION AND INCEN-TIVES BY THE WAY OF AWARDS TO DEMON-STRATE EXCELLENCE IN THE FIELDS OF LITERACY ARTS EDUCATION AND ARTISTIC ACCOMPLISHMENTS; ARRANGING AND CON-DUCTING OF COMPETITIVE AND NON-COMPE-TITIVE SPORTING AND CULTURAL EVENTS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

PRIORITY DATE OF 8-18-2003 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 0820554 DATED 1-21-2004, EXPIRES 1-21-2014.

THE ENGLISH TRANSLATION OF THE WORD MONT BLANC IN THE MARK IS WHITE MOUN-TAIN.

SER. NO. 79-001,383, FILED 1-21-2004.

CURTIS FRENCH, EXAMINING ATTORNEY

Int. Cls.: 9, 14, 16 and 25

Prior U.S. Cls.: 2, 5, 21, 22, 23, 26, 27, 28, 29, 36, 37, 38, 39 and 50

**Reg. No. 3,021,088**

## United States Patent and Trademark Office

Registered Nov. 29, 2005

## TRADEMARK
### PRINCIPAL REGISTER



MONTBLANC-SIMPLO GMBH (FED REP GERMANY GMBH)
HELLGRUNDWEG 100
D-22525 HAMBURG, FED REP GERMANY

FOR: EYEGLASSES, SUNGLASSES, EYEGLASS FRAMES AND CASES; RULERS, NAMELY, GRADUATED RULERS, TAPE RULERS AND FOLDING RULERS; MEASURING TAPES, MEASURING CUPS, AND MEASURING SPOONS; COMPASSES, PEDOMETERS, AND BAROMETERS; ELECTRONIC AGENDAS; ELECTRONIC POCKET TRANSLATORS; MP3 PLAYERS; ELECTRONIC CURRENCY CONVERTERS; PORTABLE LISTENING DEVICES, NAMELY, PORTABLE MP3 PLAYERS, PORTABLE DVD PLAYERS, AND PORTABLE RADIOS; POCKET TAPE RECORDERS; VIDEO PHONES AND PAGERS; POCKET CALCULATORS AND OTHER CALCULATORS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: WATCHES, WRISTWATCHES, CLOCKS; CHRONOMETERS; JEWELRY ARTICLES, NAMELY, BROACHES, PINS, EARRINGS, EAR STUDS, RINGS, BRACELETS, NECKLACES, CUFFLINKS, JEWELRY BOXES AND WATCH BOXES; KEY CHAINS MADE OF PRECIOUS METAL, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: WRITING INSTRUMENTS, IN PARTICULAR, FOUNTAIN PENS, BALL-POINT PENS, PENCILS, FELT-TIP PENS, ROLLER BALLS, DOCUMENT MARKERS, POUCHES FOR WRITING INSTRUMENTS, GIFT CASES FOR WRITING INSTRUMENTS, WRITING PAPER, DIARIES, ORGANIZERS, PAPERWEIGHTS, PEN AND PENCIL HOLDERS, DRAFTING RULERS, DRAWING RULERS, AND UNGRADUATED RULERS, WRITING INKS AND REFILLS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: OVERCOATS AND OTHER COATS; DRESSING GOWNS; JACKETS; JUMPERS; PANTS; PAJAMAS; SHIRTS; SKIRTS; SOCKS; SUITS; BATHING SUITS; SWEATERS; T-SHIRTS; TROUSERS; SHORTS; GLOVES; NECKTIES; SCARVES; SHAWLS; HATS AND CAPS; DRESSES; SHORTS; NIGHTGOWNS; BATHROBES; MUFFLERS; UNDERWEAR; RAINCOATS; BELTS; BANDS, NAMELY, HEAD BANDS, NECK BANDS, SWEAT BANDS AND WRIST BANDS; BRACES FOR CLOTHING, NAMELY, SUSPENDERS FOR TROUSERS AND STOCKINGS; SHOES, SPORT SHOES, BOOTS, SLIPPERS AND OTHER FOOTWEAR; SPECIAL SPORTING AND GYMNASTIC WEAR, NAMELY, TRACK SUITS, SKI SUITS, SWEATSHIRTS, SWEATPANTS, GOLF SHIRTS, GOLF SWEATERS, GOLF TROUSERS AND LEOTARDS; SPECIAL SPORTING AND GYMNASTIC FOOTWEAR; AND MASQUERADE COSTUMES, IN CLASS 25 (U.S. CLS. 22 AND 39).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 7-21-2003 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 0822021 DATED 1-19-2004, EXPIRES 1-19-2014.

OWNER OF U.S. REG. NOS. 2,823,391 AND 2,834,528.

SER. NO. 79-001,770, FILED 1-19-2004.

BARBARA A. LOUGHRAN, EXAMINING ATTOR-
NEY

Int. Cls.: 6, 8, 9, 21, 25 and 34

Prior U.S. Cls.: 2, 8, 9, 12, 13, 14, 17, 21, 22, 23, 25, 26, 28, 29, 30, 33, 36, 38, 39, 40, 44 and 50

Reg. No. 3,059,776

## United States Patent and Trademark Office

Registered Feb. 21, 2006

### TRADEMARK
### PRINCIPAL REGISTER



MONTBLANC-SIMPLO GMBH (FED REP GERMANY CORPORATION)
HELLGRUNDWEG 100
D2000 HAMBURG 54, FED REP GERMANY

FOR: MONEY CLIPS, KEY RINGS, KNIFE HANDLES, ALL BEING MADE OF METAL , IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FOR: POCKET-KNIVES, RAZORS; CASES FOR POCKET KNIVES, CASES FOR RAZORS, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FOR: GRADUATED RULERS, BAROMETERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: DRINKING FLASKS NOT OF PRECIOUS METAL; SERVING TRAYS, BUTLERS TRAYS, CUPS, ALL BEING NOT OF PRECIOUS METAL; SHAVING BRUSHES, SHAVING BRUSH STANDS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FOR: CLOTHING ACCESSORIES, NAMELY, NECKTIES, SCARVES AND SHAWLS DISTRIBU-

TED IN CHANNELS OF COMMERCE WHERE LUXURY ARTICLES ARE SOLD AND PROMOTED, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: ASHTRAYS NOT OF PRECIOUS METAL, TOBACCO POUCHES, CIGAR CUTTERS, CIGAR AND CIGARETTE CASES NOT OF PRECIOUS METAL, CIGARETTE AND CIGAR LIGHTERS FOR SMOKERS NOT OF PRECIOUS METAL, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

OWNER OF ERPN CMNTY TM OFC REG. NO. 002508380, DATED 6-6-2003, EXPIRES 6-6-2013.

OWNER OF U.S. REG. NOS. 776,208, 1,853,526 AND OTHERS.

THE ENGLISH TRANSLATION OF "MONTBLANC" IS "WHITE MOUNTAIN".

SER. NO. 76-354,244, FILED 1-2-2002.

DANIEL CAPSHAW, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 3,659,753
Registered July 28, 2009

## TRADEMARK
### PRINCIPAL REGISTER



MONTBLANC-SIMPLO GMBH (FED REP GER-
MANY GMBH)
HELLGRUNDWEG 100
HAMBURG, FED REP GERMANY

FOR: WRITING INSTRUMENTS, NAMELY,
PENS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38
AND 50).

FIRST USE 5-15-2004; IN COMMERCE 5-15-2004.

THE COLOR(S) BLACK AND SILVER IS/ARE
CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF A CONFIGURATION
OF A PEN, HAVING A TRANSLUCENT, ROUNDED
DOME AT THE TOP OF THE PEN; A GRID DESIGN
CONSISTING OF SMALL RECTANGULAR AREAS
LAID OUT AROUND THE ENTIRE LENGTH OF
THE PEN OF SILVER-COLORED EDGES AND
BLACK BACKGROUND, WITH THE LONG EDGES
OF THE RECTANGULAR AREA LAID ALONG THE
LENGTH OF THE PEN; AT AROUND THE LOWER
PORTION OF THE PEN THERE IS A TRIPLE-BAND
DESIGN IN SILVER-COLORED METAL AROUND
THE CIRCUMFERENCE OF THE PEN WITH THE
BAND IN THE MIDDLE BEING THICKER THAN
THE BANDS ABOVE AND BELOW IT. THE MAT-
TER SHOWN IN BROKEN LINES IS NOT CLAIMED
AS PART OF THE MARK.

SEC. 2(F).

SER. NO. 77-168,722, FILED 4-30-2007.

KATHERINE CONNOLLY, EXAMINING ATTOR-
NEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,894,136**

**Registered Dec. 21, 2010**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

MONTBLANC-SIMPLO GMBH (FED REP GERMANY CORPORATION)
HELLGRUNDWEG 100
D22525 HAMBURG 54, FED REP GERMANY

FOR: JEWELRY; CUFF LINKS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 9-1-2006; IN COMMERCE 9-1-2006.

OWNER OF U.S. REG. NOS. 839,016 AND 1,878,584.

THE MARK CONSISTS OF A THREE DIMENSIONAL CONFIGURATION OF A SIX LOBED STAR SHAPED ELONGATED DESIGN. THE LINING SHOWN ON THE DRAWING IS FOR SHADING PURPOSES ONLY AND DOES NOT INDICATE COLOR.

SN 77-051,330, FILED 11-27-2006.

GIANCARLO CASTRO, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# MONT BLANC

**Reg. No. 4,295,116**

**Registered Feb. 26, 2013**

**Int. Cl.: 35**

**SERVICE MARK**

**PRINCIPAL REGISTER**

MONTBLANC-SIMPLO GMBH (FED REP GERMANY GESELLSCHAFT MIT
    BESCHRÄNKTER HAFTUNG (GMBH))
HELLGRUNDWEG 100
22525 HAMBURG, FED REP GERMANY

FOR: RETAIL STORE SERVICES FEATURING WATCHES, WRITING INSTRUMENTS AND
PARTS AND FITTINGS THEREFOR, WRITING INKS AND REFILLS FOR WRITING INSTRU-
MENTS, LEATHER GOODS, BELTS, JEWELRY, EYEWEAR, FRAGRANCES, STATIONERY,
STATIONERY REFILLS, DESK SETS, PERSONAL CARE PRODUCTS; ONLINE RETAIL
STORE SERVICES FEATURING WATCHES, WRITING INSTRUMENTS, WRITING INKS
AND REFILLS FOR WRITING INSTRUMENTS, LEATHER GOODS, BELTS, JEWELRY,
EYEWEAR, FRAGRANCES, STATIONERY, STATIONERY REFILLS, IN CLASS 35 (U.S.
CLS. 100, 101 AND 102).

FIRST USE 12-0-1992; IN COMMERCE 11-0-1995.

OWNER OF U.S. REG. NOS. 1,878,584, 2,820,561 AND OTHERS.

THE MARK CONSISTS OF THE STYLIZED WORD "MONT" APPEARING ABOVE THE
STYLIZED WORD "BLANC". A SIX-LOBED STAR DESIGN WITHIN A CIRCLE APPEARS
TO THE UPPER RIGHT OF THE WORDING "MONT".

THE ENGLISH TRANSLATION OF "MONT BLANC" IN THE MARK IS "WHITE MOUNTAIN".

SER. NO. 85-646,858, FILED 6-8-2012.

KATHERINE M. DUBRAY, EXAMINING ATTORNEY



*Acting Director of the United States Patent and Trademark Office*

# United States of America

## United States Patent and Trademark Office

# 4810

**Reg. No. 4,359,666**

**Registered July 2, 2013**

**Int. Cls.: 9, 14, 16 and 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

MONTBLANC-SIMPLO GMBH (FED REP GERMANY LIMITED LIABILITY COMPANY)
HELLGRUNDWEG 100
22525 HAMBURG
FED REP GERMANY

FOR: EYEGLASSES, SUNGLASSES, EYEGLASS FRAMES AND CASES; GRADUATED RULERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: JEWELLERY ARTICLES, NAMELY, BRACELETS, CUFFLINKS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: DOCUMENT MARKERS; POUCHES FOR WRITING INSTRUMENTS; INKS AND INK REFILLS FOR WRITING INSTRUMENTS; DIARIES; PERSONAL ORGANIZERS; PAPER-WEIGHTS; PEN AND PENCIL HOLDERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: BELTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF INTERNATIONAL REGISTRATION 0822021 DATED 1-19-2004, EXPIRES 1-19-2014.

OWNER OF U.S. REG. NOS. 2,834,528 AND 3,021,088.

SER. NO. 79-118,077, FILED 5-29-2012.

JERI J. FICKES, EXAMINING ATTORNEY

Acting Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# MONTBLANC

**Reg. No. 4,582,264**

**Registered Aug. 12, 2014**

**Int. Cls.: 35, 38, 42 and 45**

**SERVICE MARK**

**PRINCIPAL REGISTER**

MONTBLANC-SIMPLO GMBH (FED REP GERMANY LIMITED PARTNERSHIP)
HELLGRUNDWEG 100
22525 HAMBURG
FED REP GERMANY

FOR: RETAIL STORE SERVICES IN THE FIELD OF LUXURY GOODS IN THE NATURE OF WATCHES, CHRONOMETERS, LUXURY WRITING INSTRUMENTS AND PARTS AND FITTINGS THEREFOR, LEATHER GOODS, BELTS, JEWELRY, EYEWEAR, FRAGRANCES, STATIONERY, STATIONERY REFILLS, DESK SETS, PERSONAL CARE PRODUCTS PROVIDED VIA THE INTERNET AND OTHER COMPUTER AND ELECTRONIC COMMUNICATION NETWORKS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FOR: TELECOMMUNICATION SERVICES, NAMELY, ROUTING OF INTERNET QUERIES FROM END USERS TO WEBSITE HOSTING PROVIDERS; PROVIDING ACCESS TO AN ONLINE COMPUTER DATABASE IN THE FIELD OF DOMAIN NAME REGISTRATION INFORMATION; CONNECTION OF INTERNET DOMAINS AND E-MAIL-ADDRESSES IN COMPUTER NETWORKS, NAMELY, DATA COMMUNICATION BY ELECTRONIC MAIL, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FOR: TECHNICAL IT PROJECT MANAGEMENT SERVICES FOR MANAGING AND TRACKING COMPUTER NETWORK DOMAIN NAMES IN CONNECTION WITH THE REGISTRATION OF DOMAIN NAMES FOR IDENTIFICATION OF USERS AND INTERNET PROTOCOL ADDRESSES ON THE INTERNET; VERIFICATION OF IDENTITIES FOR THE PURPOSE OF PERMITTING OR DENYING ACCESS TO INFORMATION AND SERVICES IN THE NATURE OF COMPUTER SECURITY SERVICES, NAMELY, ENABLING OR RESTRICTING ACCESS TO COMPUTER NETWORKS TO AUTHORIZED USERS BY MEANS OF A WEBSITE FEATURING TECHNOLOGY THAT VERIFIES USER IDENTITIES; INTERNET PROTOCOL (IP) ADDRESS VERIFICATION, IN CLASS 42 (U.S. CLS. 100 AND 101).

FOR: LEGAL SERVICES, NAMELY, REGISTRATION OF DOMAIN NAMES FOR IDENTIFICATION OF USERS ON A GLOBAL COMPUTER NETWORK; REGISTRATION SERVICES ENABLING ENTITIES TO MANAGE INFORMATION RELATED TO DOMAIN NAMES AND E-MAIL ADDRESSES FOR USE ON A GLOBAL COMPUTER NETWORK, NAMELY, ISSUING AND REGISTRATION OF DOMAIN NAMES AND E-MAIL ADDRESSES; LICENSING OF DOMAIN NAMES; LEGAL SERVICES, NAMELY, ADMINISTRATION OF DOMAIN NAMES AND E-MAIL ADDRESSES, IN CLASS 45 (U.S. CLS. 100 AND 101).



*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**

**Reg. No. 4,582,264**  THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 7-3-2012 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1171881 DATED 1-3-2013, EXPIRES 1-3-2023.

OWNER OF U.S. REG. NOS. 776,208, 4,336,811 AND OTHERS.

THE ENGLISH TRANSLATION OF THE WORD "MONTBLANC" IN THE MARK IS "WHITE MOUNTAIN".

SER. NO. 79-134,647, FILED 1-3-2013.

SETH A. RAPPAPORT, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# MONT BLANC

**Reg. No. 4,669,133**

**Registered Jan. 13, 2015**

**Int. Cls.: 3, 9, 14, 16 and 18**

**TRADEMARK**

**PRINCIPAL REGISTER**



**Michelle K. Lee**
Deputy Director of the United States
Patent and Trademark Office

MONTBLANC-SIMPLO GMBH (FED REP GERMANY LIMITED PARTNERSHIP)
HELLGRUNDWEG 100
22525 HAMBURG
FED REP GERMANY

FOR: SOAPS; PERFUMERY; ESSENTIAL OILS; COSMETIC PREPARATIONS FOR BODY AND BEAUTY CARE, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: EYEGLASSES, SUNGLASSES; EYEGLASS FRAMES AND CASES; MAGNIFYING GLASSES; COMPUTER AND TABLETS CARRYING CASES AND BAGS; HOLDERS AND CASES FOR TELEPHONES, PORTABLE TELEPHONES AND SMARTPHONES; ACCESSORIES FOR PORTABLE TELEPHONES, SMARTPHONES AND TABLETS, NAMELY, CASES, BAGS; DATA RECORDING AND STORAGE MEDIA DEVICE AND INSTRUMENTS, NAMELY, BLANK USB FLASH DRIVE; GRADUATED RULERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: JEWELRY; PRECIOUS STONES; PRECIOUS METALS AND THEIR ALLOYS; CUFFLINKS; TIE CLIPS; RINGS; BRACELETS; EARRINGS; NECKLACES; BROOCHES; KEY RINGS OF PRECIOUS METAL; JEWELRY CASES; BOXES OF PRECIOUS METALS; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS; WATCHES; CHRONOMETERS; CLOCKS; SMALL CLOCKS; WATCH CASES; WATCH BANDS; WATCH BRACELETS; KEY RINGS, TRINKETS, OR FOBS OF PRECIOUS METAL, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: STATIONERY; ARTICLES OF PAPER OR CARDBOARD, NAMELY, BOXES, BAGS, ENVELOPES AND POUCHES FOR PACKAGING; WRAPPING PAPER; WRITING INSTRUMENTS; POUCHES FOR WRITING INSTRUMENTS; CASES FOR WRITING INSTRUMENTS; INKS AND INK REFILLS FOR WRITING INSTRUMENTS; DESK SETS; WRITING BOOKS; CALENDARS, NOTE BOOKS, CARD AND DOCUMENT FILES, ANNOUNCEMENT CARDS; WRITING PAPER, ENVELOPES, INDEX CARDS; BUSINESS CARDS; WRITING PADS; WRITING INSTRUMENT HOLDERS; PAPERWEIGHTS; DIARIES, COVER FOR DIARIES, REPLACEMENT PAPERS FOR DIARIES; INKWELLS; CHECK BOOK HOLDERS; PASSPORT HOLDERS; DOCUMENT HOLDERS AND CASES; PHOTO ALBUMS; BOOKENDS; MONEY CLIPS; WRITING CASES FOR WRITING INSTRUMENTS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: HANDBAGS, TRAVELLING BAGS, RUCKSACKS, GARMENT BAGS FOR TRAVEL, TRAVELING SETS COMPRISED OF LUGGAGE, SUITCASES, BAGS FOR SPORTS,

**Reg. No. 4,669,133**   WHEELED BAGS, WALLETS, PURSES, NAME CARDS CASES, BRIEFCASES, ATTACHÉ CASES, KEY CASES OF LEATHER OR IMITATION LEATHER; TRAVELLING TRUNKS; UNFITTED VANITY CASES; EVENING PURSES; LEATHER STRAPS; BOXES OF LEATHER OR LEATHER BOARD, TRUNKS AND SUITCASES; CREDIT CARD HOLDER, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

OWNER OF U.S. REG. NOS. 3,059,776, 4,405,176 AND OTHERS.

PRIORITY DATE OF 11-23-2012 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1182079 DATED 5-22-2013, EXPIRES 5-22-2023.

THE MARK CONSISTS OF THE STYLIZED WORD "MONT" APPEARING ABOVE THE STYLIZED WORD "BLANC". A SIX-LOBED STAR DESIGN WITHIN A CIRCLE APPEARS TO THE UPPER RIGHT OF THE WORDING "MONT".

THE ENGLISH TRANSLATION OF "MONT BLANC" IS "WHITE MOUNTAIN".

SER. NO. 79-138,632, FILED 5-22-2013.

TOBY BULLOFF, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,686,500**

**Registered Feb. 17, 2015**

**Int. Cls.: 3, 9, 14, 16 and 18**

**TRADEMARK**

**PRINCIPAL REGISTER**

MONTBLANC-SIMPLO GMBH (FED REP GERMANY LIMITED LIABILITY COMPANY)
HELLGRUNDWEG 100
22525 HAMBURG, FED REP GERMANY

FOR: SOAPS, PERFUMERY, ESSENTIAL OILS, COSMETIC PREPARATIONS FOR BODY AND BEAUTY CARE, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: EYEGLASSES, SUNGLASSES; EYEGLASS FRAMES AND CASES; MAGNIFYING GLASSES; COMPUTER AND TABLET COMPUTER CARRYING CASES AND BAGS; HOLDERS AND CASES FOR TELEPHONES, PORTABLE TELEPHONES AND SMART-PHONES; ACCESSORIES FOR PORTABLE TELEPHONES, SMARTPHONES AND TABLET COMPUTERS, NAMELY, EARPHONES AND HEADPHONES; GRADUATED RULERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: JEWELRY; CUFF LINKS; TIE CLIPS; RINGS, BRACELETS, EARRINGS, NECKLACES, BROOCHES; KEY RINGS OF PRECIOUS METAL; WATCHES, CHRONOMETERS, CLOCKS, WATCH MOVEMENTS, WATCH STRAPS, WATCH BRACELETS, BOXES OF PRECIOUS METAL FOR WATCHES AND JEWELRY, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: PAPER, CARDBOARD; PAPER BOXES; CARDBOARD BOXES; PRINTED MATTER, NAMELY, CALENDARS, PAPER CARDS; STATIONERY; ARTICLES OF PAPER OR CARDBOARD, NAMELY, BOXES, BAGS, ENVELOPES AND POUCHES FOR PACKAGING; WRAPPING PAPER; WRITING INSTRUMENTS; REPLACEMENT PARTS FOR WRITING INSTRUMENTS, NAMELY, NIBS, CAPS, AND CLIPS; POUCHES FOR WRITING INSTRU-MENTS; CASES FOR WRITING INSTRUMENTS; INKS AND INK REFILLS FOR WRITING INSTRUMENTS; BLANK WRITING BOOKS; CALENDARS, NOTE BOOKS; WRITING PAPER, ENVELOPES; BUSINESS CARDS; PAPERWEIGHTS; DIARIES, COVERS FOR DIARIES, REPLACEMENT PAPERS FOR DIARIES; INKWELLS; CHECKBOOK HOLDERS, PASSPORT HOLDERS; DOCUMENT HOLDERS; DOCUMENT PORTFOLIOS; PHOTO ALBUMS; BOOKENDS; MONEY CLIPS; LETTER TRAYS, WRITING INSTRUMENT HOLDERS, WRITING PAPER PAD REFILLS; DESK SETS, DESK STANDS FOR WRITING INSTRUMENTS AND OFFICE IMPLEMENTS IN THE NATURE OF OFFICE STATIONERY, PEN AND PENCIL HOLDERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: LEATHER AND IMITATION LEATHER, LEATHER AND IMITATION LEATHER GOODS, NAMELY, HANDBAGS, TRAVELLING BAGS, BAGS FOR SPORTS, WHEELED BAGS, WALLETS, PURSES, CREDIT CARD HOLDERS, BRIEFCASES, ATTACHÉ-CASES,

*Michelle K. Lee*

**Deputy Director of the United States Patent and Trademark Office**

**Reg. No. 4,686,500**   KEY CASES, TRAYS MADE OF LEATHER IN THE NATURE OF LEATHER GROOMING ORGANIZERS FOR TRAVEL, TRAVELLING TRUNKS, UNFITTED VANITY CASES, HANDBAGS, BOXES OF LEATHER OR LEATHER BOARD, TRUNKS AND SUITCASES, AND BAGS FOR PACKAGING, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

OWNER OF U.S. REG. NOS. 3,059,776, 4,405,176 AND OTHERS.

PRIORITY DATE OF 10-1-2013 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1209153 DATED 3-4-2014, EXPIRES 3-4-2024.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SCHUTZMARKE" AND "HAMBURG", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE STYLIZED WORDS "MONT BLANC" IN A STACKED FORMATION INSIDE A SIX-LOBED STAR DESIGN. THE SIX-LOBED STAR IS INSIDE A CIRCULAR BORDER. QUOTATION MARKS IN THE NATURE OF UPSIDE DOWN TRIANGLES APPEAR IN FRONT OF "MONT" AND AT THE END OF "BLANC". AROUND THE OUTSIDE OF THE CIRCULAR BORDER ARE THE STYLIZED WORDS "SCHUTZMARKE HAMBURG SIMPLO". IN EACH OF THE THREE SPACES SEPARATING THESE THREE WORDS IS A SMALL DIAMOND.

THE ENGLISH TRANSLATION OF THE WORDS "SCHUTZMARKE" AND "MONT BLANC" IN THE MARK IS "TRADEMARK" AND "WHITE MOUNTAIN", RESPECTIVELY.

SER. NO. 79-149,280, FILED 3-4-2014.

SIMON TENG, EXAMINING ATTORNEY