# Exhibit 3

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 950,843
Registered Jan. 16, 1973
Renewal Term Begins Jan. 16, 1993

## TRADEMARK
## PRINCIPAL REGISTER

# Chloé

CHLOE SOCIETE ANONYME (FRANCE CORPORATION)
71 AVENUE FRANKLIN ROOSEVELT
75008 PARIS, FRANCE

OWNER OF FRANCE REG. NO. 464837, DATED 5-10-1957.

FOR: LADIES' ARTICLES OF CLOTHING FOR OUTERWEAR—NAMELY, FROCKS, DRESSES, COATS, COSTUMES, SUITS, SKIRTS, BLOUSES, VESTS AND PANT-SUITS; [FUR COATS,] VESTS, HATS AND TIES; AND LADIES' SHOES, IN CLASS 39 (INT. CL. 25).

SER. NO. 72-392,040, FILED 5-14-1971.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on May 11, 1993.*

COMMISSIONER OF PATENTS AND TRADEMARKS

## Certificate of Correction

Registered January 16, 1973           Registration No. 950,843

Chloé, Societe Anonyme

   It is hereby certified that the above identified registration is in error requiring correction as follows:

   In the statement, column 1, line 1, should be deleted and *Chloé Societe Anonyme (French Corporation)* should be inserted.

   The said registration should be read as corrected above.

   Signed and sealed this 24th day of November 1981.

[SEAL]

Attest:

JANIE COOKSEY,                         GERALD J. MOSSINGHOFF,

*Attesting Officer.*                 *Commissioner of Patents and Trademarks.*

United States Patent Office     950,843
Registered Jan. 16, 1973

PRINCIPAL REGISTER
Trademark

Ser. No. 392,040, filed May 14, 1971

# Chloé

Chloe (French joint-stock company)
71 Avenue Franklin Roosevelt
75 Paris 8, France

For: LADIES' ARTICLES OF CLOTHING FOR OUTERWEAR — NAMELY, FROCKS, DRESSES, COATS, COSTUMES, SUITS, SKIRTS, BLOUSES, VESTS AND PANT-SUITS; FUR COATS, VESTS, HATS AND TIES; AND LADIES' SHOES—in CLASS 39 (INT. CL. 25).
Owner of French Reg. No. 464,837, dated May 10, 1957 (Seine); Natl. Inst. No. 90,025.

Int. Cl.: 3

Prior U.S. Cl.: 51, 52

**United States Patent and Trademark Office**

Reg. No. 1,103,275
Registered Oct. 3, 1978

## TRADEMARK
Principal Register

# Chloé

Karl Lagerfeld K.L. Productions, S.A. (French corporation)
71 Franklin Roosevelt
Paris, France

For: SCENTED SOAPS, SCENTED BODY POWDERS, BODY LOTIONS AND BODY CLEANSING GELS, in CLASS 3 (U.S. CLS. 51 and 52).
First use Mar. 22, 1977; in commerce Mar. 22, 1977.
Owner of Reg. No. 1,020,289.

Ser. No. 151,282, filed Dec. 6, 1977.

M. MERCHANT, Examiner

Int. Cls.: 3, 9, 18, 24, 25 and 26

Prior U.S. Cls.: 1, 3, 21, 26, 39, 40, 41, 42, 51 and 52

Reg. No. 1,491,810

## United States Patent and Trademark Office
Registered June 14, 1988

## TRADEMARK
### PRINCIPAL REGISTER

## CHLOE

CHLOE SOCIETE ANONYME (FRANCE CORPORATION)
71 AVENUE FRANKLIN ROOSEVELT
PARIS, FRANCE

FOR: PERFUME, TOILET WATER, COLOGNE, BATH AND SHOWER GEL, TALCUM POWDER, BODY LOTION, BODY CREAM, PERSONAL DEODORANT, BEAUTY OR BATH SOAP, BATH SALTS, ALL PURPOSE CLEANING PREPARATIONS, MAKEUP, HAIR SHAMPOO, TOOTHPASTE AND HAIR LOTION, IN CLASS 3 (U.S. CLS. 51 AND 52).

FOR: EYEGLASSES, SUNGLASSES, CALCULATORS, DRESSMAKER'S MEASURES, ELECTRIC FLATIRONS AND OPTICAL LENSES, IN CLASS 9 (U.S. CLS. 21 AND 26).

FOR: FUR AND PELTS SOLD IN BULK, HANDBAGS, PURSES, TRAVEL CASES, TRAVELLING BAGS, PARASOLS, UMBRELLAS AND WALKING STICKS, IN CLASS 18 (U.S. CLS. 1, 3 AND 41).

FOR: TEXTILE FABRICS FOR USE IN THE MANUFACTURE OF CLOTHING, LINING MATERIAL FOR USE IN THE MANUFACTURE OF CLOTHING, BED LINEN, BATH LINEN, HANDKERCHIEFS AND CLOTH LABELS, IN CLASS 24 (U.S. CL. 42).

FOR: APRONS, BATHROBES, BATHING SUITS, BERETS, WAISTS OF LADIES DRESSES, COATS, COLLARS, CUFFS, DRESSES, FUR STOLES, FUR JACKETS AND COATS, HATS, HOSIERY, JACKETS, GLOVES, TIES, SHIRTS, BLOUSES, TROUSERS, SKIRTS, LINGERIE, VEILS, SCARVES, SHAWLS, BOOTS, SHOES AND SLIPPERS, IN CLASS 25 (U.S. CL. 39).

FOR: ARTIFICIAL FLOWERS AND FRUIT, HAIRBANDS, BRAIDS, BUCKLES AND CORDS, NEEDLES, PINS, LACE, EMBROIDERY, RIBBONS, HAIR ORNAMENTS, BUTTONS, HOOKS AND EYES, IN CLASS 26 (U.S. CL. 40).

PRIORITY CLAIMED UNDER SEC. 44(D) ON FRANCE APPLICATION NO. 813907, FILED 9-12-1986, REG. NO. 1370314, DATED 9-12-1986, EXPIRES 9-12-1996.

OWNER OF U.S. REG. NOS. 950,843, 1,447,853 AND OTHERS.

SER. NO. 648,744, FILED 3-10-1987.

RICHARD A. STRASER, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 1,925,176
Registered Oct. 10, 1995

TRADEMARK
PRINCIPAL REGISTER

CHLOE

CHLOE SOCIETE ANONYME (FRANCE SOCIETE ANONYME)
54–56 RUE DE FAUBOURG SAINT HONORE
75008 PARIS, FRANCE

FOR: SUNGLASSES, SPECTACLE FRAMES AND PARTS THEREOF, NAMELY EARPIECES, LENSES, CORDS, CHAINS, CASES AND CONTAINERS FOR SUCH SUNGLASSES AND SPECTACLE FRAMES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

OWNER OF FRANCE REG. NO. 1370314, DATED 9-12-1986, EXPIRES 9-12-1996.

OWNER OF U.S. REG. NOS. 950,843, 1,591,790 AND OTHERS.

SER. NO. 74–541,575, FILED 6-22-1994.

ESTHER BELENKER, EXAMINING ATTORNEY

Int. Cls.: **14, 18 and 25**

Prior U.S. Cls.: **1, 2, 3, 22, 27, 28, 39, 41 and 50**

**United States Patent and Trademark Office**

Reg. No. **2,641,982**
Registered Oct. 29, 2002

## TRADEMARK
### PRINCIPAL REGISTER

### SEE BY CHLOE

CHLOE SOCIETE ANONYME (FRANCE COMPANY)
54/56 RUE DU FAUBOURG SAINT HONORE
75008 PARIS, FRANCE

FOR: JEWELRY, PRECIOUS GEM STONES, HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, NAMELY WATCHES AND CLOCKS; GOODS MADE FROM PRECIOUS METALS AND SEMIPRECIOUS METALS, NAMELY BELT BUCKLES; GOODS COATED WITH PRECIOUS METALS AND SEMI-PRECIOUS METALS, NAMELY, BELT BUCKLES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: LUGGAGE TRUNKS, TRAVELLING BAGS, UMBRELLAS, PARASOLS AND WALKING STICKS; RUCKSACKS, SUITCASES, HOLDALLS, DUFFEL BAGS, TOTE BAGS, TRAVEL CASES, BACKPACKS, HANDBAGS, CREDIT CARD CASE; BRIEFCASES; ATTACHE CASES, PURSES, WALLETS, KEY CASES, COIN PURSES, PARTS AND FITTINGS FOR ALL THE AFORESAID GOODS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CLOTHING, NAMELY, TROUSERS, SKIRTS, SUITS, DRESSES, JACKETS, BLOUSONS, SHIRTS, COATS, CARDIGANS, SWEATERS, BLOUSES, SHORTS, T-SHIRTS, PULLOVERS, LINGERIE, TIES, SCARVES, FOOTWEAR, HEADWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

PRIORITY CLAIMED UNDER SEC. 44(D) ON UNITED KINGDOM APPLICATION NO. 2251157, FILED 11-2-2000, REG. NO. 2251157, DATED 11-2-2000, EXPIRES 11-2-2010.

SER. NO. 76-228,096, FILED 3-20-2001.

ANNE ENDIEVERI, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

Reg. No. 2,745,487

**United States Patent and Trademark Office**  Registered Aug. 5, 2003

## TRADEMARK
### PRINCIPAL REGISTER

### CHLOE

CHLOE SOCIETE ANONYME (FRANCE SOCIETE ANONYME)
54-56 RUE DU FAUBOURG SAINT HONORE
75008 PARIS, FRANCE

FOR: JEWELRY; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, NAMELY, WATCHES AND CLOCKS; WATCH STRAPS; PARTS AND FITTINGS FOR ALL THE AFORESAID GOODS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

OWNER OF FRANCE REG. NO. 1428213, DATED 9-23-1987, EXPIRES 9-23-2007.

OWNER OF U.S. REG. NOS. 1,182,862, 1,491,810, AND 2,020,289.

SER. NO. 75-611,908, FILED 12-24-1998.

TARAH HARDY, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

United States Patent and Trademark Office

Reg. No. 3,198,388
Registered Jan. 16, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# CHLOE

CHLOE SOCIÉTÉ ANONYME (FRANCE COMPANY)
54/56 RUE DU FAUBOURG SAINT HONORÉ
75008 PARIS, FRANCE

FOR: OPTICAL APPARATUS AND INSTRUMENTS, NAMELY, SPECTACLES, SUNGLASSES, EYEGLASSES, EYE SHADES, AND CONTACT LENSES, AND FRAMES, EARPIECES, LENSES, CORDS, CHAINS, CASES AND CONTAINERS THEREFORE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF ERPN CMNTY TM OFC REG. NO. 003683661, DATED 9-21-2005, EXPIRES 3-5-2014.

OWNER OF U.S. REG. NO. 1,925,176.

SER. NO. 78-752,377, FILED 11-11-2005.

DEZMONA MIZELLE, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# LOVE,
# Chloé

**Reg. No. 3,921,204**  CHLOE S.A.S. (FRANCE SOCIÉTÉ ANONYME (SA))
5/7 AV. PERCIER
**Registered Feb. 15, 2011**  75008 PARIS, FRANCE

**Int. Cl.: 3**

FOR: PERFUMERY, PERFUMES, COSMETIC PREPARATIONS FOR SKIN, BODY CREAMS, BODY LOTIONS, PERSONAL DEODORANTS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

**TRADEMARK**

FIRST USE 8-23-2010; IN COMMERCE 10-15-2010.

**PRINCIPAL REGISTER**

OWNER OF U.S. REG. NOS. 1,020,289, 1,491,810, AND OTHERS.

THE MARK CONSISTS OF THE STYLIZED WORDS "LOVE, CHLOE".

SN 85-012,797, FILED 4-13-2010.

LINDA ORNDORFF, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office



**Reg. No. 4,348,622**
**Registered June 11, 2013**
**Int. Cl.: 3**

**TRADEMARK**

**PRINCIPAL REGISTER**



CHLOE, SOCIÉTÉ PAR ACTIONS SIMPLIFIÉE (FRANCE SOCIÉTÉ PAR ACTIONS SIMPLIFIÉE)
5/7, AVENUE PERCIER
F-75008 PARIS
FRANCE

FOR: PERFUMERY, PERFUMES, TOILET WATER, EAU-DE-COLOGNE, SCENTED WATER FOR PERFUME; SHOWER AND BATH GELS, BUBBLE BATH, TOILET SOAPS; PERSONAL DEODORANTS; COSMETICS IN THE NATURE OF FACE, BODY AND HAND CREAMS, MILKS, LOTIONS, GELS AND POWDERS, BEAUTY MASKS; LIQUID CREAMS FOR THE BODY; ESSENTIAL OILS, OILS FOR PERFUMES AND SCENTS FOR BODY CARE; MAKE-UP PREPARATIONS, LIPSTICKS, FOUNDATIONS, PENCILS FOR THE EYES, EYEBROW AND LIPS, EYE SHADOWS, MASCARA, EYELINERS, NAIL VARNISH; SHAMPOOS, HAIR CONDITIONERS, HAIR STYLING AND HAIR CARE PREPARATIONS; MAKE-UP REMOVING PREPARATIONS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

OWNER OF U.S. REG. NOS. 2,641,982, 3,696,923 AND OTHERS.

PRIORITY DATE OF 5-17-2012 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1137671 DATED 8-13-2012, EXPIRES 8-13-2022.

THE MARK CONSISTS OF THE WORDING "SEEBY CHLOE" IN STYLIZED FORM.

SER. NO. 79-121,160, FILED 8-13-2012.

SHAILA SETTLES, EXAMINING ATTORNEY

**Acting Director of the United States Patent and Trademark Office**