Exhibit 4

Int. Cl.: 14

Prior U.S. Cls.: 27 and 28

## United States Patent and Trademark Office

Reg. No. 1,415,794
Registered Nov. 4, 1986

### TRADEMARK
### PRINCIPAL REGISTER

# Van Cleef & Arpels

VAN CLEEF & ARPELS, INC. (NEW YORK
CORPORATION)
744 FIFTH AVENUE
NEW YORK, NY 10019

FOR: JEWELRY AND WATCHES, IN CLASS
14 (U.S. CLS. 27 AND 28).

FIRST USE 3-0-1939; IN COMMERCE
3-0-1939.

OWNER OF U.S. REG. NO. 971,523.

SER. NO. 587,444, FILED 3-10-1986.

TERESA HECHMER, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 27 and 28

**United States Patent and Trademark Office**

Reg. No. 1,415,794
Registered Nov. 4, 1986

## TRADEMARK
### PRINCIPAL REGISTER

# Van Cleef & Arpels

VAN CLEEF & ARPELS, INC. (NEW YORK
 CORPORATION)
744 FIFTH AVENUE
NEW YORK, NY 10019

 FOR: JEWELRY AND WATCHES, IN CLASS
14 (U.S. CLS. 27 AND 28).

FIRST USE 3-0-1939; IN COMMERCE
3-0-1939.
 OWNER OF U.S. REG. NO. 971,523.

 SER. NO. 587,444, FILED 3-10-1986.

TERESA HECHMER, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cl.: 28

Reg. No. 1,584,572

**United States Patent and Trademark Office**     Registered Feb. 27, 1990

10 Year Renewal     Renewal Term Begins Feb. 27, 2000

## TRADEMARK
## PRINCIPAL REGISTER

### VCA

VAN CLEEF & ARPELS, INC. (NEW
   YORK CORPORATION)
744 FIFTH AVENUE
NEW YORK, NY 10019

FOR: JEWELRY, IN CLASS 14 (U.S.
CL. 28).
   FIRST USE 0-0-1939; IN COMMERCE
0-0-1939.

SER. NO. 73-813,271, FILED 7-18-1989.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Apr. 18, 2000.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: **14**

Prior U.S. Cl.: **28**

Reg. No. **1,584,572**

## United States Patent and Trademark Office

Registered Feb. 27, 1990

## TRADEMARK
### PRINCIPAL REGISTER

## VCA

VAN CLEEF & ARPELS, INC. (NEW YORK CORPORATION)
744 FIFTH AVENUE
NEW YORK, NY 10019

FOR: JEWELRY, IN CLASS 14 (U.S. CL. 28).

FIRST USE 0–0–1939; IN COMMERCE 0–0–1939.

SER. NO. 73–813,271, FILED 7–18–1989.

JILL C. ALT, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

Reg. No. 1,602,394

## United States Patent and Trademark Office

Registered June 19, 1990

### TRADEMARK
### PRINCIPAL REGISTER



VAN CLEEF & ARPELS, INC. (NEW YORK CORPORATION)
744 FIFTH AVENUE
NEW YORK, NY 10019

FOR: SCARVES, IN CLASS 25 (U.S. CL. 39).
FIRST USE 12-1-1987; IN COMMERCE 12-15-1987.

OWNER OF U.S. REG. NOS. 971,523, 1,415,794, AND 1,445,858.

SER. NO. 73-794,338, FILED 4-19-1989.

SANDRA FARRAH, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 3 and 37

## United States Patent and Trademark Office

Reg. No. 1,603,678
Registered June 26, 1990

## TRADEMARK
### PRINCIPAL REGISTER



VAN CLEEF & ARPELS, INC. (NEW YORK CORPORATION)
744 FIFTH AVENUE
NEW YORK, NY 10019

FOR: LEATHER NOTE PAD HOLDERS, IN CLASS 16 (U.S. CLS. 3 AND 37).

FIRST USE 12–10–1988; IN COMMERCE 12–15–1988.
OWNER OF U.S. REG. NOS. 971,523, 1,415,794, AND 1,445,858.

SER. NO. 73–795,567, FILED 4–24–1989.

SANDRA FARRAH, EXAMINING ATTORNEY

**Int. Cl.: 14**

**Prior U.S. Cls.: 2, 27, 28 and 50**

## United States Patent and Trademark Office

**Reg. No. 2,692,672**

Registered Mar. 4, 2003

### TRADEMARK
### PRINCIPAL REGISTER



VAN CLEEF & ARPELS LOGISTICS S. A. (SWIT-
ZERLAND CORPORATION)
8 ROUTE DE CHANDOLAN
1752 VILLARS-SUR-GLANE, SWITZERLAND

FOR: PRECIOUS METALS AND THEIR ALLOYS
SOLD IN BULK; GOODS MADE OF PRECIOUS
METALS OR COATED THEREWITH, NAMELY
STUDS FOR TIES, SHIRTS, COLLARS AND TUX-
EDOS, BUTTON COVERS, HAIR ORNAMENTS,
HEADBANDS, BUCKLES, MONEY CLIPS, KEYS,
KEY CHAINS; JEWELRY, PRECIOUS STONES,
HOROLOGICAL AND CHRONOMETRIC INSTRU-
MENTS, NAMELY CHRONOMETERS, CHRONO-
GRAPHS FOR USE AS WATCHES; NECKLACES;
CHAINS, CLIPS, EAR CLIPS, STUD EARRINGS,
RINGS AND PENDANTS, ALL BEING JEWELRY;

WATCHES, WATCH BRACELETS, CLOCKS; CUF-
FLINKS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 12-1-2001; IN COMMERCE 12-1-2001.

OWNER OF U.S. REG. NO. 1,584,572.

THE LINING IN THE DRAWING IS A FEATURE
OF THE MARK.

THE MARK CONSISTS OF THE LETTERS "VCA"
AND A STYLIZED DESIGN OF THE FAMOUS
COLUMN OF "LA PLACE VENDOME" IN PARIS.

SER. NO. 76-368,105, FILED 2-7-2002.

MARY ROSSMAN, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

Reg. No. 2,751,878

## United States Patent and Trademark Office

Registered Aug. 19, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## ALHAMBRA

VAN CLEEF & ARPELS LOGISTICS S. A. (SWIT-
ZERLAND CORPORATION)
B ROUTE DE CHANDOLAN
1752 VILLARS-SUR-GLANE, SWITZERLAND

FOR: PRECIOUS METAL AND THEIR ALLOYS
AND PRODUCTS MADE THEREOF OR COATED
THEREWITH NOT INCLUDED IN OTHER CLAS-
SES, NAMELY, JEWELRY, PRECIOUS GEM-
STONES, HOROLOGICAL AND CHRONOMETRIC
INSTRUMENTS NAMELY WATCHES AND WATCH
BRACELETS AND CLOCKS, NECKLACES, JEWEL-
RY CHAINS OF PRECIOUS METAL, BROOCHES,
EARRINGS, JEWELRY RINGS, PENDANTS, AN-
KLE BRACELETS, CUFF LINKS, STUDS AND TIE
FASTENERS MADE OF PRECIOUS METAL, HAIR
ACCESSORIES MADE OF PRECIOUS METAL
NAMELY JEWELRY, BOXES AND TRUNKS IN

PRECIOUS METAL NAMELY JEWELRY BOXES
AND DECORATIVE BOXES MADE OF PRECIOUS
METAL, URNS MADE OF PRECIOUS METAL,
BELT BUCKLES MADE OF PRECIOUS METAL,
MONEY CLIPS IN PRECIOUS METAL; KEYS AND
KEY RINGS MADE OF PRECIOUS METAL, IN
CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

PRIORITY CLAIMED UNDER SEC. 44(D) ON
FRANCE APPLICATION NO. 01/3081930., FILED 2-
9-2001, REG. NO. 1/3.081.930, DATED 2-9-2001, EX-
PIRES 2-9-2011.

SER. NO. 76-298,807, FILED 8-10-2001.

JOHN DWYER, EXAMINING ATTORNEY

**Int. Cls.: 14 and 35**

**Prior U.S. Cls.: 2, 27, 28, 50, 100, 101 and 102**

**United States Patent and Trademark Office**

Reg. No. 2,936,247

Registered Mar. 29, 2005

**TRADEMARK
SERVICE MARK
PRINCIPAL REGISTER**

# VAN CLEEF & ARPELS

VAN CLEEF & ARPELS LOGISTICS S.A. (SWITZERLAND CORPORATION)

8, ROUTE DE CHANDOLAN

1752 VILLARS-SUR-GLANE, SWITZERLAND

FOR: ITEMS MADE OF PRECIOUS METAL, NAMELY, RINGS, BRACELETS, EARRINGS, NECKLACES, PENDANTS, CHARMS, BROOCHES, CLIPS, HAIRCLIPS, JEWELRY BOXES, JEWELRY CASES, TIE CLIPS, CUFFLINKS, SHIRT STUDS, WATCH BRACELETS AND BUCKLES; JEWELRY, WATCHES AND CLOCKS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 3-0-1939; IN COMMERCE 3-0-1939.

FOR: RETAIL SHOPS FEATURING JEWELRY AND WATCHES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 10-0-1940; IN COMMERCE 10-0-1940.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 971,523, 2,114,588 AND OTHERS.

SER. NO. 78-367,577, FILED 2-13-2004.

JACQUELINE A. LAVINE, EXAMINING ATTORNEY

**Int. Cl.: 14**

**Prior U.S. Cls.: 2, 27, 28 and 50**

**Reg. No. 3,318,861**

## United States Patent and Trademark Office

Registered Oct. 23, 2007

### TRADEMARK
### PRINCIPAL REGISTER

# POETICAL COMPLICATION

VAN CLEEF & ARPELS S.A. (SWITZERLAND S.A.)
8, ROUTE DE CHANDOLAN
CH-1752 VILLARS-SUR-GLÂNE, SWITZERLAND

FOR: JEWELLERY, WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF INTERNATIONAL REGISTRATION 0916980 DATED 2-2-2007, EXPIRES 2-2-2017.

SER. NO. 79-035,771, FILED 2-2-2007.

LINDA ESTRADA, EXAMINING ATTORNEY

**Int. Cl.: 14**

**Prior U.S. Cls.: 2, 27, 28, and 50**

**United States Patent and Trademark Office**

Reg. No. 3,450,603

Registered June 17, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# SWEET ALHAMBRA

VAN CLEEF & ARPELS S.A. (SWITZERLAND CORPORATION)
CH-1752
8 ROUTE DE CHANDOLAN
VILLARS-SUR-GLÂNE, SWITZERLAND

    FOR: JEWELRY, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

    FIRST USE 10-0-2007; IN COMMERCE 10-0-2007.

    THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

    OWNER OF U.S. REG. NO. 2,751,878.

    SN 77-203,926, FILED 6-12-2007.

    FLORENTINA BLANDU, EXAMINING ATTORNEY

**Int. Cls.: 14 and 25**

**Prior U.S. Cls.: 2, 22, 27, 28, 39 and 50**

**United States Patent and Trademark Office**

Reg. No. 3,489,019

Registered Aug. 19, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# ALHAMBRA

VAN CLEEF & ARPELS S.A. (SWITZERLAND SOCIÉTÉ ANONYME)
8 ROUTE DE BICHES
CH-1752 VILLARS-SUR-GLÂNE
SWITZERLAND

FOR: JEWELRY; CLOCK AND WATCH MAKING, NAMELY, WATCHES, WATCH BRACELETS, CHRONOMETERS, CLOCKS, HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS AND CASES THEREFORE, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: BLOUSES; T-SHIRTS; KNITWEAR, NAMELY, KNIT SHIRTS, KNIT SCARVES, KNIT CARDIGANS; SWEATSHIRTS; JACKETS; GARMENTS, NAMELY, SHAWLS, SWEATERS, TROUSERS, SKIRTS; JEANS; TROUSERS AND SUITS; CAPS; HATS; SCARVES; LINGERIE; PAJAMAS; COATS;BOOTS; SLIPPERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF INTERNATIONAL REGISTRATION 0940168 DATED 7-30-2007, EXPIRES 7-30-2017.

OWNER OF U.S. REG. NO. 2,751,878.

SER. NO. 79-044,830, FILED 7-30-2007.

MICHAEL TANNER, EXAMINING ATTORNEY



# United States of America
### United States Patent and Trademark Office

# DOMINO

**Reg. No. 3,852,100**
VAN CLEEF & ARPELS S.A. (SWITZERLAND CORPORATION)
8, ROUTE DE BICHES
**Registered Sep. 28, 2010** 1752 VILLARS-SUR-GLANE, SWITZERLAND

**Int. Cl.: 14**
FOR: WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

**TRADEMARK**
THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

**PRINCIPAL REGISTER**
OWNER OF EUROPEAN UNION REG. NO. 476454, DATED 2-24-2000, RENEWED AS REG.
NO. 476454, DATED 2-24-2010, EXPIRES 2-24-2020.

OWNER OF U.S. REG. NO. 2,798,337.

SER. NO. 77-652,571, FILED 1-20-2009.

EUGENIA MARTIN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# UNE JOURNEE A PARIS

**Reg. No. 3,964,525**

**Registered May 24, 2011**

**Int. Cls.: 3 and 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

VAN CLEEF & ARPELS S.A. (SWITZERLAND CORPORATION)
ROUTE DES BICHES 8
CH-1752 VILLARS-SUR-GLÂNE
SWITZERLAND

FOR: PERFUME, COLOGNE, EAU DE TOILETTE, SOAPS, SHOWER GEL, BATH GEL, BATH FOAM, BATH POWDERS, MOISTURIZING CREAMS AND LOTIONS, PERFUMED CREAMS AND LOTIONS, BODY DEODORANT, ANTIPERSPIRANT, SHAVING PREPARATIONS, ESSENTIAL OILS FOR PERSONAL USE, HAIR LOTIONS, SHAMPOO, COSMETIC PREPARATIONS, COSMETICS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: PRECIOUS METALS AND THEIR ALLOYS; JEWELRY; PRECIOUS STONES; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 2-11-2010 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1040951 DATED 4-29-2010, EXPIRES 4-29-2020.

THE ENGLISH TRANSLATION OF "UNE JOURNEE A PARIS" IN THE MARK IS "A DAY IN PARIS".

SER. NO. 79-083,369, FILED 4-29-2010.

FRANK LATTUCA, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,037,174**

**Registered Oct. 11, 2011**

VAN CLEEF & ARPELS S.A. (SWITZERLAND CORPORATION)
8, ROUTE DES BICHES
1752 VILLARS-SUR-GLANE, SWITZERLAND

**Int. Cls.: 14 and 35**

FOR: JEWELRY, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

**TRADEMARK**

FOR: RETAIL STORE SERVICES FEATURING JEWELRY, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

**SERVICE MARK**

PRIORITY CLAIMED UNDER SEC. 44(D) ON FRANCE APPLICATION NO. 103742563, FILED 6-1-2010, REG. NO. 103742563, DATED 6-1-2010, EXPIRES 6-1-2020.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF A QUATREFOIL DESIGN WITH AN OUTER EDGE THAT IS BEADED AND AN INNER PORTION THAT IS FLAT. THE DESIGN ALSO HAS FOUR LARGER BEADS POSITIONED AT CENTRAL POINTS WITHIN IT. THE INNER PORTION OF THE DESIGN IS IN THE COLOR GRAY FOR SHADING PURPOSES ONLY.

SER. NO. 85-062,487, FILED 6-14-2010.

KATHLEEN M. VANSTON, EXAMINING ATTORNEY



*Director of the United States Patent and Trademark Office*



# United States of America
## United States Patent and Trademark Office

# POETRY OF TIME

**Reg. No. 4,065,318**

**Registered Dec. 6, 2011**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

VAN CLEEF & ARPELS SA (SWITZERLAND CORPORATION)
8 ROUTE DES BICHES
CH-1752 VILLARS-SUR-GLÂNE, SWITZERLAND

FOR: CUFF LINKS, TIE CLIPS, RINGS, BRACELETS, EARRINGS, NECKLACES, BROOCHES, KEY RINGS OF PRECIOUS METAL, WATCHES, CHRONOMETERS, CLOCKS, WATCH BANDS, BOXES OF PRECIOUS METAL FOR WATCHES AND JEWELRY, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 7-2-2010 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1063667 DATED 12-6-2010, EXPIRES 12-6-2020.

SER. NO. 79-092,042, FILED 12-6-2010.

DAVID HOFFMAN, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office



# United States of America

### United States Patent and Trademark Office

# LES VOYAGES EXTRAORDINAIRES

**Reg. No. 4,065,322**

**Registered Dec. 6, 2011**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

VAN CLEEF & ARPELS SA (SWITZERLAND CORPORATION)
8 ROUTE DES BICHES
CH-1752 VILLARS-SUR-GLÂNE, SWITZERLAND

FOR: CUFF LINKS OF PRECIOUS OR SEMI-PRECIOUS METAL, TIE CLIPS OF PRECIOUS OR SEMI-PRECIOUS METAL, RINGS, BRACELETS, EARRINGS, NECKLACES, BROOCHES, KEY RINGS OF PRECIOUS METAL, WATCHES, CHRONOMETERS, CLOCKS; WATCH BANDS, BOXES OF PRECIOUS METAL FOR WATCHES AND JEWELRY, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 6-4-2010 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1064170 DATED 11-30-2010, EXPIRES 11-30-2020.

THE ENGLISH TRANSLATION OF THE FOREIGN WORD(S) IN THE MARK IS: "THE EXTRAORDINARY VOYAGES".

SER. NO. 79-092,244, FILED 11-30-2010.

DAVID HOFFMAN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# NID DE PARADIS

**Reg. No. 4,089,596**

**Registered Jan. 24, 2012**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

VAN CLEEF & ARPELS SA (SWITZERLAND CORPORATION)
ROUTE DES BICHES 8
CH-1752 VILLARS-SUR-GLÂNE
SWITZERLAND

FOR: CUFFLINKS, TIE PINS, RINGS, BRACELETS, EARRINGS, NECKLACES, BROOCHES, KEY HOLDERS OF PRECIOUS METALS, WATCHES, CHRONOMETERS, WALL CLOCKS, WATCH BANDS, BOXES OF PRECIOUS METAL FOR WATCHES AND JEWELRY, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 12-3-2010 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1078640 DATED 4-21-2011, EXPIRES 4-21-2021.

THE ENGLISH TRANSLATION OF THE FOREIGN WORD(S) IN THE MARK IS: "NEST OF PARADISE".

SER. NO. 79-097,871, FILED 4-21-2011.

CIMMERIAN COLEMAN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# PERLEE

**Reg. No. 4,103,554**

**Registered Feb. 28, 2012**

VAN CLEEF & ARPELS S.A. (SWITZERLAND S.A.)
ROUTE DES BICHES 8
CH-1752 VILLARS-SUR-GLÂNE, SWITZERLAND

**Int. Cls.: 3, 14 and 18**

FOR: PERFUMES, COLOGNE, EAU DE TOILETTE, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

**TRADEMARK**

**PRINCIPAL REGISTER**

FOR: JEWELRY FEATURING WHITE GOLD AND PINK GOLD, BUT NOT FEATURING PEARLS OR MOTHER OF PEARL; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS FEATURING WHITE GOLD AND PINK GOLD, BUT NOT FEATURING PEARLS OR MOTHER OF PEARL, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: BAGS, NAMELY, HANDBAGS, EVENING HANDBAGS, CLUTCH BAGS AND TOTE BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 10-1-2009 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1037267 DATED 3-24-2010, EXPIRES 3-24-2020.

THE ENGLISH TRANSLATION OF "PERLEE" IN THE MARK IS "PEARLY".

SER. NO. 79-082,067, FILED 3-24-2010.

LAURA HAMMEL, EXAMINING ATTORNEY



*Director of the United States Patent and Trademark Office*



# United States of America

## United States Patent and Trademark Office

# OISEAUX DE PARADIS

**Reg. No. 4,123,742**

**Registered Apr. 10, 2012**

VAN CLEEF & ARPELS S.A. (SWITZERLAND SOCIÉTÉ ANONYME)
8 ROUTE DE BICHES
CH-1752 VILLARS-SUR-GLÂNE, SWITZERLAND

**Int. Cl.: 14**

FOR: CUFF LINKS, TIE CLIPS, RINGS, BRACELETS, EARRINGS, BROOCHES, PRECIOUS METAL KEY RINGS; WATCHES, CHRONOMETERS, CLOCKS, WATCH BANDS, BOXES OF PRECIOUS METAL FOR WATCHES AND JEWELRY, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

**TRADEMARK**

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 11-22-2010 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1081684 DATED 4-19-2011, EXPIRES 4-19-2021.

THE ENGLISH TRANSLATION OF "OISEAUX DE PARADIS" IS "BIRDS OF PARADISE".

SER. NO. 79-099,017, FILED 4-19-2011.

TINA BROWN, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# COULEURS DE PARADIS

**Reg. No. 4,223,879**

**Registered Oct. 16, 2012**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

VAN CLEEF & ARPELS SA (SWITZERLAND CORPORATION)
ROUTE DES BICHES 8
CH-1752 VILLARS-SUR-GLÂNE, SWITZERLAND

FOR: CUFF LINKS, TIE CLIPS, RINGS, BRACELETS, EARRINGS, NECKLACES, BROOCHES, WATCHES, CHRONOMETERS, WALL CLOCKS, WATCH BANDS, BOXES OF PRECIOUS METAL FOR WATCHES AND JEWELRY, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 7-19-2011 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1105850 DATED 12-15-2011, EXPIRES 12-15-2021.

OWNER OF U.S. REG. NO. 4,089,596.

THE ENGLISH TRANSLATION OF THE FOREIGN WORD(S) IN THE MARK IS: "COLOURS OF PARADISE".

SER. NO. 79-108,818, FILED 12-15-2011.

KRISTINA MORRIS, EXAMINING ATTORNEY



*Director of the United States Patent and Trademark Office*



# United States of America

### United States Patent and Trademark Office

# PALAIS DE LA CHANCE

**Reg. No. 4,228,474**

**Registered Oct. 23, 2012**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

VAN CLEEF & ARPELS SA (SWITZERLAND CORPORATION)
ROUTE DES BICHES 8
CH-1752 VILLARS-SUR-GLÂNE
SWITZERLAND

FOR: JEWELRY, PRECIOUS STONES, PRECIOUS METALS AND THEIR ALLOYS; PEARLS; JEWELRY CASES; BOXES OF PRECIOUS METAL; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS; WATCHES; CHRONOMETERS; CLOCKS; SMALL CLOCKS; WATCH CASES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 10-24-2011 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1109626 DATED 2-9-2012, EXPIRES 2-9-2022.

THE ENGLISH TRANSLATION OF "PALAIS DE LA CHANCE" IS "PALACE OF CHANCE".

SER. NO. 79-110,279, FILED 2-9-2012.

ELI HELLMAN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America
### United States Patent and Trademark Office

# YOUR POETIC SETTING

**Reg. No. 4,231,903**

**Registered Oct. 30, 2012**

VAN CLEEF & ARPELS SA (SWITZERLAND CORPORATION)
ROUTE DES BICHES 8
CH-1752 VILLARS-SUR-GLÂNE, SWITZERLAND

**Int. Cls.: 14 and 40**

**TRADEMARK**

FOR: CUFF LINKS, TIE CLIPS, RINGS, BRACELETS, EARRINGS, NECKLACES, BROOCHES, KEY RINGS OF PRECIOUS METALS, WATCHES, CHRONOMETERS, CLOCKS, WATCH BANDS, BOXES OF PRECIOUS METAL FOR WATCHES AND JEWELRY, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

**SERVICE MARK**

**PRINCIPAL REGISTER**

FOR: SETTING SERVICES FOR JEWELRY, TIMEPIECES AND OPTICAL GOODS, NAMELY, SELECTING SPECIAL GEMSTONES IN CONNECTION WITH JEWELRY MAKING FOR OTHERS IN THE NATURE OF CUSTOM MANUFACTURE OF JEWELRY AND JEWELRY MOUNTING, INCLUDING MOUNTING JEWELRY INCORPORATING PRECIOUS STONES, IN THE NATURE OF CUSTOM CONSTRUCTION OF JEWELRY FOR OTHERS, IN CLASS 40 (U.S. CLS. 100, 103 AND 106).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 6-9-2011 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1091966 DATED 9-12-2011, EXPIRES 9-12-2021.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SETTING", APART FROM THE MARK AS SHOWN.

SER. NO. 79-103,020, FILED 9-12-2011.

ROBERT STRUCK, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,653,258**

**Registered Dec. 9, 2014**

**Int. Cls.: 14 and 35**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

VAN CLEEF & ARPELS S.A. (SWITZERLAND CORPORATION)
8, ROUTE DES BICHES
VILLARS-SUR-GLANE, SWITZERLAND 1752

FOR: JEWELRY, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 4-0-2014; IN COMMERCE 6-3-2014.

FOR: RETAIL STORE SERVICES FEATURING JEWELRY, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 4-0-2014; IN COMMERCE 6-3-2014.

THE MARK CONSISTS OF A QUATREFOIL DESIGN WITH AN OUTER EDGE THAT IS BEADED AND AN INNER PORTION THAT IS FLAT. THE DESIGN ALSO HAS FOUR LARGER BEADS POSITIONED AT CENTRAL POINTS WITHIN IT. THE INNER PORTION OF THE DESIGN IS IN THE COLOR GRAY FOR SHADING PURPOSES ONLY.

SN 85-630,654, FILED 5-21-2012.

RICHARD WHITE, EXAMINING ATTORNEY



**Deputy Director of the United States
Patent and Trademark Office**

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,326,883**

**Registered Apr. 30, 2013**

VAN CLEEF & ARPELS S.A. (SWITZERLAND CORPORATION)
8, ROUTE DES BICHES
1752 VILLARS-SUR-GLANE, SWITZERLAND

**Int. Cl.: 14**

FOR: JEWELRY, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0-0-1968; IN COMMERCE 0-0-1968.

**TRADEMARK**

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF A THREE-DIMENSIONAL CONFIGURATION OF A JEWELRY ELEMENT COMPRISING REPEATED AND EQUALLY SPACED QUATREFOIL PIECES EACH OF THE SAME SIZE CONNECTED BY CHAIN LINKS. EACH QUATREFOIL PIECE HAS AN OUTER EDGE THAT IS BEADED WITH AN INNER PORTION THAT IS FLAT. EACH QUATREFOIL PIECE ALSO HAS FOUR LARGER BEADS POSITIONED AT CENTRAL POINTS WITHIN IT. THE INNER PORTION OF THE QUATREFOIL PIECE IS IN THE COLOR GRAY FOR SHADING PURPOSES ONLY. THE CHAIN LINKS SHOWN IN BROKEN LINES ARE INTENDED SOLELY TO INDICATE THE POSITIONING OF THE MARK AND ARE NOT PART OF THE MARK. COLOR IS NOT CLAIMED AS A FEATURE OF THE MARK.

SEC. 2(F).

SER. NO. 85-558,957, FILED 3-2-2012.

RICHARD WHITE, EXAMINING ATTORNEY



*Acting Director of the United States Patent and Trademark Office*

# United States of America
## United States Patent and Trademark Office

# POETIC

**Reg. No. 4,362,694**

**Registered July 9, 2013**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

VAN CLEEF & ARPELS SA (SWITZERLAND CORPORATION)
ROUTE DES BICHES 8
CH-1752 VILLARS-SUR-GLÂNE
SWITZERLAND

FOR: CUFF LINKS, TIE CLIPS, RINGS, BRACELETS, EARRINGS, NECKLACES, BROOCHES, KEY HOLDERS, WATCHES, CHRONOMETERS, CLOCKS, WATCH BANDS, BOXES OF PRECIOUS METAL FOR WATCHES AND JEWELRY, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 10-13-2010 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1086036 DATED 3-11-2011, EXPIRES 3-11-2021.

SER. NO. 79-100,776, FILED 3-11-2011.

HENRY S. ZAK, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# POETIC WISH

**Reg. No. 4,445,589**
VAN CLEEF & ARPELS SA (SWITZERLAND CORPORATION)
ROUTE DES BICHES 8
**Registered Dec. 10, 2013** CH-1752 VILLARS-SUR-GLÂNE, SWITZERLAND

**Int. Cl.: 14**
FOR: JEWELRY; WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

**TRADEMARK**
THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

**PRINCIPAL REGISTER**
PRIORITY DATE OF 4-19-2012 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1136399 DATED 10-10-2012, EXPIRES 10-
10-2022.

OWNER OF U.S. REG. NO. 4,362,694.

SER. NO. 79-120,677, FILED 10-10-2012.

MICHAEL WIENER, EXAMINING ATTORNEY



Commissioner for Trademarks of the
United States Patent and Trademark Office



# United States Patent and Trademark Office

# POETIC ASTRONOMY

**Reg. No. 4,634,782**

**Registered Nov. 11, 2014**

VAN CLEEF & ARPELS SA (SWITZERLAND CORPORATION)
ROUTE DES BICHES 8
CH-1752 VILLARS-SUR-GLÂNE, SWITZERLAND

**Int. Cl.: 14**

FOR: JEWELRY; WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

**TRADEMARK**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

**PRINCIPAL REGISTER**

PRIORITY DATE OF 6-3-2013 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1183930 DATED 10-31-2013, EXPIRES 10-
31-2023.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ASTRONOMY", APART FROM
THE MARK AS SHOWN.

SER. NO. 79-139,348, FILED 10-31-2013.

MAYUR VAGHANI, EXAMINING ATTORNEY



**Deputy Director of the United States**
**Patent and Trademark Office**



# United States of America
## United States Patent and Trademark Office

# MIDNIGHT PLANETARIUM

**Reg. No. 4,690,352**

**Registered Feb. 24, 2015**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

VAN CLEEF & ARPELS SA (SWITZERLAND CORPORATION)
ROUTE DES BICHES 8
CH-1752 VILLARS-SUR-GLÂNE
SWITZERLAND

FOR: JEWELRY; WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 9-4-2013 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1196768 DATED 2-20-2014, EXPIRES 2-20-
2024.

SER. NO. 79-144,495, FILED 2-20-2014.

DOMINIC J. FERRAIUOLO, EXAMINING ATTORNEY



**Deputy Director of the United States
Patent and Trademark Office**



# United States of America

## United States Patent and Trademark Office

# HEURES FILANTES

**Reg. No. 4,690,356**

**Registered Feb. 24, 2015**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

VAN CLEEF & ARPELS SA (SWITZERLAND CORPORATION)
ROUTE DES BICHES 8
CH-1752 VILLARS-SUR-GLÂNE
SWITZERLAND

FOR: JEWELRY PRODUCTS; WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 9-4-2013 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1196904 DATED 2-21-2014, EXPIRES 2-21-
2024.

THE ENGLISH TRANSLATION OF "HEURES FILANTES" IN THE MARK IS "HOURS
QUICKLY PASSING".

SER. NO. 79-144,585, FILED 2-21-2014.

DOMINIC J. FERRAIUOLO, EXAMINING ATTORNEY



**Deputy Director of the United States
Patent and Trademark Office**



# United States of America
## United States Patent and Trademark Office

# POETIC COMPLICATIONS

**Reg. No. 4,706,027**
**Registered Mar. 24, 2015**

VAN CLEEF & ARPELS SA (SWITZERLAND SOCIÉTÉ ANONYME)
ROUTE DES BICHES 8
VILLARS-SUR-GLÂNE, SWITZERLAND CH1752

**Int. Cl.: 14**

FOR: JEWELRY; WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

**TRADEMARK**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

**PRINCIPAL REGISTER**

PRIORITY DATE OF 3-6-2014 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1221968 DATED 7-24-2014, EXPIRES 7-24-2024.

OWNER OF U.S. REG. NO. 3,318,861.

SER. NO. 79-154,558, FILED 7-24-2014.

DOMINICK J. SALEMI, EXAMINING ATTORNEY



Michelle K. Lee

Director of the United States
Patent and Trademark Office