Exhibit 5

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

**United States Patent and Trademark Office**

Reg. No. 2,340,290

Registered Apr. 11, 2000

## TRADEMARK
### PRINCIPAL REGISTER

## PANERAI

CARTIER INTERNATIONAL B.V. (NETHER-
LANDS CORPORATION)
HERENGRACHT 436 B.P.
3980 AMSTERDAM, NETHERLANDS

FOR: BOXES AND CASES FOR WATCHES;
JEWELLERY AND PRECIOUS GEM STONES;

CHRONOMETERS, WATCHES AND CLOCKS,
IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

OWNER OF BENELUX REG. NO. 610463,
DATED 8-28-1998, EXPIRES 3-19-2007.

SER. NO. 75-569,391, FILED 10-13-1998.

MICHAEL BAIRD, EXAMINING ATTORNEY

**Int. Cl.: 14**

**Prior U.S. Cls.: 2, 27, 28, and 50**

**Reg. No. 2,362,908**

## United States Patent and Trademark Office

**Registered June 27, 2000**

## TRADEMARK
### PRINCIPAL REGISTER

## MARE NOSTRUM

CARTIER INTERNATIONAL B.V. (NETHERLANDS CORPORATION)
HERENGRACHT 436 B.P.
3980 AMSTERDAM, NETHERLANDS

FOR: CHRONOMETERS AND WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 1–0–1998; IN COMMERCE 1–0–1998.

SN 75–454,828, FILED 3–23–1998.

GINNY ISAACSON, EXAMINING ATTORNEY

**Int. Cl.: 14**

**Prior U.S. Cls.: 2, 27, 28 and 50**

**Reg. No. 2,418,830**

## United States Patent and Trademark Office

**Registered Jan. 9, 2001**

## TRADEMARK
### PRINCIPAL REGISTER

## RADIOMIR

CARTIER INTERNATIONAL B.V. (NETHERLANDS CORPORATION)
HERENGRACHT 436 B.P.
3980 AMSTERDAM, NETHERLANDS

FOR: BOXES AND CASES OF PRECIOUS METAL FOR WATCHES; JEWELRY AND PRECIOUS GEM STONES; CHRONOMETERS; WATCHES AND CLOCKS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

OWNER OF BENELUX REG. NO. 0622523, DATED 1–22–1998, EXPIRES 1–22–2008.

SER. NO. 75–738,170, FILED 6–28–1999.

DERRICK PHILLIPS, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

**Reg. No. 2,418,830**

## United States Patent and Trademark Office

Registered Jan. 9, 2001

### TRADEMARK
#### PRINCIPAL REGISTER

## RADIOMIR

CARTIER INTERNATIONAL B.V. (NETHERLANDS CORPORATION)
HERENGRACHT 436 B.P.
3980 AMSTERDAM, NETHERLANDS

FOR: BOXES AND CASES OF PRECIOUS METAL FOR WATCHES; JEWLELRY AND PRECIOUS GEM STONES; CHRONOMETERS; WATCHES AND CLOCKS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

OWNER OF BENELUX REG. NO. 0622523, DATED 1–22–1998, EXPIRES 1–22–2008.

SER. NO. 75–738,170, FILED 6–28–1999.

DERRICK PHILLIPS, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

Reg. No. 2,516,018

## United States Patent and Trademark Office

Registered Dec. 11, 2001

### TRADEMARK
### PRINCIPAL REGISTER

## LUMINOR

CARTIER INTERNATIONAL B.V. (NETHER-
LANDS CORPORATION)
HERENGRACHT 436 B.P.
3980 AMSTERDAM, NETHERLANDS

FOR: JEWELLERY AND PRECIOUS GEM
STONES; CHRONOMETERS, WATCHES AND
CLOCKS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

OWNER OF BENELUX REG. NO. 609557, DATED
12-18-1997, EXPIRES 3-19-2007.

SER. NO. 75-385,120, FILED 11-5-1997.

NANCY CLARKE, EXAMINING ATTORNEY

**Int. Cl.: 14**

**Prior U.S. Cls.: 2, 27, 28 and 50**

Reg. No. 2,624,232

**United States Patent and Trademark Office**      Registered Sep. 24, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## SEALAND

CARTIER INTERNATIONAL B.V. (NETHER-
    LANDS COMPANY)
HERENGRACHT 436 B.P.
3980 AMSTERDAM, NETHERLANDS

FOR: JEWELRY BOXES OF PRECIOUS METALS
AND CASES OF PRECIOUS METALS FOR
WATCHES, JEWELRY, PRECIOUS GEMSTONES;
CHRONOMETERS, WATCHES AND CLOCKS, IN
CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

PRIORITY CLAIMED UNDER SEC. 44(D) ON
BENELUX APPLICATION NO. 0979656, FILED 12-
11-2000, REG. NO. 0681812, DATED 12-11-2000, EX-
PIRES 12-11-2010.

SER. NO. 76-265,062, FILED 6-1-2001.

RUDY R. SINGLETON, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

Reg. No. 3,004,529

## United States Patent and Trademark Office

Registered Oct. 4, 2005

### TRADEMARK
#### PRINCIPAL REGISTER



CARTIER INTERNATIONAL B.V. (NETHER-
   LANDS CORPORATION)
HERENGRACHT 436
NL-1017 BZ AMSTERDAM
NETHERLANDS

   FOR: BOXES AND CASES FOR WATCHES; JEW-
ELRY AND PRECIOUS STONES, CHRONOM-
ETERS, WATCHES AND WALL CLOCKS, IN
CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

OWNER OF INTERNATIONAL REGISTRATION
0811395 DATED 9-16-2003, EXPIRES 9-16-2013.

SER. NO. 79-000,298, FILED 11-4-2003.

EVELYN BRADLEY, EXAMINING ATTORNEY

**Int. Cl.: 14**

**Prior U.S. Cls.: 2, 27, 28 and 50**

**Reg. No. 3,035,995**

## United States Patent and Trademark Office

Registered Dec. 27, 2005

### TRADEMARK
### PRINCIPAL REGISTER

# LUMINOR DAYLIGHT

CARTIER INTERNATIONAL B.V. (NETHER-
LANDS LTD LIAB CO)

HERENGRACHT 436

NL-1017 BZ AMSTERDAM

NETHERLANDS

FOR: CUFF LINKS, TIE PINS, RINGS, BRACE-
LETS, EARRINGS, NECKLACES, BROOCHES;
WATCHES, CHRONOMETERS, WALL CLOCKS,
WATCHBANDS, BOXES OF PRECIOUS METAL
FOR WATCHES AND JEWELRY, IN CLASS 14
(U.S. CLS. 2, 27, 28 AND 50).

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 3-5-2004 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION
0834213 DATED 8-24-2004, EXPIRES 8-24-2014.

SER. NO. 79-005,711, FILED 8-24-2004.

ANN LINNEHAN, EXAMINING ATTORNEY

**Int. Cl.: 14**

**Prior U.S. Cls.: 2, 27, 28 and 50**

**Reg. No. 3,174,281**

## United States Patent and Trademark Office

Registered Nov. 21, 2006

### TRADEMARK
### PRINCIPAL REGISTER

# MARINA MILITARE

CARTIER INTERNATIONAL B.V. (NETHER-
   LANDS CORPORATION)
HERENGRACHT 436
NL-1017 BZ AMSTERDAM
NETHERLANDS

   FOR: CUFF LINKS, TIE PINS, RINGS, BRACE-
LETS, EARRINGS, NECKLACES, BROOCHES;
WATCHES, CHRONOMETERS, CLOCKS, WATCH-
BANDS, WRISTWATCHES, BOXES OF PRECIOUS
METAL FOR WATCHES AND JEWELRY, IN CLASS
14 (U.S. CLS. 2, 27, 28 AND 50).

   THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 9-29-2004 IS CLAIMED.

   OWNER OF INTERNATIONAL REGISTRATION
0850768 DATED 3-8-2005, EXPIRES 3-8-2015.

   THE ENGLISH TRANSLATION OF MARINA
MILITARE IS MARINA MILITARY.

   SER. NO. 79-011,293, FILED 3-8-2005.

STEVEN PEREZ, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

Reg. No. 3,178,943

## United States Patent and Trademark Office

Registered Dec. 5, 2006

## TRADEMARK
### PRINCIPAL REGISTER



CARTIER INTERNATIONAL B.V. (NETHER-
LANDS COMPANY)
HERENGRACHT 436 B.P.
3980 AMSTERDAM, NETHERLANDS

FOR: WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0-0-1994; IN COMMERCE 0-0-1994.

OWNER OF U.S. REG. NO. 2,323,571.

THE MARK CONSISTS OF THE THREE-DIMEN-SIONAL CONFIGURATION OF THE BEZEL, THE CUSHION-SHAPED CASE, AND THE BRIDGE OF A WATCH.

SEC. 2(F).

SER. NO. 76-630,389, FILED 2-7-2005.

HOWARD SMIGA, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,756,691**
Registered Mar. 9, 2010

OFFICINE PANERAI, N.V. (NETHERLD ANTILLES CORPORATION)
SCHARLOOWEG 33
CURACAO, NETHERLD ANTILLES

**Int. Cl.: 14**  FOR: WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 12-31-1998; IN COMMERCE 12-31-1998.

**TRADEMARK**
**PRINCIPAL REGISTER**

THE MARK CONSISTS OF A CONFIGURATION OF A WATCH: THE BASE OF THE WATCH CASE IS CUSHION-SHAPED ON TOP OF WHICH IS A ROUND FRAME PORTION ENCOMPASSING THE WATCH DIAL WHICH IS SURROUNDED BY A SQUARE PORTION THEREABOUT, THE SQUARE PORTION HAVING BOWED-OUT SIDES AND ROUNDED CORNERS. EACH OF THE CORNERS SLOPES DOWNWARD (I.E., AWAY FROM THE FRONT OF THE WATCH), WITH THE LOWEST POINT OF THE CASE BEING AT THE CORNER; THE ROUND BEZEL IS BEVELED SUCH THAT IT SLOPES DOWNWARD FROM THE INSIDE OF THE CASE TO THE OUTSIDE AND WHICH SURROUNDS THE DIAL AND IS PROXIMATE TO THE EDGE OF THE CASE AT THE 3, 6, 9 AND 12 O'CLOCK POSITIONS, THE DIAL FEATURES OVERSIZED STYLIZED ARABIC NUMERALS 3, 6, 9 AND 12 AND MARKERS AT THE REMAINING HOUR POSITIONS; LARGE WINDING CROWN IN THE SHAPE OF A ROUND-CUT DIAMOND, WITH THE NARROWER PORTION OF THE SLOPING EDGE PROXIMATE TO THE DIAL AND FLARING WIDER, AND FEATURING THICK STRIATIONS ALONG THE SLOPING EDGE; BATON SHAPED HANDS. THE DOTTED OUTLINE OF A WATCHBAND IS NOT PART OF THE MARK BUT IS MERELY INTENDED TO INDICATE THE POSITION OF THE MARK. THE DOTTED OUTLINE OF THE EXTENSIONS FOR HOLDING THE STRAP, THE NUMERALS, WATCH HANDS AND HASH MARKS ARE NOT PART OF THE MARK.

SEC. 2(F).

SER. NO. 77-641,696, FILED 12-30-2008.

AARON BRODSKY, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# ZEROGRAPH

**Reg. No. 3,857,560**
**Registered Oct. 5, 2010**

OFFICINE PANERAI A.G. (SWITZERLAND CORPORATION)
HINTERBERGSTRASSE 22, POSTFACH 61
6312 STEINHAUSEN, SWITZERLAND

**Int. Cl.: 14**

FOR: WATCHES, CLOCKS AND CHRONOMETERS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

**TRADEMARK**

FIRST USE 7-12-2010; IN COMMERCE 7-12-2010.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-637,598, FILED 12-22-2008.

AMY KERTGATE, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America

### United States Patent and Trademark Office

# RADIOMIR COMPOSITE

**Reg. No. 3,882,739**

**Registered Nov. 30, 2010**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

OFFICINE PANERAI AG
HINTERBERGSTRASSE 22
POSTFACH 61CH-6312 STEINHAUSEN
SWITZERLAND

FOR: CUFF-LINKS, TIE CLIPS, RINGS, BRACELETS, EARRINGS, NECKLACES, BROOCHES IN THE NATURE OF JEWELLERY, KEY RINGS OF PRECIOUS METAL; WATCHES, CHRONOMETERS, CLOCKS, WATCH STRAPS, WATCH BRACELETS, BOXES OF PRECIOUS METALS FOR WATCHES AND JEWELLERY, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 7-23-2009 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1034228 DATED 1-13-2010, EXPIRES 1-13-2020.

OWNER OF U.S. REG. NOS. 2,418,830 AND 2,512,098.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COMPOSITE", APART FROM THE MARK AS SHOWN.

SER. NO. 79-080,922, FILED 1-13-2010.

TOBY BULLOFF, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office



# United States of America

### United States Patent and Trademark Office

# LUMINOR COMPOSITE

**Reg. No. 3,889,408**

**Registered Dec. 14, 2010**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

OFFICINE PANERAI AG
HINTERBERGSTRASSE 22
POSTFACH 61CH-6312 STEINHAUSEN
SWITZERLAND

FOR: CUFF-LINKS, TIE CLIPS, RINGS, BRACELETS, EARRINGS, NECKLACES, BROOCHES BEING JEWELLERY, KEY RINGS OF PRECIOUS METAL; WATCHES, CHRONOMETERS, CLOCKS, WATCH STRAPS, WATCH BRACELETS, BOXES OF PRECIOUS METALS FOR WATCHES AND JEWELLERY, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 7-23-2009 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1033227 DATED 1-13-2010, EXPIRES 1-13-2020.

OWNER OF U.S. REG. NOS. 2,516,018 AND 3,035,995.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COMPOSITE", APART FROM THE MARK AS SHOWN.

SER. NO. 79-080,554, FILED 1-13-2010.

KRISTINA MORRIS, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# LO SCIENZIATO

**Reg. No. 3,927,967**

**Registered Mar. 8, 2011**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

OFFICINE PANERAI AG (SWITZERLAND CORPORATION)
HINTERBERGSTRASSE 22
POSTFACH 61
CH-6312 STEINHAUSEN, SWITZERLAND

FOR: CUFFLINKS, TIE CLIPS, RINGS, BRACELETS, EARRINGS, NECKLACES, BROOCHES, KEY HOLDERS OF PRECIOUS METAL, WATCHES, STOPWATCHES, WALL CLOCKS, WATCH STRAPS, BOXES OF PRECIOUS METAL FOR WATCHES AND JEWELRY, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 12-29-2009 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1042920 DATED 6-18-2010, EXPIRES 6-18-2020.

THE ENGLISH TRANSLATION OF "LO SCIENZIATO" IN THE MARK IS "THE SCIENTIST".

SER. NO. 79-084,114, FILED 6-18-2010.

GRETCHEN ULRICH, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,942,579**

**Registered Apr. 12, 2011**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

OFFICINE PANERAI A.G. (SWITZERLAND CORPORATION)
HINTERBERGSTRASSE 22, POSTFACH 61
6312 STEINHAUSEN, SWITZERLAND

FOR: WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 12-31-1998; IN COMMERCE 12-31-1998.

OWNER OF U.S. REG. NOS. 2,323,571 AND 3,178,943.

THE MARK CONSISTS OF A CONFIGURATION OF A WATCH. THE BASE OF THE WATCH CASE IS CUSHION-SHAPED, ON TOP OF WHICH IS A ROUND FRAME PORTION ENCOMPASSING THE WATCH DIAL WHICH IS SURROUNDED BY A SQUARE PORTION THEREABOUT, THE SQUARE PORTION HAVING BOWED-OUT SIDES AND ROUNDED CORNERS. EACH OF THE CORNERS SLOPES DOWNWARD (I.E., AWAY FROM THE FRONT OF THE WATCH), WITH THE LOWEST POINT OF THE CASE BEING AT THE CORNER; THE ROUND BEZEL IS BEVELED SUCH THAT IT SLOPES DOWNWARD FROM THE INSIDE OF THE CASE TO THE OUTSIDE AND SURROUNDS THE DIAL AND IS PROXIMATE TO THE EDGE OF THE CASE AT THE "3", "6", "9" AND "12" O'CLOCK POSITIONS; TWO PAIRS OF THICK, DOWNWARDLY SLOPING EXTENSIONS USED TO HOLD THE WATCH STRAP; A DIAL WHICH FEATURES OVERSIZED STYLIZED ARABIC NUMERALS "12", "3", "6" AND "9" AND MARKERS AT THE REMAINING HOUR POSITIONS; BATON-SHAPED HANDS; AN OVERSIZED ROUND WINDING CROWN WITH TOOTH-LIKE STRIATIONS; AND A SEMICIRCULAR BRIDGE THAT ENCOMPASSES THE WINDING CROWN. THE WATCH FACE IS DEPICTED IN BLACK TO SHOW SHADING. THE DOTTED OUTLINE OF A WATCHBAND IS NOT PART OF THE MARK BUT IS MERELY INTENDED TO INDICATE THE POSITION OF THE MARK. THE DOTTED OUTLINE OF THE EXTENSIONS FOR HOLDING THE STRAP, THE NUMERALS, WATCH HANDS AND HASH MARKS ARE NOT PART OF THE MARK.

SEC. 2(F).

SER. NO. 77-641,679, FILED 12-30-2008.

MICHAEL LEVY, EXAMINING ATTORNEY

*David J. Kappos*

Director of the United States Patent and Trademark Office

# United States of America

### United States Patent and Trademark Office

# PANERAI COMPOSITE

**Reg. No. 3,947,004**

**Registered Apr. 19, 2011**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

OFFICINE PANERAI AG (SWITZERLAND CORPORATION)
HINTERBERGSTRASSE 22
POSTFACH 61; CH-6312 STEINHAUSEN
SWITZERLAND

FOR: WATCHES, CHRONOMETERS, WATCH STRAPS, WATCH BRACELETS, BOXES OF PRECIOUS METAL FOR WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 12-29-2009 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1050827 DATED 6-9-2010, EXPIRES 6-9-2020.

OWNER OF U.S. REG. NOS. 2,340,290, 2,494,170, AND 2,673,704.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COMPOSITE", APART FROM THE MARK AS SHOWN.

SER. NO. 79-087,250, FILED 6-9-2010.

BERNICE MIDDLETON, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America

### United States Patent and Trademark Office

# OFFICINE PANERAI

**Reg. No. 4,009,035**

**Registered Aug. 9, 2011**

**Int. Cls.: 14, 18 and 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

OFFICINE PANERAI A.G. (SWITZERLAND CORPORATION)
HINTERBERGSTRASSE 22, POSTFACH 61
STEINHAUSEN 6312, SWITZERLAND

FOR: CHRONOMETERS, WATCHES AND CLOCKS; WATCH ACCESSORIES, NAMELY, WATCH BANDS, WATCH STRAPS, WATCH BRACELETS, AND BUCKLES FOR WATCH BANDS AND WATCH STRAPS; BOXES AND CASES FOR WATCHES; WATCH CASES, NAMELY, WATCH ROLLS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0-0-1993; IN COMMERCE 0-0-1999.

FOR: SPORT BAGS; HOLDALLS FOR YACHTING EQUIPMENT AND APPAREL, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 4-0-1998; IN COMMERCE 4-0-1998.

FOR: CLOTHING, NAMELY, T-SHIRTS, WIND-RESISTANT JACKETS, JACKETS, VESTS, SWEATERS, POLO SHIRTS, LONG SLEEVE SHIRTS, SCARVES; HEADWEAR, HATS, CAPS , IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-0-1998; IN COMMERCE 4-0-1998.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,340,290.

THE ENGLISH TRANSLATION OF "OFFICINE" IN THE MARK IS "WORKSHOPS".

SER. NO. 85-200,684, FILED 12-17-2010.

JANET LEE, EXAMINING ATTORNEY

Director of the United States Patent and Trademark Office