# Exhibit 6

Int. Cl.: 18

Prior U.S. Cl.: 3

**United States Patent Office**

Reg. No. 1,018,836
Registered Aug. 26, 1975

## TRADEMARK
Principal Register

## LANCEL

Etablissements Lancel (French corporation)
3, Impasse de la Planchette
Paris (3E), France

For: TRAVEL ARTICLES — NAMELY, BEAUTY CASES, VANITY CASES, TOILETTE KITS, AND WIG CASES, ALL SOLD EMPTY — in CLASS 18 (U.S. CL. 3).

Owner of French Reg. No. 497,514, dated June 30, 1961 (Seine); Natl. Inst. No. 179,848.

Ser. No. 20,022, filed Apr. 29, 1974.

P. P. GRALNICK, Supervisory Examiner

Int. Cl.: 18

Prior U.S. Cl.: 3

**United States Patent Office**

Reg. No. 1,018,836
Registered Aug. 26, 1975

## TRADEMARK
Principal Register

# LANCEL

Etablissements Lancel (French corporation)
3, Impasse de la Planchette
Paris (3E), France

For: TRAVEL ARTICLES — NAMELY, BEAUTY CASES, VANITY CASES, TOILETTE KITS, AND WIG CASES, ALL SOLD EMPTY — in CLASS 18 (U.S. CL. 3).
Owner of French Reg. No. 497,514, dated June 30, 1961 (Seine); Natl. Inst. No. 179,848.

Ser. No. 20,022, filed Apr. 29, 1974.

P. P. GRALNICK, Supervisory Examiner

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22 and 41

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 1,018,836
Registered Aug. 26, 1975
Renewal Term Begins Aug. 26, 1995

## TRADEMARK
## PRINCIPAL REGISTER

### LANCEL

LANCEL SOGEDI (FRANCE CORPORATION)
127 AVENUE DES CHAMPS ELYSESS
RCS PARIS B, FRANCE, ASSIGNEE OF SOCIETE DES ETABLISSEMENTS LANCEL (FRANCE CORPORATION) PARIS (3E), FRANCE

OWNER OF FRANCE REG. NO. 497514, DATED 6-30-1961.

FOR: TRAVEL ARTICLES—NAMELY, BEAUTY CASES, VANITY CASES, TOILETTE KITS, [AND WIG CASES,] ALL SOLD EMPTY, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

SER. NO. 73-020,022, FILED 4-29-1974.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Dec. 5, 1995.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 18

Prior U.S. Cls.: 3 and 41

**United States Patent and Trademark Office**

Reg. No. 1,394,869
Registered May 27, 1986

## TRADEMARK
### PRINCIPAL REGISTER

## LANCEL

SOCIETE DES ETABLISSEMENTS LANCEL (FRANCE CORPORATION)
127, AVENUE DES CHAMPS-ELYSEES
PARIS, FRANCE 8 EME

FOR: SUITCASES, TRUNKS, OVERNIGHT BAGS, TRAVEL BAGS, TOTE BAGS, GARMENT BAGS FOR TRAVEL, CARRY-ON CASES, ATTACHE CASES, BRIEFCASES, HANDBAGS, CHANGE PURSES, POUCHES, BILLFOLDS, WALLETS, BUSINESS AND CREDIT CARD CASES, AND KEYHOLDERS SOLD EMPTY AND ALL MADE FROM LEATHER, IMITATION LEATHER, OR SUBSTITUTES THEREFOR, AND FOR UMBRELLAS, IN CLASS 18 (U.S. CLS. 3 AND 41).

FIRST USE 0-0-1920; IN COMMERCE 0-0-1972.

OWNER OF U.S. REG. NO. 1,018,832.

SER. NO. 521,389, FILED 2-8-1985.

DEBORAH S. COHN, EXAMINING ATTORNEY

Int. Cls.: 9, 14 and 25

Prior U.S. Cls.: 26, 27, 39 and 40

**United States Patent and Trademark Office**  Reg. No. 1,538,009
Registered May 9, 1989

## TRADEMARK
### PRINCIPAL REGISTER

## LANCEL

LANCEL SOGEDI (FRANCE CORPORATION)
127, AVENUE DES CHAMPS-ELYSEES, 8 EME
PARIS, FRANCE

   FOR: OPHTHALMIC EYEGLASSES, SUNGLASSES, AND FRAMES FOR GLASSES, IN CLASS 9 (U.S. CL. 26).
   FOR: WATCHES AND CLOCKS, IN CLASS 14 (U.S. CL. 27).
   FOR: CLOTHING ITEMS MADE OF SILK - NAMELY, SCARVES, TIES, FOULARDS, AND SACHES; BELTS WITH BUCKLES, IN CLASS 25 (U.S. CLS. 39 AND 40).

   OWNER OF FRANCE REG. NO. 1359817, DATED 6-20-1986, EXPIRES 6-20-1996.
   OWNER OF U.S. REG. NOS. 1,018,836, 1,188,438, AND 1,394,869.

SER. NO. 728,059, FILED 5-12-1988.

J. TINGLEY, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cl.: 28

**United States Patent and Trademark Office**    Reg. No. 1,775,836
Registered June 8, 1993

## TRADEMARK
## PRINCIPAL REGISTER

## LANCEL

LANCEL SOGEDI (FRANCE CORPORATION)
127, AVENUE DES CHAMPS-ELYSEES
PARIS 8EME, FRANCE

FOR: JEWELRY, IN CLASS 14 (U.S. CL. 28).

FIRST USE 0-0-1946; IN COMMERCE 2-0-1991.

OWNER OF FRANCE REG. NO. 1359817, DATED 6-0-1986, EXPIRES 6-0-1996.
OWNER OF U.S. REG. NO. 1,538,009 AND OTHERS.

SN 74-144,870, FILED 3-6-1991.

EDWARD NELSON, EXAMINING ATTORNEY