# Exhibit 7

Int. Cl.: 14

Prior U.S. Cl.: 27

**United States Patent and Trademark Office**

Reg. No. 576,647
Registered June 30, 1953
Renewal Term Begins June 30, 1993

10 Year Renewal

## TRADEMARK
## PRINCIPAL REGISTER

*International Watch Co.*
**SCHAFFHAUSEN**

IWC INTERNATIONAL WATCH CO. AG (SWITZERLAND CORPORATION)
BAUMGARTENSTRASSE 15
8201 SCHAFFHOUSE, SWITZERLAND, BY ASSIGNMENT, CHANGE OF NAME, CHANGE OF NAME, AND ASSIGNMENT FROM ERNST HOMBERGER-RAUSCHENBACH, VORM. INTERNATIONAL WATCH CO. (SWITZERLAND PRIVATE FIRM), SCHAFFHOUSE, SWITZERLAND

OWNER OF U.S. REG. NO. 289,926.

THE WORDS "WATCH CO." AND "SCHAFFHAUSEN" ARE DISCLAIMED.

FOR: WATCH MOVEMENTS, CASES, DIALS, AND SHEATHS, IN CLASS 27 (INT. CL. 14).

FIRST USE 0-0-1901; IN COMMERCE 0-0-1915.

SER. NO. 71-615,290, FILED 6-16-1951.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Jan. 18, 1994.*

COMMISSIONER OF PATENTS AND TRADEMARKS

27   Int. Cl.

**Registered June 30, 1953**   **Registration No. 576,647**

AFFIDAVIT SEC. 8 ACCEPTED

**PRINCIPAL REGISTER**
**Trade-Mark**

AFFIDAVIT SEC. 15 RECEIVED 10-24-58

RENEWED

# UNITED STATES PATENT OFFICE

Ernst Homberger-Rauschenbach, vorm. International Watch Co. (Ernest Homberger-Rauschenbach, ci-devant International Watch Co.), Schaffhouse, Switzerland

Act of 1946

Application June 16, 1951, Serial No. 615,290

*International Watch Co*
SCHAFFHAUSEN

## STATEMENT

Ernst Homberger-Rauschenbach, vorm. International Watch Co. (Ernest Homberger-Rauschenbach, ci-devant International Watch Co.), a private firm organized under the laws of the Confederation of Switzerland, residing and doing business at Schaffhouse, city and canton of Schaffhouse, Confederation of Switzerland, has adopted and is using the trade-mark shown in the accompanying drawing, for WATCH MOVEMENTS, CASES, DIALS, AND SHEATHS, in Class 27, Horological instruments, and presents herewith five specimens showing the trade-mark as actually used in connection with such goods, the trade-mark being applied to the goods by stamping or printing it thereon, and requests that the same be registered in the United States Patent Office on the Principal Register in accordance with the act of July 5, 1946.

The words "Watch Co" and "Schaffhausen" are disclaimed.

The applicant is the owner of Trade-Mark Registration No. 289,926.

The trade-mark was first used in Switzerland in the year 1901, and first used in commerce between Switzerland and the United States (and among the several States of the United States) which may lawfully be regulated by Congress, in the year 1915.

Edmund Dill Scotti, whose postal address is 347 Madison Avenue, New York 17, New York, is designated as applicant's representative on whom notices or process in proceedings affecting the mark may be served.

ERNST HOMBERGER-RAUSCHENBACH,
VORM. INTERNATIONAL WATCH CO.
(ERNEST HOMBERGER-RAUSCHENBACH, CI-DEVANT INTERNATIONAL WATCH CO.),
By ERNST HOMBERGER-
            RAUSCHENBACH,
                *Sole owner.*

Int. Cl.: 14

Prior U.S. Cl.: 27

**United States Patent and Trademark Office**  Reg. No. 1,205,403
Registered Aug. 17, 1982

## TRADEMARK
Principal Register

## IWC

IWC International Watch Co. AG (Switzerland corporation)
Baumgartenstrasse 15
Schaffhausen, Switzerland

For: WATCHES, in CLASS 14 (U.S. Cl. 27).
First use 1874; in commerce 1917.

Ser. No. 310,312, filed May 14, 1981.

DAVID C. REIHNER, Primary Examiner

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

**United States Patent and Trademark Office**

Reg. No. 2,516,587
Registered Dec. 11, 2001

## TRADEMARK
### PRINCIPAL REGISTER

IWC
*International Watch Co*
*Schaffhausen*

IWC INTERNATIONAL WATCH CO. AG (SWITZERLAND CORPORATION)
BAUMGARTENSTRASSE 15
8201 SCHAFFHAUSEN, SWITZERLAND

FOR: WATCHES, CLOCKS AND CHRONOMETERS AND PARTS FOR ALL OF THESE GOODS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

OWNER OF SWITZERLAND REG. NO. 343046, DATED 10-18-1985, EXPIRES 10-18-2005.

OWNER OF U.S. REG. NOS. 576,647 AND 1,794,885.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "WATCH CO.", APART FROM THE MARK AS SHOWN.

SEC. 2(F) AS TO "INTERNATIONAL WATCH CO SCHAFFHAUSEN".

SER. NO. 76-006,202, FILED 3-21-2000.

MICHAEL BAIRD, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

**United States Patent and Trademark Office**

Reg. No. 3,507,947

Registered Sep. 30, 2008

**TRADEMARK**
**PRINCIPAL REGISTER**

# IWC PORTUGIESER

RICHEMONT INTERNATIONAL S.A. (SWITZERLAND SOCIÉTÉ ANONYME (SA))
10, ROUTE DES BICHES
VILLARS-SUR-GLANE, SWITZERLAND

FOR: WATCHES, CLOCKS, AND CHRONOGRAPHS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF SWITZERLAND REG. NO. 468057, DATED 10-29-1999, EXPIRES 10-29-2009.

SER. NO. 77-401,209, FILED 2-20-2008.

HEATHER SAPP, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

**United States Patent and Trademark Office**

Reg. No. 2,479,518
Registered Aug. 21, 2001

## TRADEMARK
### PRINCIPAL REGISTER



IWC INTERNATIONAL WATCH CO. AG (SWITZERLAND CORPORATION)
BAUMGARTENSTRASSE 15
8201 SCHAFFHAUSEN, SWITZERLAND

   FOR: WATCHES, MOVEMENTS, CASES AND DIALS FOR WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

   OWNER OF SWITZERLAND REG. NO. 345093, DATED 10-19-1985, EXPIRES 10-19-2005.

   OWNER OF U.S. REG. NOS. 1,205,403, 1,794,878, AND 1,890,998.

   THE WORDS "PROBUS SCAFUSIA" IS A LATIN TERM, WHICH CAN BE TRANSLATED INTO THE GERMAN AS "GUTES AUS SCHAFFHAUSEN", WHICH IN TURN IS ENGLISH AS "GOOD THINGS FROM SCHAFFHAUSEN".

   SER. NO. 75-941,662, FILED 3-10-2000.

MARY ROSSMAN, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# IWC
# SCHAFFHAUSEN

**Reg. No. 4,270,382**  
**Registered Jan. 8, 2013**  
**Int. Cls.: 14 and 35**

**TRADEMARK**  
**SERVICE MARK**  
**PRINCIPAL REGISTER**



Director of the United States Patent and Trademark Office

RICHEMONT INTERNATIONAL SA (SWITZERLAND SOCIÉTÉ ANONYME (SA))  
ROUTE DES BICHES 10  
CH-1752 VILLARS-SUR-GLÂNE - FRIBOURG, SWITZERLAND

FOR: CUFF LINKS, TIE CLIPS, RINGS, BRACELETS, EARRINGS, NECKLACES, BROOCHES, KEY RINGS MADE OF PRECIOUS METALS, WATCHES, CHRONOMETERS, CLOCKS; STRAPS FOR WRISTWATCHES, BOXES OF PRECIOUS METAL FOR WATCHES AND JEWELRY, ALARM CLOCKS; ALL THE AFOREMENTIONED GOODS FROM SWITZERLAND, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: ADVERTISING SERVICES; BUSINESS MANAGEMENT; BUSINESS ADMINISTRATION; DISSEMINATION OF ADVERTISING MATTER; PROCUREMENT, NAMELY, PURCHASING WATCHES AND CHRONOMETERS AND COMPONENTS THEREOF FOR OTHERS; PROVIDING ONLINE AND RETAIL STORE SERVICES IN THE FIELD OF WATCHES, CHRONOMETERS, AND LUXURY GOODS; COMMERCIAL INFORMATION AND ADVICE FOR CONSUMERS; DEMONSTRATION OF GOODS; DIRECT MAIL ADVERTISING SERVICES; AUCTIONEERING; ORGANIZATION OF EXHIBITIONS FOR COMMERCIAL OR ADVERTISING PURPOSES; ORGANIZATION OF TRADE FAIRS FOR COMMERCIAL OR ADVERTISING PURPOSES; SALES PROMOTION FOR OTHERS; PUBLICATION OF PUBLICITY TEXTS; ON-LINE ADVERTISING ON A COMPUTER NETWORK; PUBLIC RELATIONS; NEWS CLIPPING SERVICES; THE BRINGING TOGETHER, FOR THE BENEFIT OF OTHERS, OF A VARIETY OF GOODS ENABLING CUSTOMERS TO CONVENIENTLY VIEW AND PURCHASE THOSE GOODS FROM A STORE IN THE FIELD OF WATCHES, CHRONOMETERS, AND LUXURY GOODS; THE BRINGING TOGETHER, FOR THE BENEFIT OF OTHERS, OF A VARIETY OF GOODS ENABLING CUSTOMERS TO CONVENIENTLY VIEW AND PURCHASE THOSE GOODS BY E-MAIL AND TELECOMMUNICATIONS IN THE FIELD OF WATCHES, CHRONOMETERS, AND LUXURY GOODS; THE BRINGING TOGETHER, FOR THE BENEFIT OF OTHERS, OF A VARIETY OF GOODS ENABLING CUSTOMERS TO CONVENIENTLY VIEW AND PURCHASE THOSE GOODS FROM AN INTERNET SITE IN THE FIELD OF WATCHES, CHRONOMETERS, AND LUXURY GOODS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

OWNER OF U.S. REG. NOS. 576,647, 2,516,587 AND OTHERS.

PRIORITY DATE OF 1-4-2012 IS CLAIMED.

**Reg. No. 4,270,382**  OWNER OF INTERNATIONAL REGISTRATION 1114481 DATED 3-21-2012, EXPIRES 3-21-2022.

THE 2(F) CLAIM IS RESTRICTED TO CLASS(ES) 014

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SCHAFFHAUSEN" IN CLASS 35, APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 79-112,328, FILED 3-21-2012.

TAMARA FRAZIER, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# IWC
### INTERNATIONAL WATCH CO. SCHAFFHAUSEN
### SWITZERLAND, SINCE 1868

**Reg. No. 4,370,399**
**Registered July 23, 2013**
**Int. Cls.: 14 and 35**

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**

RICHEMONT INTERNATIONAL SA (SWITZERLAND SOCIÉTÉ ANONYME (SA))
ROUTE DES BICHES 10
1752 VILLARS-SUR-GLÂNE, SWITZERLAND

FOR: CUFF LINKS, TIE CLIPS, RINGS, BRACELETS, EARRINGS, NECKLACES, BROOCHES, KEY RINGS OF PRECIOUS METALS, WATCHES, CHRONOMETERS, CLOCKS; WATCH STRAPS, BOXES OF PRECIOUS METAL FOR WATCHES AND JEWELRY, ALARM CLOCKS; ALL THE AFOREMENTIONED GOODS OF SWISS ORIGIN, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: PROVIDING ONLINE AND RETAIL STORE SERVICES IN THE FIELD OF WATCHES AND CHRONOMETERS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

OWNER OF U.S. REG. NOS. 576,647, 2,516,587 AND OTHERS.

PRIORITY DATE OF 1-4-2012 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1110461 DATED 2-7-2012, EXPIRES 2-7-2022.

THE 2(F) IN PART CLAIM IS RESTRICTED TO CLASS(ES) 14 AS TO "INTERNATIONAL WATCH CO. SCHAFFHAUSEN" AND TO CLASS 35 AS TO "INTERNATIONAL WATCH. CO".

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "WATCH CO." AND "SWITZERLAND, SINCE 1868" FOR CLASS 14 AND "WATCH CO." AND "SCHAFFHAUSEN SWITZERLAND, SINCE 1868" FOR CLASS 35, APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE WORDING "IWC INTERNATIONAL WATCH CO. SCHAFFHAUSEN SWITZERLAND, SINCE 1868" IN STYLIZED FONT.

SEC. 2(F) AS TO "INTERNATIONAL WATCH CO. SCHAFFHAUSEN" AND "INTERNATIONAL WATCH CO.".

SER. NO. 79-110,576, FILED 2-7-2012.

KIM SAITO, EXAMINING ATTORNEY



*Acting Director of the United States Patent and Trademark Office*



# United States of America
## United States Patent and Trademark Office

# IWC SAFEDIVE

**Reg. No. 4,562,021**
**Registered July 8, 2014**
**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**



Deputy Director of the United States
Patent and Trademark Office

RICHEMONT INTERNATIONAL SA (SWITZERLAND SOCIÉTÉ ANONYME (SA))
ROUTE DES BICHES 10
CH-1752 VILLARS-SUR-GLÂNE - FRIBOURG
SWITZERLAND

FOR: CUFF LINKS; TIE CLIPS; RINGS; BRACELETS; EARRINGS; NECKLACES; BROOCHES; KEY RINGS OF PRECIOUS METAL; TIMEPIECES AND CHRONOMETRIC INSTRUMENTS; WATCHES; CHRONOMETERS; WALL CLOCKS; WATCH CASES; DIALS FOR CLOCK AND WATCH MAKING; MOVEMENTS FOR TIMEPIECES; ALARM CLOCKS; WATCH STRAPS; BOXES OF PRECIOUS METAL FOR WATCHES AND JEWELRY, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 7-25-2013 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1187016 DATED 11-19-2013, EXPIRES 11-19-2023.

OWNER OF U.S. REG. NOS. 2,479,518, 4,370,399 AND OTHERS.

SER. NO. 79-140,542, FILED 11-19-2013.

KATHERINE E. HALMEN, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# IWC

**Reg. No. 4,322,600**
**Registered Apr. 23, 2013**
**Int. Cls.: 3, 8, 9, 12, 14, 16, 18, 25, 28, 34 and 35**

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**

RICHEMONT INTERNATIONAL SA (SWITZERLAND SOCIÉTÉ ANONYME (SA))
ROUTE DES BICHES 10
CH-1752 VILLARS-SUR-GLÂNE
SWITZERLAND

FOR: SOAP; PERFUMERY, ESSENTIAL OILS, COSMETICS, HAIR LOTIONS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: FLATWARE; KNIVES, FORKS, AND SPOONS, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FOR: SPECTACLES, SUNGLASSES, SPECTACLE CASES; MEASURING INSTRUMENTS, NAMELY, BAROMETERS, HYGROMETERS, AND THERMOMETERS; DIVERS' MASKS; APPARATUS FOR GAMES ADAPTED FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: BICYCLES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FOR: WATCHES, CHRONOMETERS, CLOCKS, WATCH BANDS, BOXES OF PRECIOUS METAL FOR WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: BOOKS AND MAGAZINES IN THE FIELD OF WATCHES AND LUXURY GOODS; AGENDAS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: BAGS, NAMELY, TRAVEL BAGS, BRIEFCASES, AND HANDBAGS; TRAVELING SETS COMPRISED OF SUITCASES AND TRAVEL BAGS; WALLETS; CARD CASES FOR BUSINESS CARDS AND CREDIT CARDS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CLOTHING, NAMELY, SHIRTS, TOPS, SCARVES, NECKTIES, AND HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: GAMES, NAMELY, BOARD GAMES, MANIPULATIVE GAMES, MACHINES FOR GAMES OF CHANCE; GYMNASTIC APPARATUS; SPORTING ARTICLES, NAMELY, EQUESTRIAN POLO MALLETS AND BALLS, AND GOLF CLUBS, GOLF BALLS, AND GOLF ACCESSORIES, NAMELY, GOLF ACCESSORY POUCHES, GOLF BAG COVERS, GOLF BAG PEGS, GOLF BAG TAGS, GOLF BAGS WITH AND WITHOUT WHEELS, GOLF BALL MARKERS, GOLF BALL RETRIEVERS, GOLF BALL SLEEVES, GOLF CLUB BAGS, GOLF CLUB COVERS, GOLF CLUB GRIPS, GOLF CLUB HEADS, GOLF CLUB HOLDERS

Acting Director of the United States Patent and Trademark Office

**Reg. No. 4,322,600** FOR USE ON A DRIVING RANGE OR GOLF COURSE, GOLF CLUB INSERTS, GOLF CLUB SHAFTS, GOLF FLAGS, GOLF GLOVES, GOLF IRONS, GOLF PUTTER COVERS, GOLF PUTTERS, GOLF TEES, GOLF TOWEL CLIPS FOR ATTACHMENT TO GOLF BAGS; SCALE-MODEL VEHICLES, SWIM FINS, REMOTE CONTROL TOY VEHICLES; TOYS, NAMELY, PLUSH TOYS, MECHANICAL TOYS, DOLLS, AND TOY BUILDING BLOCKS , IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: TOBACCO, CIGARETTES, CIGARILLOS, CIGARS; LIGHTERS FOR SMOKERS; SMOKERS' ARTICLES, NAMELY, CIGARETTE HOLDERS, CASES AND LIGHTERS ALL NOT MADE OF PRECIOUS METAL, ASHTRAYS, AND PIPES, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

FOR: ADVERTISING SERVICES; BUSINESS MANAGEMENT; BUSINESS ADMINISTRATION; DISSEMINATION OF ADVERTISING MATTER; PROCUREMENT, NAMELY, PURCHASING WATCHES AND CHRONOMETERS AND COMPONENTS THEREOF FOR OTHERS; PROVIDING ONLINE AND RETAIL STORE SERVICES IN THE FIELD OF WATCHES, CHRONOMETERS, AND LUXURY GOODS; COMMERCIAL INFORMATION AND ADVICE FOR CONSUMERS; DEMONSTRATION OF GOODS; DIRECT MAIL ADVERTISING SERVICES; AUCTIONEERING; ORGANIZATION OF EXHIBITIONS FOR COMMERCIAL OR ADVERTISING PURPOSES; ORGANIZATION OF TRADE FAIRS FOR COMMERCIAL OR ADVERTISING PURPOSES; SALES PROMOTION FOR OTHERS; PUBLICATION OF PUBLICITY TEXTS; ON-LINE ADVERTISING ON A COMPUTER NETWORK; PUBLIC RELATIONS; NEWS CLIPPING SERVICES; THE BRINGING TOGETHER, FOR THE BENEFIT OF OTHERS, OF A VARIETY OF GOODS ENABLING CUSTOMERS TO CONVENIENTLY VIEW AND PURCHASE THOSE GOODS FROM A STORE IN THE FIELD OF WATCHES, CHRONOMETERS, AND LUXURY GOODS; THE BRINGING TOGETHER, FOR THE BENEFIT OF OTHERS, OF A VARIETY OF GOODS ENABLING CUSTOMERS TO CONVENIENTLY VIEW AND PURCHASE THOSE GOODS BY E-MAIL AND TELECOMMUNICATIONS IN THE FIELD OF WATCHES, CHRONOMETERS, AND LUXURY GOODS; THE BRINGING TOGETHER, FOR THE BENEFIT OF OTHERS, OF A VARIETY OF GOODS ENABLING CUSTOMERS TO CONVENIENTLY VIEW AND PURCHASE THOSE GOODS FROM AN INTERNET SITE IN THE FIELD OF WATCHES, CHRONOMETERS, AND LUXURY GOODS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF INTERNATIONAL REGISTRATION 1113025 DATED 11-11-2011, EXPIRES 11-11-2021.

OWNER OF U.S. REG. NOS. 1,205,403, 4,021,187 AND OTHERS.

SER. NO. 79-111,745, FILED 11-11-2011.

KIM SAITO, EXAMINING ATTORNEY