Exhibit 8

Int. Cl.: 14

Prior U.S. Cl.: 27

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 679,984

Registered June 9, 1959

Renewal Term Begins June 9, 1999

## TRADEMARK
## PRINCIPAL REGISTER

### PIAGET

S.A. ANCIENNE FABRIQUE GEORGES PIAGET ET CIE. (SWITZERLAND CORPORATION)
2117 LA COTE -AUX-FEES, SWITZERLAND, ASSIGNEE OF; BY ASSIGNMENT, BY ASSIGNMENT, BY MERGER, BY CHANGE OF NAME, BY ASSIGNMENT, BY ASSIGNMENT S.A. ANCIENNE FABRIQUE GEORGES PIAGET ET CIE (SWITZERLAND CORPORATION) NEUCHATEL, SWITZERLAND

OWNER OF SWITZERLAND REG. NO. 106010, DATED 12-29-1943.

FOR: COMPLETE WATCHES, WATCH MOVEMENTS, DIALS, WATCH CASES, LARGE CLOCKS, PENDULUMS, AND CHURCH TOWER CLOCKS, IN CLASS 27 (INT. CL. 14).

SER. NO. 72-057,501, FILED 8-19-1958.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Feb. 29, 2000.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

**679,984**
Registered June 9, 1959

## PRINCIPAL REGISTER
### Trademark

Ser. No. 57,501, filed Aug. 19, 1958

## PIAGET

S.A. Ancienne Fabrique Georges Piaget et Cie. (Swiss corporation)
La Cote-aux-Fees
Neuchatel, Switzerland

For: COMPLETE WATCHES, WATCH MOVEMENTS, DIALS, WATCH CASES, LARGE CLOCKS, PENDULUMS, AND CHURCH TOWER CLOCKS, in CLASS 27.

Owner of Swiss Reg. No. 106,010, dated Dec. 29, 1943.

# United States Patent Office

**742,354**
Registered Dec. 18, 1962

## PRINCIPAL REGISTER
## Trademark

Ser. No. 140,861, filed Mar. 27, 1962

# PIAGET

Piaget Watch Corporation (New York corporation)
610 5th Ave.
New York, N.Y.

For: WATCHES, WATCH PARTS AND WATCH MOVEMENTS, in CLASS 27.
First use Dec. 29, 1958; in commerce Jan. 2, 1959.

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28, and 50

**United States Patent and Trademark Office**

Reg. No. 2,464,407
Registered June 26, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## PIAGET ALTIPLANO

S.A. ANCIENNE FABRIQUE GEORGES PIAGET ET CIE. (SWITZERLAND COMPANY)
2117 LA COTE-AUX-FEES, SWITZERLAND

FOR: WATCHES, CLOCKS AND CHRONOMETERS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 10-1-1999; IN COMMERCE 10-1-1999.

OWNER OF U.S. REG. NOS. 742,354, 1,007,607, AND 1,114,000.

SN 75-707,811, FILED 5-17-1999.

STEPHANIE DAVIS, EXAMINING ATTORNEY