# Exhibit 9

Int. Cl.: 14

Prior U.S. Cl.: 28

## United States Patent Office

Reg. No. 1,081,643
Registered Jan. 10, 1978

## TRADEMARK
Principal Register



BAUME & MERCIER
GENEVE

Baume & Mercier Societe Anonyme (Swiss corporation)
9 Rue le Royer
Geneva, Switzerland

For: WATCHES, WATCH CASES AND WATCH MOVEMENTS, in CLASS 14 (U.S. CL. 28).
First use 1918; in commerce 1946.
Applicant disclaims the word "Geneve" separately and apart from the mark.
Owner of U.S. Reg. Nos. 644,569 and 913,283.

Ser. No. 130,096, filed June 13, 1977.

P. P. GRALNICK, Supervisory Examiner

R. PEVERADA, Examiner

Int. Cls.: 3, 6, 8, 9, 14, 16, 18, 20, 21, 25, 28, 33 and 34

Prior U.S. Cls.: 2, 3, 8, 13, 17, 22, 23, 25, 26, 27, 28, 30, 32, 33, 37, 39, 47, 51 and 52

Reg. No. 1,638,818

United States Patent and Trademark Office  Registered Mar. 26, 1991

## TRADEMARK
### PRINCIPAL REGISTER

## BAUME & MERCIER

BAUME & MERCIER S.A. (SWITZERLAND COMPANY)
9, RUE LE ROYER
GENEVA, SWITZERLAND

FOR: TOILET SOAP, PERFUME, COSMETICS, NAMELY, LIPSTICK, BLUSH, EYELINER, MASCARA, POWDER; HAIR LOTIONS; DENTIFRICES, IN CLASS 3 (U.S. CLS. 51 AND 52).

FOR: PRODUCTS IN COMMON METALS, NAMELY, KEY RINGS, MONEY CLIPS, IN CLASS 6 (U.S. CLS. 13 AND 25).

FOR: DINNER KNIVES, FORKS AND SPOONS, POCKETKNIVES, SCISSORS, RAZORS, IN CLASS 8 (U.S. CL. 23).

FOR: OPTICAL DEVICES, NAMELY, EYEGLASSES, SUNGLASSES, EYEGLASS FRAMES, EYEGLASS CASES, MAGNIFYING GLASSES; ELECTRIC CIGARETTE LIGHTERS, IN CLASS 9 (U.S. CLS. 8 AND 26).

FOR: JEWELRY, PRECIOUS STONES, CLOCKS, WATCHES AND CHRONOMETERS, CIGARETTE LIGHTER MADE OF PRECIOUS METAL, IN CLASS 14 (U.S. CLS. 27 AND 28).

FOR: WRITING PAPER AND ENVELOPES, GREETING CARDS, ADDRESS AND DATE BOOKS; PLAYING CARDS; BALL POINT AND FOUNTAIN PENS, PENCILS, IN CLASS 16 (U.S. CLS. 22 AND 37).

FOR: HANDBAGS, LUGGAGE, TRUNKS AND SUITCASES, IN CLASS 18 (U.S. CL. 3).

FOR: FURNITURE AND MIRRORS, PICTURE FRAMES, IN CLASS 20 (U.S. CL. 32).

FOR: DRINKING GLASSES, DINNERWARE, NAMELY, PORCELAIN AND EARTHENWARE PLATES, CUPS, SAUCERS, BOWLS AND SERVING PLATTERS, IN CLASS 21 (U.S. CLS. 2, 30 AND 33).

FOR: BELTS, SCARVES, NECKTIES, BOOTS, SHOES, IN CLASS 25 (U.S. CL. 39).

FOR: CARD AND BOARD GAMES, SPORT ITEMS, NAMELY, BASEBALLS, BASEBALL GLOVES, BASEBALL BATS, TENNIS RACKETS, PING PONG RACKETS, AND SKIS, IN CLASS 28 (U.S. CL. 22).

FOR: WINES, CHAMPAGNES, IN CLASS 33 (U.S. CL. 47).

FOR: TOBACCO, CIGARETTES, CIGARILLOS, CIGARS; ARTICLES FOR SMOKERS, NAMELY, CIGARETTE HOLDERS, CASES AND LIGHTERS, ALL NOT MADE OF PRECIOUS METAL; ASHTRAYS; PIPES, IN CLASS 34 (U.S. CLS. 8 AND 17).

OWNER OF SWITZERLAND REG. NO. 368763, DATED 12-20-1988, EXPIRES 12-20-2008.

OWNER OF U.S. REG. NOS. 644,569, 1,081,643, AND 1,463,420.

SER. NO. 74-033,636, FILED 3-1-1990.

CATHERINE KAISER KREBS, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

Reg. No. 2,020,357

**United States Patent and Trademark Office**    Registered Dec. 3, 1996

## TRADEMARK
### PRINCIPAL REGISTER

### BAUME & MERCIER LINEA

BAUME & MERCIER S.A. (SWITZERLAND COMPANY)
9, RUE LE ROYER
1227 GENEVA, SWITZERLAND

  FOR: MECHANICAL WATCHES WITH MANUAL AND AUTOMATIC WINDING; ELECTRIC AND ELECTRONIC WATCHES, MOVEMENTS, CASES, DIALS, WATCH BANDS; DIVER'S WATCHES, CHRONOMETERS; STOP WATCHES; CLOCKS, TRAVEL CLOCKS AND ELECTRIC AND ELECTRONIC ALARM CLOCKS, OR WITH MANUAL WINDING; FINE AND COSTUME JEWELRY; JEWEL WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

  OWNER OF SWITZERLAND REG. NO. 353928, DATED 3-31-1987, EXPIRES 3-31-2007.

  OWNER OF U.S. REG. NOS. 1,081,643 AND 1,638,818.

  NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "LINEA", APART FROM THE MARK AS SHOWN.

  "LINEA" IS A WORD OF ITALIAN ORIGIN MEANING "LINE" OR "LINEAGE".

  SER. NO. 74-692,898, FILED 6-23-1995.

CARYN HINES, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

**Reg. No. 3,371,339**

United States Patent and Trademark Office  Registered Jan. 22, 2008

## TRADEMARK
### PRINCIPAL REGISTER

BAUME & MERCIER GENEVE

BAUME & MERCIER SOCIETE ANONYME (SWITZERLAND CORPORATION)
RTE DE LA CHANAIE 50
BELLEVUE, SWITZERLAND 1293

FOR: WATCHES, WATCH CASES, WATCH MOVEMENTS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 8-8-1956; IN COMMERCE 8-8-1956.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 1,463,420.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GENEVE", APART FROM THE MARK AS SHOWN.

SER. NO. 77-008,855, FILED 9-27-2006.

MARY BOAGNI, EXAMINING ATTORNEY