Exhibit 10

Int. Cl.: 14

Prior U.S. Cl.: 27

**United States Patent and Trademark Office**  Reg. No. 1,339,139
  Registered June 4, 1985

## TRADEMARK
### PRINCIPAL REGISTER

## JAEGER-LECOULTRE

MANUFACTURE JAEGER-LECOULTRE S.A. (SWITZERLAND CORPORATION)
LE SENTIER, SWITZERLAND

FOR: WATCHES AND CLOCKS EXCEPT DASHBOARD CLOCKS FOR LAND VEHICLES, BOATS AND PLANES, IN CLASS 14 (U.S. CL. 27).

FIRST USE 12-0-1935; IN COMMERCE 12-0-1968.

SER. NO. 371,999, FILED 6-28-1982.

ROBERT PEVERADA, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cl.: 27

**United States Patent and Trademark Office** Reg. No. 1,402,084
Registered July 22, 1986

## TRADEMARK
### PRINCIPAL REGISTER

JL
JAEGER-LECOULTRE

MANUFACTURE JAEGER-LE COULTRE S.A. (SWITZERLAND CORPORATION)
LE SENTIER, SWITZERLAND

FOR: WATCHES AND CLOCKS EXCEPT DASHBOARD CLOCKS FOR LAND VEHICLES, BOATS AND PLANES, IN CLASS 14 (U.S. CL. 27).

FIRST USE 0-0-1969; IN COMMERCE 0-0-1969.

OWNER OF U.S. REG. NOS. 1,181,053 AND 1,339,139.

SER. NO. 568,526, FILED 11-14-1985.

ROBERT PEVERADA, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cl.: 27

**United States Patent and Trademark Office**    Reg. No. 1,402,084
Registered July 22, 1986

## TRADEMARK
### PRINCIPAL REGISTER

### JL
### JAEGER-LECOULTRE

MANUFACTURE JAEGER-LE COULTRE S.A. (SWITZERLAND CORPORATION)
LE SENTIER, SWITZERLAND

FOR: WATCHES AND CLOCKS EXCEPT DASHBOARD CLOCKS FOR LAND VEHICLES, BOATS AND PLANES, IN CLASS 14 (U.S. CL. 27).

FIRST USE 0-0-1969; IN COMMERCE 0-0-1969.

OWNER OF U.S. REG. NOS. 1,181,053 AND 1,339,139.

SER. NO. 568,526, FILED 11-14-1985.

ROBERT PEVERADA, EXAMINING ATTORNEY