Exhibit 11

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

Reg. No. 2,125,672

**United States Patent and Trademark Office**    Registered Dec. 30, 1997

## TRADEMARK
### PRINCIPAL REGISTER

*Overseas*

VACHERON & CONSTANTIN SA (SWITZERLAND CORPORATION)
1, RUE ET QUAI DES MOULINS
1204 GENEVE, SWITZERLAND

FOR: JEWELRY, CUFFLINKS, PRECIOUS GEMSTONES, CLOCKS, WATCHES, CHRONOMETERS AND THEIR PARTS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 10-15-1996; IN COMMERCE 10-17-1996.

SER. NO. 75-226,983, FILED 1-2-1997.

DAN VAVONESE, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

**United States Patent and Trademark Office**

Reg. No. 2,965,541
Registered July 12, 2005

## TRADEMARK
### PRINCIPAL REGISTER

## PATRIMONY

RICHEMONT INTERNATIONAL SA (SWITZERLAND COMPANY)
ROUTE DES BICHES 10
VILLARS-SUR-GLANE, SWITZERLAND

FOR: CUFF-LINKS, RINGS, BRACELETS, EARRINGS, NECKLACES, BROOCHES; WATCHES, CHRONOMETERS, CLOCKS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

PRIORITY CLAIMED UNDER SEC. 44(D) ON SWITZERLAND APPLICATION NO. 07438/2002, FILED 8-27-2002, REG. NO. 504947, DATED 11-7-2002, EXPIRES 8-27-2012.

SER. NO. 76-462,944, FILED 10-10-2002.

ROBERT C. CLARK JR., EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

**United States Patent and Trademark Office**

Reg. No. 3,114,414
Registered July 11, 2006

## TRADEMARK
### PRINCIPAL REGISTER



RICHEMONT INTERNATIONAL SA (SWITZERLAND SOCIETE ANONYME)
ROUTE DES BICHES 10
CH-1752 VILLARS-SUR-GLÂNE, SWITZERLAND

FOR: CUFF LINKS, TIE PINS, RINGS, BRACELETS, EARRINGS, NECKLACES, BROOCHES; WATCHES, CHRONOMETERS, CLOCKS, WATCHSTRAPS, CASES OF PRECIOUS METAL FOR WATCHES AND JEWELLERY, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

OWNER OF INTERNATIONAL REGISTRATION 0834944 DATED 10-6-2004, EXPIRES 10-6-2014.

SER. NO. 79-005,937, FILED 10-6-2004.

SANJEEV VOHRA, EXAMINING ATTORNEY



# United States of America
## United States Patent and Trademark Office

## QUAI DE L'ILE

| | |
|---|---|
| **Reg. No. 3,807,756** | RICHEMONT INTERNATIONAL SA (SWITZERLAND SOCIÉTÉ ANONYME (SA)) |
| **Registered June 22, 2010** | ROUTE DES BICHES 10 <br> VILLARS-SUR-GLANE, SWITZERLAND CH-1752 |
| **Int. Cl.: 14** | FOR: WATCHES, CHRONOMETERS, WATCH STRAPS, WATCH BRACELETS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50). |
| **TRADEMARK** | FIRST USE 10-22-2008; IN COMMERCE 10-22-2008. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | THE ENGLISH TRANSLATION OF THE WORDING "QUAI DE L'ILE" IN THE MARK IS QUAY OF THE ISLAND. |
| | SN 77-565,506, FILED 9-9-2008. |
| | KAREN BRACEY, EXAMINING ATTORNEY |



Director of the United States Patent and Trademark Office



**Reg. No. 4,564,316**  RICHEMONT INTERNATIONAL SA (SWITZERLAND SOCIÉTÉ ANONYME (SA))
ROUTE DES BICHES 10
**Registered July 8, 2014**  VILLARS-SUR-GLÂNE, SWITZERLAND CH-1752

**Int. Cl.: 14**  FOR: WATCHES AND CHRONOMETERS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0-0-1830; IN COMMERCE 0-0-1830.

**TRADEMARK**

OWNER OF U.S. REG. NO. 3,114,414.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF A STYLIZED CROSS DESIGN CONSISTING OF FOUR EQUAL SIDES, EACH WITH WITH A DOUBLE-POINTED TIP.

SER. NO. 86-186,825, FILED 2-6-2014.

LIEF MARTIN, EXAMINING ATTORNEY



**Deputy Director of the United States
Patent and Trademark Office**