**RICHEMONT INTERNATIONAL SA, CARTIER INTERNATIONAL A.G., MONTBLANC-SIMPLO GMBH, CHLOE S.A.S., VAN CLEEF & ARPELS SA, OFFICINE PANERAI A.G., and LANCEL INTERNATIONAL SA v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 16-cv-01227**

# Schedule A

## Defendants

| No. | Name / Alias |
|---|---|
| 1 | LUO LIANG |
| 2 | 170008559lin min |
| 3 | adcseo adc |
| 4 | Angus Cheung |
| 5 | Anke Fuerst |
| 6 | fulcrey.fr |
| 7 | lancel-pas-chers.fr |
| 8 | lynesro.fr |
| 9 | produkte.fr |
| 10 | romanorossi.fr |
| 11 | sac-chloe-pas-cher.fr |
| 12 | aqiang |
| 13 | Ashley Lennon |
| 14 | ason zhong |
| 15 | Baguecartierlove.eu |
| 16 | baojian wang |
| 17 | Bei Zheng Chang |
| 18 | Benjamin Koch |
| 19 | Beonca Moore |
| 20 | Bertram Jia |
| 21 | black u |
| 22 | BOJIANG |
| 23 | Bolsasimitacionmarcas.eu |
| 24 | BRAND EVENTS AUSTRALIA PTY LTD |
| 25 | Bruce Tank |
| 26 | CAROLE M. DIXON |
| 27 | cartier-onlineshopping-sale.com cartier-onlineshopping-sale.com |
| 28 | chaoxin |
| 29 | charlie glisson |
| 30 | Chen AiRong |
| 31 | chen chunli |
| 32 | chen feifei |
| 33 | chen hai |
| 34 | chen liangbo |
| 35 | cheng linjun |
| 36 | cheng wei |
| 37 | Cheng Ze Shi |

| | |
|---|---|
| 38 | Chengjie Liu |
| 39 | ChenJian Guo |
| 40 | Chilliwackhousehoarder.ca |
| 41 | CHINA TRADE32 |
| 42 | Christie Aitchison |
| 43 | CHRISTINE PARISH |
| 44 | Christineer Sojksa |
| 45 | cindy moore |
| 46 | Dallas Prevost |
| 47 | DANDAN YU |
| 48 | david wia |
| 49 | Deng Xiao Jun |
| 50 | departmentstores-outlet.net departmentstores-outlet.net |
| 51 | diago jhone |
| 52 | 925loveshop.com |
| 53 | armbandsurkopior.org |
| 54 | cheapcartierlovebracelet.com |
| 55 | namaakhorloges.org |
| 56 | popswissmarket.net |
| 57 | toplovestore.com |
| 58 | e8baag.com |
| 59 | dujia |
| 60 | Edith Perks |
| 61 | fan liu |
| 62 | fangmin rui |
| 63 | fengyu li |
| 64 | froungfew froungfew |
| 65 | FU E |
| 66 | Gabriele Eichmann |
| 67 | gao shiqiang |
| 68 | genevieve weaver |
| 69 | GLEN DSHIRK |
| 70 | Goedkopenephorloges.eu |
| 71 | Goreini Mlissa |
| 72 | guanfei li |
| 73 | Guo Shan |
| 74 | han chen xiang |
| 75 | Harry Chen |
| 76 | He Ling Juan |
| 77 | He Tony |
| 78 | hei hei |
| 79 | hfjdkhsd sfsdftgrfyh |
| 80 | hui qi |
| 81 | huwai |
| 82 | Jack - |
| 83 | James Stovall |
| 84 | Jamie |

| 85 | jamie gould |
| 86 | jemes lee |
| 87 | Ji Feng Fang |
| 88 | Jia Guo |
| 89 | Jiang Wen Tao |
| 90 | Jie Si Qiong Hai |
| 91 | Joe Cheng |
| 92 | John Sadowski |
| 93 | john steven |
| 94 | joseph holland |
| 95 | juanita davis |
| 96 | JunSheng Ren |
| 97 | Kaliteliimitasyonsaat.eu |
| 98 | Katherine Carr |
| 99 | Katherine Carr |
| 100 | Ke Ke Han |
| 101 | kesi mai |
| 102 | kesi mai |
| 103 | Kiefer Arturo |
| 104 | kobe gutierrez |
| 105 | Kobe Takaaki |
| 106 | kobi jordan |
| 107 | Kong Cong Meng |
| 108 | laidongmei |
| 109 | lan zhu |
| 110 | lastcall-factorydirect-sale.com lastcall-factorydirect-sale.com |
| 111 | lee rose |
| 112 | lee sam |
| 113 | Leslie Fuentes |
| 114 | li chen |
| 115 | li chen |
| 116 | li fa |
| 117 | li hai |
| 118 | LI Kang Sheng |
| 119 | li mumei |
| 120 | li pinglong |
| 121 | Li Yufei |
| 122 | li zhang |
| 123 | LIAN ZHIDAN |
| 124 | liang liu |
| 125 | lin danum |
| 126 | lin ping |
| 127 | lin yong sheng |
| 128 | linshi moban |
| 129 | linwen jielin |
| 130 | lirong shi |
| 131 | litianyou |

| | |
|---|---|
| 132 | Liu Nen |
| 133 | liu yun shan |
| 134 | liuhuahua |
| 135 | lixing |
| 136 | Lovel Ceci |
| 137 | lu yachao |
| 138 | Lucy Jobs |
| 139 | Ludwig Rhys |
| 140 | Ludwig Rhys |
| 141 | luo liang |
| 142 | luo quanming |
| 143 | Luo Te Si |
| 144 | Mabel Carmen |
| 145 | Maisie Forster |
| 146 | Manni Cabuluo |
| 147 | MARY CARNEY |
| 148 | medina maria |
| 149 | mi lon |
| 150 | Min Juan You |
| 151 | ming a |
| 152 | mingseo jieso |
| 153 | Modify Modify |
| 154 | montblancpenshop-sale.com montblancpenshop-sale.com |
| 155 | Montrecontrefacon.eu |
| 156 | alongwatches.com |
| 157 | digreplicas.com |
| 158 | getreplicas.com |
| 159 | netaporter-onlineoutletshop.com netaporter-onlineoutletshop.com |
| 160 | Nick zhang |
| 161 | NICOLAS M. GORDON |
| 162 | Nicole Fisher |
| 163 | ouor soft |
| 164 | outlet uk |
| 165 | pei pei |
| 166 | Personal |
| 167 | Personals |
| 168 | philippe ann |
| 169 | iofferbags.com |
| 170 | lovingswatch.com |
| 171 | luxtickers.com |
| 172 | montresmall.com |
| 173 | relojeses.com |
| 174 | qi bowen |
| 175 | qiang a |
| 176 | qiang zhang |
| 177 | qibing sun |
| 178 | QIN ZHOUSHI |

| | |
|---|---|
| 179 | RACHEL LIOR |
| 180 | Rahul Kapoore |
| 181 | randy riley |
| 182 | Registrant of acreagechamberofcommerce.com |
| 183 | Registrant of brand-watches-online.com |
| 184 | Registrant of cheapreplicawatch.com |
| 185 | Registrant of discountmontblancpens.net |
| 186 | Registrant of fakecartierwatch.com |
| 187 | Registrant of hotofficing.com |
| 188 | Registrant of hotreplicawatches8.com |
| 189 | Registrant of jeansalive.com |
| 190 | Registrant of kakaku2015.com |
| 191 | Registrant of lovewatch.net |
| 192 | Registrant of lv34.com |
| 193 | Registrant of menwatchesplanet.com |
| 194 | Registrant of montblancbrands.com |
| 195 | Registrant of montblancenfrance.net |
| 196 | Registrant of montblanc-onlineshop.com |
| 197 | Registrant of qzsong.com |
| 198 | Registrant of replicawatches1st.com |
| 199 | Registrant of replica-watches-swiss.com |
| 200 | Registrant of replicawatchonlineshop.com |
| 201 | Registrant of replicawatchoutlet.cc |
| 202 | Registrant of sddyc99.com |
| 203 | Registrant of thejewelyouare.com |
| 204 | Registrant of wanswatch.com |
| 205 | eshop987.com |
| 206 | trade-like.com |
| 207 | Relojesreplicassuizas.eu |
| 208 | REN DANGZHU |
| 209 | Repliquemontresfr.eu |
| 210 | rf ye |
| 211 | Ricardo Legg |
| 212 | Ricky Williams |
| 213 | ROBERT HUGHES |
| 214 | ROBERT HUGHES |
| 215 | Robin Martinez |
| 216 | rose dei |
| 217 | ruei xiao |
| 218 | rueitao xiao |
| 219 | Ryan Hunt |
| 220 | Samuele Kuberskis |
| 221 | San Zhang |
| 222 | sendi |
| 223 | shao daniel |
| 224 | Shel Mundo |
| 225 | Sheng Wang |

| | |
|---|---|
| 226 | Sherwin Chan |
| 227 | shi lixian |
| 228 | SHOU GONGJIAO |
| 229 | Soldeslancel.eu |
| 230 | song xiaoyi |
| 231 | Stylomontblanc.eu |
| 232 | sun wukong |
| 233 | Suren Ter Saakov |
| 234 | susan |
| 235 | tao li |
| 236 | Thomas Riviere |
| 237 | Tony Lee |
| 238 | Tony Wu |
| 239 | tyler spencer |
| 240 | Uhrenreplika.eu |
| 241 | Ulrich Goldschmidt |
| 242 | Vallois |
| 243 | Vanessa Herz |
| 244 | Vicky Pena |
| 245 | Vinci Carter |
| 246 | vivian amy |
| 247 | wang lai |
| 248 | WANG LILI |
| 249 | Wang Qiang Wang Qiang |
| 250 | Wang Ting |
| 251 | wangdesheng |
| 252 | wangyuan |
| 253 | watches allen |
| 254 | wei michael |
| 255 | Wen Feng Xiao |
| 256 | wenming chen |
| 257 | 4truss.com |
| 258 | cartierfake.com |
| 259 | fatedmusic.com |
| 260 | furnitureonchina.com |
| 261 | iwcllc.net |
| 262 | iwcreplicawatch.com |
| 263 | kuvarsit.watch |
| 264 | montblanc.co.com |
| 265 | montblancfountainpen.com |
| 266 | montblancoutlet.org |
| 267 | montblancpenoutlet.org |
| 268 | montblancpensales.com |
| 269 | nbalanceclassic.com |
| 270 | paysdumontblanc.com |
| 271 | vacheron-constantin-watches.com |
| 272 | 4replicawatch.net |

| 273 | aborsp.com |
| 274 | cheap-cartier.com |
| 275 | ersa2002.org |
| 276 | hfrixin.com |
| 277 | qualityreplica.co |
| 278 | toptrendywatches.com |
| 279 | vogues.co |
| 280 | William Jaffer |
| 281 | wtowto |
| 282 | wu shan dong |
| 283 | wushaoqing |
| 284 | Wuxi Yilian LLC |
| 285 | xian wang |
| 286 | XiaoLei Wei |
| 287 | xiaomingzhang |
| 288 | xiexiaodong |
| 289 | xin xu |
| 290 | xu haowen |
| 291 | xu xiaoyan |
| 292 | Yang DongYi |
| 293 | Yang Yan |
| 294 | YAO MING |
| 295 | Ye Kai Ming |
| 296 | cheapmontblancforsale.com |
| 297 | cheapmontblanconsale.com |
| 298 | fakebest.com |
| 299 | handbagstyleinfo.com |
| 300 | montblancoutletcoupons.com |
| 301 | montblancoutletlocations.com |
| 302 | montblancoutletstore.com |
| 303 | montblancpenssale.com |
| 304 | sacdeluxefrance.com |
| 305 | sellingjewelryuk.com |
| 306 | vcalhambra.net |
| 307 | watchesbargain.com |
| 308 | watchesodd.com |
| 309 | yong zhang |
| 310 | yongliu |
| 311 | You HP |
| 312 | ytghsty Evhtgbb |
| 313 | Yu Zhong |
| 314 | yuan yan |
| 315 | yupeng ye |
| 316 | Yuto Hoshikawa |
| 317 | zeng zhao hui |
| 318 | zenghai hu |
| 319 | zenghai hu |

| | |
|---|---|
| 320 | zhanfeng jiang |
| 321 | zhang guangwei |
| 322 | zhangjin |
| 323 | ZHANGKUN |
| 324 | ZhangTian Yue |
| 325 | zhangyu |
| 326 | zhao xi |
| 327 | zhaoyun |
| 328 | zheng bao zheng bao |
| 329 | Zhou QianKun |
| 330 | ZHU RENJIAN |
| 331 | belastingservicethuis.nl |
| 332 | famhansum.nl |
| 333 | tdrnoord.nl |
| 334 | tessadee.nl |
| 335 | 2012happyboy |
| 336 | 2013happytree |
| 337 | access-market |
| 338 | AIMO Trendy Jewelry |
| 339 | ainkin007 |
| 340 | aobo_company |
| 341 | bananastore2010 |
| 342 | Beauty Life 7 Store |
| 343 | Beauty Share Store |
| 344 | Beauty Street CO., LTD |
| 345 | beautyworld2015 |
| 346 | Best watchs |
| 347 | C & F Fashion Jewelry |
| 348 | candance-girl |
| 349 | capercijewelry |
| 350 | charms.bead.bracelet |
| 351 | charmshop2014 |
| 352 | chicfavor |
| 353 | childhood memory store |
| 354 | china-_-usa |
| 355 | Chinese cheongsam store welcome you |
| 356 | Chinese Life Market |
| 357 | cicikela |
| 358 | ckh83 |
| 359 | cnbirdsfly |
| 360 | cut_shop |
| 361 | dami-523 |
| 362 | dami-524 |
| 363 | dami-525 |
| 364 | dami-526 |
| 365 | dealmoon1 |
| 366 | Dewdrop Jewelry Shop |

| | |
|---|---|
| 367 | Different shopping malls |
| 368 | Dongguan Changan Tanaer Jewelry Factory |
| 369 | DONGYA |
| 370 | E Science Company |
| 371 | Ecoolike Jewelry. - Professional jewelry wholesale |
| 372 | eighteenthstreet.lw |
| 373 | emall-buymore |
| 374 | exceptiondemixmind |
| 375 | F Electronic Store |
| 376 | FaSHIoN JEW shop |
| 377 | fashion_aheads |
| 378 | fashion-club |
| 379 | fashion-jewelrys |
| 380 | fds aSD |
| 381 | franknessboy2012 |
| 382 | g.nala |
| 383 | ggdd.56 |
| 384 | Gold Shine Jewelry &Crafts Co., Ltd |
| 385 | goldshop15 |
| 386 | greatday2013 |
| 387 | groupsignup |
| 388 | Guangzhou Noble Trading Co., Ltd. (Jewelry) |
| 389 | Guangzhou Tan Tat Metal Works Co., Ltd. |
| 390 | Guangzhou Touch Love Jewelry Company Ltd. |
| 391 | Guangzhou Yong Hua International Trade Co., Ltd. |
| 392 | Gueen-J Jewelry Factory Product |
| 393 | Heartbeat jewelry store |
| 394 | high quality store 001 |
| 395 | HK2 |
| 396 | Hongyan Jewelry |
| 397 | Hot store |
| 398 | hua,s adult shop |
| 399 | huazhong2010 |
| 400 | ichina520 |
| 401 | Ideal Tech Co., Ltd |
| 402 | iloveu_father |
| 403 | inanothercountry |
| 404 | Infinatude General Merchandise Company |
| 405 | JAJ Fashion Jewelry |
| 406 | jenny-blande |
| 407 | Jessie Pepe--Italina Factory Wholesale Mall |
| 408 | jewelry_supplier |
| 409 | jianbshu |
| 410 | ji-la88 |
| 411 | jixiangjingang |
| 412 | jjfbay |
| 413 | john-merry |

| 414 | joys toys |
|---|---|
| 415 | JUYA |
| 416 | kangcheng25 |
| 417 | kens store |
| 418 | little2091 |
| 419 | lovechinapen |
| 420 | lovely_beads88 |
| 421 | ME'AN Jewelry |
| 422 | mentag |
| 423 | mgs-de |
| 424 | Miss Jewelry |
| 425 | MM SIUNG |
| 426 | Moonlight encounter |
| 427 | mybead88 |
| 428 | new-moon2010 |
| 429 | NIDALEE JEWELRY Co., Ltd. |
| 430 | one day cufflinks |
| 431 | oui.we |
| 432 | Perfect-Life |
| 433 | Petrichor |
| 434 | pro_ken |
| 435 | purplestones |
| 436 | Qingdao Wings Jewelry Co., Ltd. |
| 437 | royalgarden.co.ltd |
| 438 | royalwaytrade |
| 439 | Ruda Jewelry |
| 440 | sara rong |
| 441 | Shanghai Oscar Trade Co. Lt's store |
| 442 | sheep2015 |
| 443 | Shenzhen E-Flying Trading Co., Ltd. |
| 444 | Shenzhen Sunrising Trade Co., Ltd. |
| 445 | Shenzhen Weiyi Fashion Gift Co., Ltd. |
| 446 | Shijiazhuang Deaishangshi Jewelry Trade Co., Ltd. |
| 447 | show168 |
| 448 | siarola |
| 449 | SIRY JEWELRY Wholesale Online |
| 450 | soptoptrade2015 |
| 451 | spirit jewelry |
| 452 | springautumn001 |
| 453 | the Better Best |
| 454 | The Butterfly Fying |
| 455 | The Princess of the World |
| 456 | toy'z story |
| 457 | uarenice |
| 458 | very niu |
| 459 | villagehead |
| 460 | Vogue Jewelry store |

| | |
|---|---|
| 461 | waegzelu |
| 462 | wave house |
| 463 | wedding-homegarden |
| 464 | wen 352 |
| 465 | wertyui3125 |
| 466 | wfxpress |
| 467 | Wind-Sourse |
| 468 | xinggangwan19 |
| 469 | xly-jl5bnx |
| 470 | Yi Du Jewelry Trade |
| 471 | yingying2018 |
| 472 | yinying928 |
| 473 | Yiwu CC Jewelry Co., Ltd. |
| 474 | Yiwu Feichang Jewelery Co., Ltd. |
| 475 | Yiwu Guyun Jewelry Factory |
| 476 | Yiwu Headdress |
| 477 | Yiwu Kindy Jewelry Company Limited |
| 478 | Yiwu Kouxin Jewelry Factory |
| 479 | Yiwu Rainbow Import & Export Co., Ltd. |
| 480 | Yiwu T&J Import & Export Co., Ltd. |
| 481 | Yiwu Wotong Accessory Firm |
| 482 | yongjun789 |
| 483 | Yuxuan Fashion store |
| 484 | ZINDOV JEWELRY |

| Defendant Online Marketplace Accounts | |
|---|---|
| No | URL |
| 1 | ebay.com/usr/2012happyboy |
| 2 | ebay.com/usr/2013happytree |
| 3 | ebay.com/usr/access-market |
| 4 | aliexpress.com/store/1932132 |
| 5 | ebay.com/usr/ainkin007 |
| 6 | ebay.com/usr/aobo_company |
| 7 | ebay.com/usr/bananastore2010 |
| 8 | aliexpress.com/store/1755585 |
| 9 | aliexpress.com/store/217816 |
| 10 | aliexpress.com/store/1718047 |
| 11 | ebay.com/usr/beautyworld2015 |
| 12 | aliexpress.com/store/1709187 |
| 13 | aliexpress.com/store/1915307 |
| 14 | ebay.com/usr/candance-girl |
| 15 | ebay.com/usr/capercijewelry |
| 16 | ebay.com/usr/charms.bead.bracelet |
| 17 | ebay.com/usr/charmshop2014 |
| 18 | ebay.com/usr/chicfavor?_trksid=p2047675.l2559 |
| 19 | aliexpress.com/store/1905820 |

| | |
|---|---|
| 20 | ebay.com/usr/china-_-usa |
| 21 | aliexpress.com/store/1665154 |
| 22 | aliexpress.com/store/1941477 |
| 23 | ebay.com/usr/cicikela |
| 24 | ebay.com/usr/ckh83 |
| 25 | ebay.com/usr/cnbirdsfly?_trksid=p2047675.l2559 |
| 26 | ebay.com/usr/cut_shop |
| 27 | ebay.com/usr/dami-523 |
| 28 | ebay.com/usr/dami-524 |
| 29 | ebay.com/usr/dami-525 |
| 30 | ebay.com/usr/dami-526 |
| 31 | ebay.com/usr/dealmoon1 |
| 32 | aliexpress.com/store/332893 |
| 33 | aliexpress.com/store/1850209 |
| 34 | tanaerjewelry.en.alibaba.com |
| 35 | aliexpress.com/store/511016 |
| 36 | aliexpress.com/store/1953097 |
| 37 | aliexpress.com/store/228974 |
| 38 | ebay.com/usr/eighteenthstreet.lw?_trksid=p2047675.l2559 |
| 39 | ebay.com/usr/emall-buymore |
| 40 | ebay.com/usr/exceptiondemixmind |
| 41 | aliexpress.com/store/637427 |
| 42 | aliexpress.com/store/330781 |
| 43 | ebay.com/usr/fashion_aheads |
| 44 | ebay.com/usr/fashion-club |
| 45 | ebay.com/usr/fashion-jewelrys |
| 46 | aliexpress.com/supplier-fm/wholesale-products/235293106-productlist.html |
| 47 | ebay.com/usr/franknessboy2012 |
| 48 | ebay.com/usr/g.nala?_trksid=p2047675.l2559 |
| 49 | ebay.com/usr/ggdd.56 |
| 50 | hk900249236.fm.alibaba.com |
| 51 | ebay.com/usr/goldshop15 |
| 52 | ebay.com/usr/greatday*2013?_trksid=p2047675.l2559 |
| 53 | ebay.com/usr/groupsignup |
| 54 | nbe.en.alibaba.com |
| 55 | tantat.en.alibaba.com |
| 56 | touchlove.en.alibaba.com |
| 57 | vanfijewelry.en.alibaba.com |
| 58 | aliexpress.com/store/1943490 |
| 59 | aliexpress.com/store/1939204 |
| 60 | aliexpress.com/store/1960154 |
| 61 | aliexpress.com/store/637245 |
| 62 | aliexpress.com/store/1296271 |
| 63 | aliexpress.com/store/1949114 |
| 64 | aliexpress.com/store/335037 |
| 65 | ebay.com/usr/huazhong2010 |
| 66 | ebay.com/usr/ichina520 |

| | |
|---|---|
| 67 | aliexpress.com/store/905542 |
| 68 | ebay.com/usr/iloveu_father?_trksid=p2047675.l2559 |
| 69 | ebay.com/usr/inanothercountry |
| 70 | aliexpress.com/store/1709431 |
| 71 | aliexpress.com/store/1916530 |
| 72 | ebay.com/usr/jenny-blande |
| 73 | aliexpress.com/store/1213629 |
| 74 | ebay.com/usr/jewelry_supplier |
| 75 | ebay.com/usr/jianbshu |
| 76 | ebay.com/usr/ji-la88 |
| 77 | ebay.com/usr/jixiangjingang |
| 78 | ebay.com/usr/jjfbay |
| 79 | ebay.com/usr/john-merry |
| 80 | aliexpress.com/store/1938683 |
| 81 | aliexpress.com/store/1711115 |
| 82 | ebay.com/usr/kangcheng25 |
| 83 | aliexpress.com/store/1912035 |
| 84 | ebay.com/usr/little2091 |
| 85 | ebay.com/usr/lovechinapen |
| 86 | ebay.com/usr/lovely_beads88 |
| 87 | aliexpress.com/store/1352106 |
| 88 | ebay.com/usr/mentag |
| 89 | ebay.com/usr/mgs-de |
| 90 | aliexpress.com/store/1401074 |
| 91 | aliexpress.com/supplier-fm/wholesale-products/233102425-productlist.html |
| 92 | aliexpress.com/store/1703097 |
| 93 | ebay.com/usr/mybead88 |
| 94 | ebay.com/usr/new-moon2010?_trksid=p2047675.l2559 |
| 95 | aliexpress.com/store/1017677 |
| 96 | aliexpress.com/store/1872563 |
| 97 | ebay.com/usr/oui.we?_trksid=p2047675.l2559 |
| 98 | aliexpress.com/store/1713250 |
| 99 | aliexpress.com/store/728077 |
| 100 | ebay.com/usr/pro_ken |
| 101 | ebay.com/usr/purplestones |
| 102 | chains.en.alibaba.com |
| 103 | ebay.com/usr/royalgarden.co.ltd |
| 104 | ebay.com/usr/royalwaytrade |
| 105 | aliexpress.com/store/1396252 |
| 106 | aliexpress.com/store/1904777 |
| 107 | aliexpress.com/store/704508 |
| 108 | ebay.com/usr/sheep2015 |
| 109 | aliexpress.com/store/605776 |
| 110 | yoyojewelry.en.alibaba.com |
| 111 | weiyiss.en.alibaba.com |
| 112 | diybeads.en.alibaba.com |
| 113 | ebay.com/usr/show*168 |

| 114 | ebay.com/usr/siarola |
|-----|----------------------|
| 115 | aliexpress.com/store/1813413 |
| 116 | ebay.com/usr/soptoptrade2015 |
| 117 | aliexpress.com/store/1955485 |
| 118 | ebay.com/usr/springautumn001 |
| 119 | aliexpress.com/store/733425 |
| 120 | aliexpress.com/store/609665 |
| 121 | aliexpress.com/store/630104 |
| 122 | aliexpress.com/store/936165 |
| 123 | ebay.com/usr/uarenice |
| 124 | aliexpress.com/store/1943385 |
| 125 | ebay.com/usr/villagehead |
| 126 | aliexpress.com/store/346473 |
| 127 | ebay.com/usr/waegzelu |
| 128 | aliexpress.com/store/1476146 |
| 129 | ebay.com/usr/wedding-homegarden |
| 130 | aliexpress.com/store/1426296 |
| 131 | ebay.com/usr/wertyui3125 |
| 132 | aliexpress.com/store/1199336 |
| 133 | aliexpress.com/store/1140046 |
| 134 | ebay.com/usr/xinggangwan19 |
| 135 | ebay.com/usr/xly-jl5bnx |
| 136 | aliexpress.com/store/1231841 |
| 137 | ebay.com/usr/yingying2018 |
| 138 | ebay.com/usr/yinying928 |
| 139 | ccjewelry.en.alibaba.com |
| 140 | http://verykoo.en.alibaba.com/ |
| 141 | zhangguang.en.alibaba.com |
| 142 | aliexpress.com/store/1748574 |
| 143 | kindyjewelry.en.alibaba.com |
| 144 | aliexpress.com/store/1956892 |
| 145 | rainbowcreations.en.alibaba.com |
| 146 | chinatj.en.alibaba.com |
| 147 | aliexpress.com/store/429573 |
| 148 | ebay.com/usr/yongjun789 |
| 149 | aliexpress.com/store/1555446 |
| 150 | aliexpress.com/store/1774218 |

| **Defendant Domain Names** | |
|---|---|
| 1 | fakewatchesswiss.com |
| 2 | replicawatcheshighquality.com |
| 3 | watchesforsalereplica.com |
| 4 | watchesreplicauk.com |
| 5 | watchesswissreplica.com |
| 6 | rwatcheszone.co |

| | |
|---|---|
| 7 | buywatchestop.com |
| 8 | puretime.watch |
| 9 | imitazionecartierlove.com |
| 10 | fulcrey.fr |
| 11 | lancel-pas-chers.fr |
| 12 | lynesro.fr |
| 13 | produkte.fr |
| 14 | romanorossi.fr |
| 15 | sac-chloe-pas-cher.fr |
| 16 | 3500zanker.com |
| 17 | cqfaxiang.com |
| 18 | cartiereyeglassesframes.co |
| 19 | ilovebestbag.com |
| 20 | baguecartierlove.eu |
| 21 | luxuryclover.com |
| 22 | queenmenu.com |
| 23 | buygreathandbags.com |
| 24 | betbatiment.fr |
| 25 | sayitwrite.us |
| 26 | cartierglassesoutlets.com |
| 27 | findthecellardoor.org |
| 28 | 2016watches.com |
| 29 | bolsasimitacionmarcas.eu |
| 30 | southbankbeachnews.com.au |
| 31 | 100watches.net |
| 32 | layawatch.net |
| 33 | cartier-onlineshopping-sale.com |
| 34 | modernwatch.co.uk |
| 35 | sunglasses-2016-australia.com |
| 36 | omega-watches.in.net |
| 37 | koniguhren.net |
| 38 | vbagaaa.com |
| 39 | mycheapchloebags.com |
| 40 | watcheforsale.net |
| 41 | 1876saclancel.com |
| 42 | watchesmiss.net |
| 43 | buygreathandbags.net |
| 44 | ebrandwatch.com |
| 45 | luxury-ca.top |
| 46 | chilliwackhousehoarder.ca |
| 47 | luxuryaaawatches.com |
| 48 | swissaaawatches.uk |
| 49 | sobuypens.com |
| 50 | mont-blanc-stylo.fr |
| 51 | relojesreplicassuizas.com |
| 52 | nextcloud.co |
| 53 | koniguhren.org |

| | |
|---|---|
| 54 | orologi.name |
| 55 | fulin-glasses.net |
| 56 | departmentstores-outlet.net |
| 57 | luxuhr.co |
| 58 | 925loveshop.com |
| 59 | armbandsurkopior.org |
| 60 | cheapcartierlovebracelet.com |
| 61 | namaakhorloges.org |
| 62 | popswissmarket.net |
| 63 | toplovestore.com |
| 64 | e8baag.com |
| 65 | lonewatches.com |
| 66 | ohyreplica.org |
| 67 | rolex-watches.me.uk |
| 68 | chloebuyjp.com |
| 69 | montresfr.com |
| 70 | replicabreitlingwatch.com |
| 71 | kuvarsitwatch.org |
| 72 | watchessuper.com |
| 73 | iwcoutlet.fr |
| 74 | kyaya.com |
| 75 | usa-2016-replica-watches.com |
| 76 | decewatches.com |
| 77 | goedkopenephorloges.eu |
| 78 | lancelsac2015.com |
| 79 | actuana.com |
| 80 | cartier-lovebracelet.us.com |
| 81 | cartier.tech |
| 82 | paschermontredeluxefr.net |
| 83 | ok-prowatch.com |
| 84 | ok-prowatch.net |
| 85 | bagstony.com |
| 86 | jimmychootokyosale.com |
| 87 | tifysl.com |
| 88 | watchesbigbang.com |
| 89 | montblanceur.com |
| 90 | stylofr.com |
| 91 | luxuryzones.biz |
| 92 | kandmagency.com |
| 93 | cherishtime.co.uk |
| 94 | replicawatchonline.co.uk |
| 95 | thaijewelryboard.com |
| 96 | luxuryoulet.com |
| 97 | watchshine.com |
| 98 | aspenusasa.com |
| 99 | jobsmarlborough.com |
| 100 | josephsiaq.com |

| 101 | theclickpros.com |
| 102 | orologiocn.com |
| 103 | louisvuittonshop.top |
| 104 | popbrandwatches.com |
| 105 | bolsos-chloe.com |
| 106 | cartierplus.info |
| 107 | cartierwatchesoppo.info |
| 108 | discountland.info |
| 109 | thteams.com |
| 110 | watcheslandoppo.info |
| 111 | podrobkizegarkow.com |
| 112 | 2016watchescanada.com |
| 113 | sacbrigittebardot.net |
| 114 | kaliteliimitasyonsaat.eu |
| 115 | dbregiotyneandwear.co.uk |
| 116 | replicas-rolex.org |
| 117 | designerleatherbag.com |
| 118 | sacbbpascher.com |
| 119 | saclancel2016.com |
| 120 | sacsbbpascher.com |
| 121 | soldeslancelfemme.com |
| 122 | watchwarm.com |
| 123 | demowatch.co |
| 124 | rep8.co |
| 125 | amiko-jewelry.com |
| 126 | watchesyoga.co |
| 127 | gettophandbags.net |
| 128 | jmdmm.com |
| 129 | justonemorebottle.com |
| 130 | lastcall-factorydirect-sale.com |
| 131 | thebigpush.co.uk |
| 132 | timercart.us |
| 133 | chloe-bagss.com |
| 134 | topchloe-outlet.com |
| 135 | lancelpascherbags.com |
| 136 | replicaclock.co |
| 137 | montblancpens.top |
| 138 | ballonbleuwatcheschina.com |
| 139 | paneraiwatcheschina.com |
| 140 | portofinowatcheschina.com |
| 141 | vacheronconstantinchina.com |
| 142 | watchessold.com |
| 143 | worldbrandwatch.com |
| 144 | bahrainslc.com |
| 145 | myjewelry.us |
| 146 | bestwatches.top |
| 147 | cheapwatches.cc |

| | |
|---|---|
| 148 | fakewatchesonline.top |
| 149 | luxurywatches.cc |
| 150 | menswatches.top |
| 151 | replicadesignerwatch.top |
| 152 | replicamenswatch.top |
| 153 | replicawatchesbest.top |
| 154 | replicawatchsales.top |
| 155 | rolexsubmariner.cc |
| 156 | swisswatches.cc |
| 157 | watchesfake.top |
| 158 | watchesformen.top |
| 159 | watchesprice.top |
| 160 | watchesreplica.top |
| 161 | watchomega.top |
| 162 | panerailuminorreplica.com |
| 163 | cartiermaymost.com |
| 164 | axuescn.com |
| 165 | awesomewomenmag.com |
| 166 | dirtandpearls.com |
| 167 | chloe2015sale.xyz |
| 168 | chloeoutletjp.xyz |
| 169 | montblance2015jp.xyz |
| 170 | montblancejpsale.xyz |
| 171 | talgoo.com |
| 172 | saintchristopher13.com |
| 173 | shjatour.com |
| 174 | cartiergioielli.com |
| 175 | handbagjp.com |
| 176 | xorologi.mobi |
| 177 | bdidjewelry.com |
| 178 | jewerly-watches24.com |
| 179 | rachelandthekings.com |
| 180 | marquesacpascher.com |
| 181 | nicestwatches.net |
| 182 | newcartierlove.net |
| 183 | no1fashionshop.com |
| 184 | copywatchesswiss.com |
| 185 | eanwatches.com |
| 186 | calltoo.com |
| 187 | tf5208.com |
| 188 | teldata.co.uk |
| 189 | clubsaab.co.uk |
| 190 | sapbasis.co.uk |
| 191 | woreplicawatches.com |
| 192 | iwilluhren.com |
| 193 | watcheslineage.com |
| 194 | techconcio.us |

| | |
|---|---|
| 195 | montblanc.in.net |
| 196 | buytophandbags.com |
| 197 | copypanerai.top |
| 198 | outletpanerai.top |
| 199 | panerainew.top |
| 200 | replicawatches.site |
| 201 | rplicapanerai.top |
| 202 | worldwildiwc.site |
| 203 | ferralog.com |
| 204 | insidegreenriver.com |
| 205 | heywrax.com |
| 206 | montblancpenshop-sale.com |
| 207 | montrecontrefacon.eu |
| 208 | alongwatches.com |
| 209 | digreplicas.com |
| 210 | getreplicas.com |
| 211 | netaporter-onlineoutletshop.com |
| 212 | cheapwatchchina.us |
| 213 | viareplicas.com |
| 214 | replicasjoias.org |
| 215 | montblancpens-online.com |
| 216 | idoloutlet.biz |
| 217 | watchsko.net |
| 218 | rohlig.co.uk |
| 219 | watcheshome.co.uk |
| 220 | freeshoppingwatches.co.uk |
| 221 | watchesyo.co |
| 222 | iofferbags.com |
| 223 | lovingswatch.com |
| 224 | luxtickers.com |
| 225 | montresmall.com |
| 226 | relojeses.com |
| 227 | kingwatchbase.com |
| 228 | classicalattractiwc.top |
| 229 | montblancoutlet.top |
| 230 | replicaiwcwatches.top |
| 231 | seeknfind.org |
| 232 | vintageiwc.top |
| 233 | ageekwatch.com |
| 234 | milburnfoster.com |
| 235 | patekphilippevintage.com |
| 236 | lightonthemars.com |
| 237 | cartiereplica.com |
| 238 | solepen.com |
| 239 | acreagechamberofcommerce.com |
| 240 | brand-watches-online.com |
| 241 | cheapreplicawatch.com |

| 242 | discountmontblancpens.net |
| 243 | fakecartierwatch.com |
| 244 | hotofficing.com |
| 245 | hotreplicawatches8.com |
| 246 | jeansalive.com |
| 247 | kakaku2015.com |
| 248 | lovewatch.net |
| 249 | lv34.com |
| 250 | menwatchesplanet.com |
| 251 | montblancbrands.com |
| 252 | montblancenfrance.net |
| 253 | montblanc-onlineshop.com |
| 254 | qzsong.com |
| 255 | replicawatches1st.com |
| 256 | replica-watches-swiss.com |
| 257 | replicawatchonlineshop.com |
| 258 | replicawatchoutlet.cc |
| 259 | sddyc99.com |
| 260 | thejewelyouare.com |
| 261 | wanswatch.com |
| 262 | eshop987.com |
| 263 | trade-like.com |
| 264 | relojesreplicassuizas.eu |
| 265 | iwcportuguesereplica.com |
| 266 | repliquemontresfr.eu |
| 267 | whizdive.com |
| 268 | cartierlovebraceletimitation.org |
| 269 | momsfavoriteroom.co |
| 270 | destaruhren.com |
| 271 | ventwatch.com |
| 272 | churchkoinoniafcu.org |
| 273 | montblanc-pens.name |
| 274 | pascherrepliquemontres.com |
| 275 | okptwatches.com |
| 276 | choleyumei.com |
| 277 | styloparis.fr |
| 278 | lancel-soldes-sac.com |
| 279 | perfectjewelry.co.uk |
| 280 | eshopwatches.com |
| 281 | torobravo2015.com |
| 282 | fashioncartierjewelry.com |
| 283 | itwatchsale.com |
| 284 | ipwerks.net |
| 285 | replicabreitlings.com |
| 286 | soldeslancel.eu |
| 287 | montblance2015-japan.top |
| 288 | saletopqualitybags.pw |

| | |
|---|---|
| 289 | stylomontblanc.eu |
| 290 | storeswzws.net |
| 291 | dressweddinglove.com |
| 292 | foreveryoungjewelry.com |
| 293 | set-jewelry.com |
| 294 | cheapbagsclub.com |
| 295 | saclancelpascher.fr |
| 296 | replicawatchsale.com |
| 297 | topqualityjewelryreplica.com |
| 298 | discountshopuks.co.uk |
| 299 | uhrenreplika.eu |
| 300 | repliciceasuridelux.com |
| 301 | almirallsofotec.net |
| 302 | replikahodinkycz.org |
| 303 | humanbeans.co.uk |
| 304 | str8chat.org |
| 305 | swiss-clock.org |
| 306 | zarzueladisi.org |
| 307 | bestwatchesreplica.org |
| 308 | cheapfakewatches.org |
| 309 | discountmontblancpen.top |
| 310 | discountreplicawatches.top |
| 311 | montblancpenseshop.top |
| 312 | montblancspens.top |
| 313 | trustedmontre.com |
| 314 | puretimeuk.com |
| 315 | orologiitalia.net |
| 316 | dacewatches.org |
| 317 | pretwatches.net |
| 318 | gumibijoux.com |
| 319 | mensdresswatches.us |
| 320 | lovereplicas.com |
| 321 | ulikeluxury.com |
| 322 | sustainableregionalaustralia.com |
| 323 | 4truss.com |
| 324 | cartierfake.com |
| 325 | fatedmusic.com |
| 326 | furnitureonchina.com |
| 327 | iwcllc.net |
| 328 | iwcreplicawatch.com |
| 329 | kuvarsit.watch |
| 330 | montblanc.co.com |
| 331 | montblancfountainpen.com |
| 332 | montblancoutlet.org |
| 333 | montblancpenoutlet.org |
| 334 | montblancpensales.com |
| 335 | nbalanceclassic.com |

| | |
|---|---|
| 336 | paysdumontblanc.com |
| 337 | vacheron-constantin-watches.com |
| 338 | 4replicawatch.net |
| 339 | aborsp.com |
| 340 | cheap-cartier.com |
| 341 | ersa2002.org |
| 342 | hfrixin.com |
| 343 | qualityreplica.co |
| 344 | toptrendywatches.com |
| 345 | vogues.co |
| 346 | ayereplica.com |
| 347 | fakewatcheshome.com |
| 348 | sacsgros.com |
| 349 | areplicasall.top |
| 350 | watchespark.top |
| 351 | obmreplicas.org |
| 352 | pensmontblanc.top |
| 353 | piagetwatches.top |
| 354 | rolexdatejust.top |
| 355 | vipmontblancpens.top |
| 356 | e4bags.net |
| 357 | sacadjani.com |
| 358 | seawatchessub.com |
| 359 | hqcartier.com |
| 360 | puretime86.com |
| 361 | mr10percent.com |
| 362 | replikas-uhren.de |
| 363 | watchesonsale.us |
| 364 | nflonlinetradeforsale.online |
| 365 | isd88voteyes.org |
| 366 | hugqueen.com |
| 367 | cheapmontblancforsale.com |
| 368 | cheapmontblanconsale.com |
| 369 | fakebest.com |
| 370 | handbagstyleinfo.com |
| 371 | montblancoutletcoupons.com |
| 372 | montblancoutletlocations.com |
| 373 | montblancoutletstore.com |
| 374 | montblancpenssale.com |
| 375 | sacdeluxefrance.com |
| 376 | sellingjewelryuk.com |
| 377 | vcalhambra.net |
| 378 | watchesbargain.com |
| 379 | watchesodd.com |
| 380 | yourswatches.org |
| 381 | holareloj.co |
| 382 | perfectcloneshop.com |

| 383 | zgklv.com |
|---|---|
| 384 | shoppingseasons.com |
| 385 | adci-architects.net |
| 386 | brightbangle.com |
| 387 | beauty-shows.com |
| 388 | 7xperfectbags.com |
| 389 | lamartellinamosaici.com |
| 390 | lorvenglobal.com |
| 391 | topcartiershop.com |
| 392 | watchesperfect.net |
| 393 | 2016jpcartiersale.com |
| 394 | cawatchshop.com |
| 395 | hotcartier.com |
| 396 | coloridocampeoneskobe.top |
| 397 | conceptionchampskobemeilleurevente.top |
| 398 | velgekobechampskulsalg.top |
| 399 | cartiershop.biz |
| 400 | cooolcopy.com |
| 401 | replikajam.net |
| 402 | discountmontblancpenuk.com |
| 403 | montblanc-pens.in.net |
| 404 | iwcportuguesereplicas.com |
| 405 | belastingservicethuis.nl |
| 406 | famhansum.nl |
| 407 | tdrnoord.nl |
| 408 | tessadee.nl |