IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHEMONT INTERNATIONAL SA, CARTIER INTERNATIONAL A.G., MONTBLANC-SIMPLO GMBH, CHLOE S.A.S., VAN CLEEF & ARPELS SA, OFFICINE PANERAI A.G., and LANCEL INTERNATIONAL SA,<br><br>        Plaintiffs,<br><br>    v.<br><br>LUO LIANG, et al.,<br><br>        Defendants. | Case No. 16-cv-01227<br><br>**Judge Manish S. Shah**<br><br>**Magistrate Judge Sheila Finnegan** |

**Declaration of Richard Graham – Exhibit 23 – Parts 1-10**

Dated this 27th day of January 2016.    Respectfully submitted,

/s/ Justin Gaudio
Kevin W. Guynn
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
kguynn@gbclaw.net
aziegler@gbclaw.net
jgaudio@gbclaw.net
jbloodgood@gbclaw.net

*Counsel for Plaintiffs*