























HOME   DAILY DEALS   NEW ARRIVAL   ROLEX   AP   BREITLING   CARTIER   HUBLOT   OMEGA   PANERAI   TAG HEUER

LADIES WATCHES   MORE

# CHECKOUT

**1** Checkout Method   **2** Billing Information   **3** Shipping Information   **4** Shipping Method   **5** Payment Information   **6** Order Review

| Product Name | Price | Quantity | Subtotal |
|---|---|---|---|
| Replica Cartier Santos 100 Men Watches Stainless Steel Case White Dial Swiss Movement SCS001 | $558.00 | 1 | $558.00 |
| | | Subtotal | $558.00 |
| | | Discount | -$83.70 |
| Shipping & Handling (Free Shipping - Free) | | | $0.00 |
| | | Grand Total | $474.30 |

Forgot an Item? Edit Your Cart

**Place Order**

### YOUR CHECKOUT PROGRESS

- Billing Address | Change
  Sonny Myers
  1800 W. Golf Road
  Schaumburg, Illinois, 60193
  United States
  T: 8472957466

- Shipping Address | Change
  Sonny Myers
  1800 W. Golf Road
  Schaumburg, Illinois, 60193
  United States
  T: 8472957466

- Shipping Method | Change
  Free Shipping - Free $0.00

- Payment Method | Change
  WesternUnion & Moneygram - 15% OFF(You can transfer money online)

**FREE SHIPPING WORLDWIDE**   **CONTACT US - GET DISCOUNT**

© 2014-2016 100iwcwww.net. All Rights Reserved - Best Genuine Swiss Maker Replica Watches.

Contact Us   |   About Us   |   Our Guarantee   |   Shipping & Delivery
Returns & Refunds   |   Payment Methods   |   Privacy Policy
Track Your Order   |   FAQs   |   Sitemap

zopim chat

**CONTACT US**

Type your message here





CONTACT US

*Type your message here*



Soldes - sac á main, portefeuille, porte-monnaie, petite maroquinerie

LANCEL �належ

Mon compte    Ma liste d'envies    Commander    Connexion

Rechercher...    🔍          PANIER 0article(s) - 0,00 €

ACCUEIL    COLLECTION LANCEL    PETITE MAROQUINERIE    LANCEL SOLDES    SAC LANCEL    1876 SAC LANCEL

LANCEL
1876 PARIS LANCEL
COLLECTION 2013
ACHETER !


LE BRIGITTE BARDOT


PREMIER FLIRT


FRENCH FLAIR

**LIVRAISON GRATUITE** SUR LES COMMANDES DE PLUS DE 99 €. CETTE OFFRE EST TOUJOURS VALABLE SUR NOTRE SITE.

**1876 SAC LANCEL**

**Lors de votre visite á la boutique LANCEL du Carrousel du Louvre, vous pourrez choisir sac á main, portefeuille, porte-monnaie, petite maroquinerie, bagage, etc. Vous vous laisserez séduire par les gammes Daligramme, Brigitte Bardot, Premier Flirt Classic, etc.**

Lancel est le nom d'une maison de maroquinerie française, fondée á Paris en 1876 par Angèle Lancel. C'est en 1929 que la première boutique ouvrit ses portes, dans le quartier le plus vivant de Paris. Réputée comme maison de luxe, Lancel veut élargir sa clientèle avec des produits abordables á tous. Le sac Lancel s'adapte á l'envie des femmes en restant un gage de cette longévité qui a fait la réputation de la marque. Depuis, la promotion des sacs se fait en associant des noms d'actrices telle que: Isabelle Adjani et Brigitte Bardot. La maison Lancel est aujourd'hui le symbole même d'un luxe naturel, espiègle et audacieux. Créatrice de sacs á main, de bagages et d'accessoires, la Maison Lancel propose une vision d'un luxe réjouissant mais inscrite dans la durée. Le 1er Flirt, l'Adjani, le Brigitte Bardot et récemment la collection Daligramme représentent á merveille la French Légéreté.

**NOS INFORMATIONS**
Plan du site
Termes de recherche
Recherche avancée
Contactez-nous
Blog
RSS

**NOS SERVICES**
Qui sommes nous ?
Expédition sous 48H
Livraison gratuite
Paiement et Sécurité
Contactez le service client
Retours et remboursements

**MON COMPTE**
S'inscrire
Mon panier
Ma liste d'envies
Suivre ma commande
Aide

**MOTS CLEFS**
**Adjani** Daligramme
**French Flair**
**Lancel BB**

Voir tous les mots clés

© 2016 www.1876SacLancel. Tous droits réservés.





















**LIVRAISON GRATUITE**

Chez 1876saclancel.com, la livraison est vraiment gratuite tout le temps, quel que soit le mode de livraison retenu (hors Chronopost et DOM TOM) et sans montant minimum de commande. De plus, vous choisissez votre mode de livraison : à domicile ou sur votre lieu de travail, c'est comme vous préférez !

**EXPEDITION EXPRESS**

Quand vous achetez quelque chose sur Internet, vous n'avez pas envie d'attendre longtemps pour être livré(e). C'est pourquoi chez 1876saclancel.com, lorsque vous commandez avant 14h, nous expédions votre colis dans la journée, du lundi au vendredi. Vous avez la garantie que les articles choisis sont en stock, prêts à vous être envoyés. Si vous passez votre commande le week-end, elle sera expédiée dès le lundi. Toute commande effectuée un jour férié sera préparée et expédiée le jour ouvré suivant.

**SATISFAIT OU REMBOURSE**

Outre la réglementation de la vente à distance, vous pouvez retourner n'importe quel article dans un délai de 7 jours suivant réception de votre commande pour un remboursement. Si vous souhaitez échanger des articles pour une taille ou une couleur différente ou un autre article, nous vous invitons alors à repasser commande.

Noter que les retours sont gratuits pour la France métropolitaine uniquement.

Pour les retours effectués en dehors de la réglementation de vente à distance, nous vous rembourserons la valeur monétaire des marchandises retournées, au prix auquel vous les aurez achetées.

Veuillez noter que les articles à prix discount ne peuvent être retournés, sauf s'ils sont restitués dans leur emballage d'origine ou sont défectueux.

Dans tous les cas, les articles doivent être retournés dans leur état d'origine, emballage compris. Par exemple, les chaussures doivent être retournées dans leur boîte d'origine. Toutes les marchandises seront inspectées au retour.

Vous êtes responsable des marchandises jusqu'à ce qu'elles atteignent notre entrepôt. Veuillez vous assurer de bien emballer les articles retournés pour éviter que ces derniers ainsi que les boîtes ne soient endommagés. Nous ne sommes pas responsables des articles qui nous sont renvoyés par erreur.

Nous acceptons aussi les commandes annulées, conformément à la réglementation de vente à distance.

---

**NOS INFORMATIONS**

Plan du site
Termes de recherche
Recherche avancée
Contactez-nous
Blog
RSS

**NOS SERVICES**

Qui sommes nous ?
Expédition sous 48H
Livraison gratuite
Paiement et Sécurité
Contactez le service client
Retours et remboursements

**MON COMPTE**

S'inscrire
Mon panier
Ma liste d'envies
Suivre ma commande
Aide

**MOTS CLEFS**

Adjani   Daligramme
French Flair
Lancel BB

Voir tous les mots clés

© 2016 www.1876SacLancel. Tous droits réservés.



Soldes - sac à main, portefeuille, porte-monnaie, petite maroquinerie

# LANCEL

Mon compte     Ma liste d'envies     Commander     Connexion

Rechercher...          🔍

PANIER 1 article(s) - 219,00 €     ∨

| ACCUEIL | COLLECTION LANCEL ▾ | PETITE MAROQUINERIE ▾ | LANCEL SOLDES | SAC LANCEL | 1876 SAC LANCEL |
|---------|---------------------|------------------------|---------------|------------|------------------|

Accueil  >  Contactez le service client

## CONTACTEZ LE SERVICE CLIENT

Respectés dans l'industrie de commerce électronique, 1876saclancel.com est une entreprise qui ne néglige aucunement la qualité du service. Parce que faire équipe avec vous, c'est être capable de répondre à toutes vos questions. 1876saclancel.com propose un Service Client 7 jours/7 dédié à vous. Notre équipe est là pour répondre à toutes vos questions et vous accompagner dans vos achats. Nous vous tenons au courant du traitement de vos commandes. Et nous sommes disposés à répondre à toutes vos questions.

Nous sommes à votre disposition pour toutes questions sur nos produits ou sur notre site. N'hésitez pas à nous contacter via notre formulaire de contact ou à l'adresse suivante: **lancel.1876.colorprofile@gmail.com**

Une équipe de professionnels est à votre disposition pour vous aider et vous conseiller dans votre choix.

### NOS INFORMATIONS
Plan du site
Termes de recherche
Recherche avancée
Contactez-nous
Blog
🔲 RSS

### NOS SERVICES
Qui sommes nous ?
Expédition sous 48H
Livraison gratuite
Paiement et Sécurité
Contactez le service client
Retours et remboursements

### MON COMPTE
S'inscrire
Mon panier
Ma liste d'envies
Suivre ma commande
Aide

### MOTS CLEFS
**Adjani**     Daligramme
**French Flair**
**Lancel BB**

Voir tous les mots clés

© 2016 www.1876SacLancel. Tous droits réservés.















































**Product Description** · Reviews · Product Tags

We offer Cartier Copy Watches with the best price. Cartier - The House of Cartier was founded in 1847 by Louis-Francois Cartier. Originally a jewelry boutique Cartier evolved into a successful watchmaking business and introduced the first deployment-folding clasp and the first truly water-resistant design. Cartier watches focus on savoir-faire while maintaining the ideal balance of art and precision. Top quality Asia Automatic Movement (21 Jewel) With Smooth Sweeping Seconds Hand Solid 316 Stainless Steel with High quality plated Rose Gold Case High quality genuine Leather Strap Mineral crystal scratch durable glass face Water-Resistant Man Size: 42mm

**UPSELL PRODUCTS**

REPLICA PANERAI LUMINOR WATCHES WORKING POWER RESERVE AUTOMATIC — $331.99 $173.99

REPLICA IWC PORTUGIESER WATCHES REPETITION MANUAL WINDING WITH WHITE DIAL — $331.99 $143.99

FAKE CARTIER WATCHES BALLON BLEU DE WATCH SKELETON AUTOMATIC — $328.99 $140.99

You have no items to compare.

**BESTSELLER PRODUCTS**

REPLICA ROLEX SUBMARINER WATCHES TIFFANY & CO AUTOMATIC BLACK DIAL AND BEZEL VINTAGE EDITION $314.89 $99.99

ROLEX FAKE SUBMARINER WATCHES TIFFANY & CO VINTAGE EDITION-GREEN NYLON STRAP $389.99 $99.99

ADDITIONAL COSTS $10.00

ROLEX FAKE SUBMARINER WATCHES REF.5513 SWISS ETA 2836



Checkout — www.2016watches.com/checkout/onepage/

Home · My Account

**Watches**

All Categories — SEARCH — Online Order !

CATEGORIES · NEW COLLECTION · TOP RATED WATCHES · CONTACT US · BLOG

**CHECKOUT**

1 CHECKOUT METHOD

2 BILLING INFORMATION

First Name * — Donald

Middle Name/Initial

Last Name * — Kensington

Company

Email Address * — hotroddonnieking@gmail.com

Address * — 1126 Reeder Circle NE

City * — State/Province *

**YOUR CHECKOUT PROGRESS**

› Billing Address
› Shipping Address
› Shipping Method
› Payment Method





























PANERAI >

IWC >

TISSOT >

Best Sellers of Watches



Omega Seamaster Watch
Aqua Terra Swiss ETA 2836
Movement Black Dial

**$241.42**
Add to Cart

Omega Seamaster Watch
Chronograph Automatic
Black Dial

**$241.42**
Add to Cart

Omega Seamaster Watch
Chronograph Automatic
White Dial-Olympic Edition

**$241.42**
Add to Cart

Omega Seamaster Watch
Aqua Terra Big Size
Automatic Full PVD with
Black Dial

Submit





Omega Seamaster Watch
Aqua Terra Big Size
Automatic Full PVD with
Black Dial













































































Copyright © 2016 http://www.4replicawatch.net/ All Rights Reserved.









Tissot PRS516
T044.417.27.031.00 Men
series quartz watch (Tissot)
[314f]
$612.00 $189.00
Save: 69% off

\n

| Home | Shipping | Wholesale | Order Tracking | Coupons | Payment Methods | Contact Us |























## Shipping & Returns

Shipping Method and Cost

We usually use the shipping methods by EMS, DHL, the tracking numbers are available after we ship.

**Shipping Time**

Orders received on Saturdays, Sundays and public holidays, as well as orders received after 1pm on weekdays, will be processed the next working day. We will do our every effort to make sure you receive the parcel in time, but we are not responsible for shipping delays, which can be affected by the shipping carrier, delivery destination, weather, holidays or incorrect/insufficient delivery information.
(1) Packaging Time (one or two business day)
After your payment goes through, usually your order will be sent to the shipping company on the day of packing or no later than the next day.
When your original order is out of stock, we will contact you promptly to let you know, if you agree to make an exchange, the order will be sent to the shipping company on the day of packing or no later than the next day.
(2) Estimated Delivery Timefvb
EMS: 5 to 10 shipping days.
DHL: 3 to 7 shipping days.
Post Air Mail: 15 to 20 shipping days.

NOTES:

1. Usually we will process your order once you finish your payment. But sometimes, we have to verify your order before we process it by sending you an email . Your cooperation will be much appreciated.

2. Please provide us a detailed and correct delivery address so that we can deliver your order successfully. Currently, P.O. Box address will not be accepted. The customer will bear full responsibility of the lost if the parcel was lost on the way because of a wrong delivery address.

3. We're sorry, but we can't change the delivery address of your parcel once your order has been shipped out. If you aren't available when your parcel is delivered, the mail carrier will leave a calling card with instructions on how to pick it up.

4.When placing an order, your billing address must correspond to the address of your credit card otherwise we will not be able to process your order.

**Shipping Address**

We apologize for the inconvenience, but we cannot ship to P.O. boxes. All parcels will be held for picking up if cannot be signed or delivered. So please provide us with the most up-to-date, accurate and detailed shipping information with your phone number for the shipping. If an item is returned because it was not deliverable due to an incorrect address, customer will have to be responsible for both the shipping and return charges.

**Tracking**

The shipping of your parcel is traceable online. After your order is shipped out, a confirmation email with the online tracking number and link will be sent to you.

EMS: http://www.ems.com.cn/mailtracking/e_you_jian_cha_xun.html

DHL:http://www.dhl.com/en/express/tracking.html

Post Air Mail:http://www.17track.net/IndexEn.html

**Returns**

1. Item must be returned in original condition and packaging.

2. The reason for returns caused by yourself (eg, size, color you choose), cannot be accepted.

3. Shipping fees for return is paid by customer.

If have any questions about the shipping of your order, please feel free to contact with us.



Tudor Glamour Series 56003-68063-10DI men's automatic mechanical watches (Tudor) hollow pointer [462b]

$8,181.00 **$212.00**

**Save: 97% off**

























### Products Description

Cartier Ladies Rotonde de Cartier Diamonds Fashion Watches ,1:1 Mirror Replica Cartier Watches in China
Swiss Quartz Movement
316L Stainless steel case and Bracelet
Sapphire Crystal glass
Water resistant
This Replica Cartier Ladies Rotonde de Cartier Diamonds Fashion Watches you will receive is the same as you see on our website; all markings are the same as original.
We wholesale and retail top-grade replica watches from China.
Any questions, please kindly contact us by email: perfecthandbags7@hotmail.com

### Product Reviews

Choose a ranking for this item. 1 star is the worst and 5 stars is the best.

Please tell us what you think and share your opinions with others. Be sure to focus your comments on the product.

Your Name:

**NOTE:** HTML tags are not allowed.
**NOTE:** Reviews require prior approval before they will be displayed

### Customers who bought this product also purchased...

| Piaget Altiplano Swiss Quartz Movt Fashion Watches | Ulysse Nardin Ladies Jade 3100-125BC-991 Swiss | Ulysse Nardin Ladies Jade 3100-125BC-991 Swiss | Vacheron Constantin Ladies Egerie Japanese Quartz |
| --- | --- | --- | --- |
| $158.00 | $158.00 | $158.00 | $168.00 |



Anyone register on our website will get a USD20 Register Coupon, you can redeem it on the Redemption Code in the Discount Coupon Frame Before pay by Credit Card online, or Deduct from Western Union, Moneygram or Bank Transfer Payments when paying, the order amount should be more than USD150.





Anyone register on our website will get a USD20 Register Coupon, you can redem it on the Redemption Code in the Discount Coupon Frame Before pay by Credit Card online, or Deduct from Western Union, Moneygram or Bank Transfer Payments when paying, the order amount should be more than USD150.













Anyone register on our website will get a USD20 Register Coupon, you can redeem it on the Redemption Code in the Discount Coupon Frame Before pay by Credit Card online, or Deduct from Western Union, Moneygram or Bank Transfer Payments when paying, the order amount should be more than USD150.

Currencies: US Dollar

**Perfect** *bags*  WESTERN UNION | BANK *10% off*  1:1 Mirror Replicas  Enter search keywords here  SEARCH

Checkout | Order History | Contact Us | Log Out  🛒 1 item(s)

🏠 | Home | New Products | Featured Products | Specials | About Us | Contact Us | My Account

Home / About Us / About Us

**Categories**

3.1 Phillip Lim
Alexander McQueen
Alexander Wang
Anya Hindmarch
Balenciaga
BG
BU
BV
Celine
CH
Chloe
Christian Dior
D&G
Delvaux
Dolce & Gabbana
Fendi
Giuseppe Zanotti
Givenchy
GU
GY
Hermes
Jimmy Choo
Les Petits Joueurs
Loewe
Louis Vuitton
Mark Cross
Miu Miu
Moynat
Mulberry
Olympia Le Tan
Paula Cademartori
Perrin
Prada
Proenza Schouler

**About Us**

Our store is a web site dedicated to all on-line top-grade 1:1 mirror replica bags. Our website is endeavors to ensure that you are completely satisfied each and every time you do business with us, no matter you are a first time customer or one of our many regular customers! Your business is highly appreciated. Our store provides you with fast delivery and relative lower price, 24 hours reply and 7-10 days fastest delivery time and payment security guaranteed.We are waiting to do our best service for you here, we are your best choice! Come On!

Our store is absorbed in improving services for customers. We believe that trust is the fabric to our success and the loyalty to our customers. Once you come to our website,you will come to it again again. Our mission is to provide newest style cheap coach bags for you with fastest and friendly delivery in a safe and enjoyable environment.

Our store is currently deadly welcomed by a large number of new customers and customers who have ever done the trade with , for it's quite strict with customer service and delivery, it'll be getting better in the future.

1.The products on our web store have top quality guarantee，brand new, at the most favorable price.
2.We have an excellent customer service team to assist you to finish the order.
3.We have a perfect Logistics system, which guarantees all the orders can be delivered to you in good shape as fast as possible.

We are waiting to do our best service for you here, we are your best choice! Come On!

Any questions, please contact us by email perfecthandbags@hotmail.com
Please follow our Wechat to know the new arrival status, Wechat ID: heaton907
Whatsapp: +86 13539774097



Ralph Lauren
Saint Laurent YSL
Salvatore Ferragamo
Sophie Hulme
Stella McCartney
Tom Ford
VA
Versace
Sunglasses
Wallet
Belts
Scarves
Jewelry
Fashion Watches

**Recent Orders**

Fendi 3Jours Crocodile Trapeze Tote Bag White
ship to:United States,Georgia

Saint Laurent Monogram Matelasse Large Chain Shoulder Bag
ship to:United States,Florida

Dolce & Gabbana Sicily Medium Italian Tile Textured Leather Top-
ship to:United States,Florida

Hermes Men Briefcase 8001



Anyone register on our website will get a USD20 Register Coupon, you can redem it on the Redemption Code in the Discount Coupon Frame Before pay by Credit Card online, or Deduct from Western Union, Moneygram or Bank Transfer Payments when paying, the order amount should be more than USD150.

Currencies: US Dollar

**Perfect bags**  WESTERN UNION BANK **10% off**  1:1 Mirror Replicas  Enter search keywords here  SEARCH

Home | New Products | Featured Products | Specials | About Us | Contact Us | My Account
Checkout  Order History  Contact Us  Log Out  🛒 **1 item(s)**

Home / Shipping & Payment / Shipping & Payment

**Categories**

3.1 Phillip Lim
Alexander McQueen
Alexander Wang
Anya Hindmarch
Balenciaga
BG
BU
BV
Celine
CH
Chloe
Christian Dior
D&G
Delvaux
Dolce & Gabbana
Fendi
Giuseppe Zanotti
Givenchy
GU
GY
Hermes
Jimmy Choo
Les Petits Joueurs
Loewe
Louis Vuitton

**Shipping & Payment**

Payment :

1.We accept Western union,Moneygram,Bank Transfer, and Vsia and Master card.
2. Western union, Moneygram, and Wire payment methods accept a discount,more details please contact us.
   (1). If you order 1-3 pcs in one order, you get 10% off.
   (2). If you order 4-10 pcs in one order, you get 15% off.
   (3). If you order more than 10 pcs, you get wholesale price.
**PS: Discount doesn't including special products!!!**

Shipping:

Orders may take from 24 to 48 hours to process. Once your order is processed you will receive email notification with shipment tracking number. All delivery standards begin when you receive this email. If order is placed after 3:00 PM CST on Friday or on the weekend, the earliest it will ship is Monday.

1. We Ship to worldwide area by EMS and DHL, free shipping items just can be sent by China post or Hongkong post, and the weight should be less than 2kg.
2. We will provide you with tracking number via e-mail once your merchandises have been shipped out.
3. Estimated Time of Arrival
   By EMS about 5 to 10 days.
   By DHL about 3 t6 days.

"Standard" Delivery

Unless an expedited service is requested, your order should arrive to you soon from time you receive email shipping confirmation.
Delivery to Post Office Boxes Orders will not be shipped to a Post Office Box. All orders will have to have a valid non-PO box US address.



Mark Cross
Miu Miu
Moynat
Mulberry
Olympia Le Tan
Paula Cademartori
Perrin
Prada
Proenza Schouler
Ralph Lauren
Saint Laurent YSL
Salvatore Ferragamo
Sophie Hulme
Stella McCartney
Tom Ford
VA
Versace
Sunglasses
Wallet
Belts
Scarves
Jewelry
Fashion Watches

**Recent Orders**

Saint Laurent Monogram
Matelasse Large Chain Shoulder
Bag
ship to:United States,Florida

Dolce & Gabbana Sicily Medium
Italian Tile Textured Leather Top-
ship to:United States,Florida

Hermes Men Briefcase 8001
Black Togo Leather
ship to:United States,New York

GU Reversible GG Blooms
Leather Tote
ship to:United States,Florida



Anyone register on our website will get a USD20 Register Coupon, you can redeem it on the Redemption Code in the Discount Coupon Frame Before pay by Credit Card online, or Deduct from Western Union, Moneygram or Bank Transfer Payments when paying, the order amount should be more than USD150.

Currencies: US Dollar ▼

**Perfect** bags    WESTERN UNION | BANK *10% off*    1:1 Mirror Replicas    Enter search keywords here    SEARCH

Checkout    Order History    Contact Us    Log Out    🛒 1 item(s)

🏠 Home    New Products    Featured Products    Specials    About Us    Contact Us    My Account

Home / FAQs / FAQs

**Categories**

3.1 Phillip Lim
Alexander McQueen
Alexander Wang
Anya Hindmarch
Balenciaga
BG
BU
BV
Celine
CH
Chloe
Christian Dior
D&G
Delvaux
Dolce & Gabbana
Fendi
Giuseppe Zanotti

**FAQs**

Q1.Are your items Authentic?
   No! Our items are replicas.We sell top-grade 1:1 mirror replica bags .No authentic.

Q2:Do I need to pay the sales tax?
   No, there is no sales tax on our site.

Q3.What can I do, if I cannot place an order successfully online?
   If you encounter this problem, please try the following steps: First, please clear the cookies, restart the browser, turn off Firewall and then try again. Second, if the problem persists, please change another computer or another internet browser, such as Firefox, and then try. Or you can try to login after several hours. Last, if the above steps don't work, you can contact us by email **perfecthandbags7@hotmail.com** .

Q4.What are your methods of payment?
   We accept Western union,Moneygram,Visacard,and Bank Transfer.
   You will be asked to leave your card details as part of the ordering process if you are paying for your order  using credit card,and you will find further instructions when you process your first order.
   If you'd like to use  Western Union and Money Gram .It can enjoy the discount . Please contact our customer service representatives on the contact us  page directly , they would inform you the details .We will reply to you within 24 hours.

Q5.Can I get some discount off? How much? How?
   Western union ,Moneygram and Wire payment methods accept a discount:
   1. If you order 1-3 pcs in one order, you get 10% off.
   2. If you order 4-10 pcs in one order, you get 15% off.

Giuseppe Zanotti
Givenchy
GU
GY
Hermes
Jimmy Choo
Les Petits Joueurs
Loewe
Louis Vuitton
Mark Cross
Miu Miu
Moynat
Mulberry
Olympia Le Tan
Paula Cademartori
Perrin
Prada
Proenza Schouler
Ralph Lauren
Saint Laurent YSL
Salvatore Ferragamo
Sophie Hulme
Stella McCartney
Tom Ford
VA
Versace
Sunglasses
Wallet
Belts
Scarves
Jewelry
Fashion Watches

**⊕  Recent Orders**

Fendi 3Jours Crocodile Trapeze
Tote Bag White
ship to:United States,Georgia

Saint Laurent Monogram
Matelasse Large Chain Shoulder
Bag
ship to:United States,Florida

Dolce & Gabbana Sicily Medium
Italian Tile Textured Leather Top-
ship to:United States,Florida

Hermes Men Briefcase 8001
Black Togo Leather
ship to:United States,New York

---

3. If you order more then 10 pcs, you get wholesale price ,but only western union and please contact with the customer service.
Note: Only one option of the four is available.
**PS: Discount doesn't including special products!!!**

Q6.Is my payment on your site secure?
    we realize how important it is to securely store any of your personal information. Our website maintains the highest levels of security by using high-level SSL encryption technology, the most advanced security software currently available for online transactions.We do not rent, sell, or share personal information about you with any third party or nonaffiliated companies except to provide the Services you've requested.

Q7.What should I do if I am getting an error when I pay with my credit card?
    If you are trying to checkout using credit card as your payment method but receiving an error, please go back and place an order again, your previous orders placed without payment should be cancelled within 24 hours. Please check with your credit card company to verify that your card is in good standing, if your three orders or more did not go through, please contact us for assistance.

Q8.What would happen if my order did not go through but my credit card charged?
    If you did not receive an order confirmation number within 24-48 hours, your order was not completed.
    You can contact with us for more details.
    All successful orders that receive an order confirmation number will be charged when the item is shipped from our warehouse.

Q9.Why do you charge my card more than your product price?
    We only receive the product price. Credit card payment will be over charged 3%-5% for the International Monetary Conversion Fees by the third party.Hope you can understand.

Q10.Where do you ship and what are your shipping rates?
    1. We Ship to worldwide area by EMS/DHL, free shipping items just can be shipped by China post or Hongkong post, and the weight should less than 2kg.
    2. We will provide you with tracking number via e-mail once your merchandises have been shipped out.

Q11.My credit card was declined, now what?
    There are various reasons for a declined credit card transaction.
    The most common reason being that the address you entered is not the same address on your credit card statement. If so, please try again with the right billing address.
While at the mean time, a simple typing mistake could also cause the transaction to be declined, including entering the wrong credit card number, wrong expiry date or CVN code (the security number on the back of your credit card).
If your credit card is still not being accepted here are some suggestions:
- Wait 1 day and try again
- Make sure your credit card is not over its limit
- Make sure your credit card has not expired
- Make sure you have correctly typed the name on the front of the credit card
- Try a different credit card

Q12: Are there any benefits to having an account with you?
    With an account on our website,you will have access to the following information:
    Your Account Information;
    Your order status;
    Your Email Subscriptions;
    Your Coupons and Gift Certificates.

Q13: What if I can't remember my password?
    If you've forgotten your password,click the ' Forgot your password?' on the LOG IN page and follow the  instructions on the next page to change your password.

**Questions about Order Processing:**

Q1.When do you send my purchased items?
    When We received your payment, we will deal with your order with 24 hours.If everything goes well, we will ship it out within 1-2



Salvatore Ferragamo

Sophie Hulme

Stella McCartney

Tom Ford

VA

Versace

Sunglasses

Wallet

Belts

Scarves

Jewelry

Fashion Watches

**Recent Orders**

Bag
ship to United States,Florida

Dolce & Gabbana Sicily Medium
Italian Tile Textured Leather Top-
ship to United States,Florida

Hermes Men Briefcase 8001
Black Togo Leather
ship to United States,New York

GU Reversible GG Blooms
Leather Tote
ship to United States,Florida

CH Vintage Web Original GG
Canvas Boston Bag 247205
ship to United States,Florida

**Specials [more]**

Delvaux Brilliant Grained Leather
Simplissime Travel Wallet 9599 Nude
$248.00 $128.00

Delvaux Box-calf Leather Le Pin
Shoulder Bags 9816 Camel
$548.00 $348.00

Q11.My credit card was declined, now what?
    There are various reasons for a declined credit card transaction.
    The most common reason being that the address you entered is not the same address on your credit card statement. If so, please try again with the right billing address.
While at the mean time, A simple typing mistake could also cause the transaction to be declined, including entering the wrong credit card number, wrong expiry date or CVN code (the security number on the back of your credit card).
If your credit card is still not being accepted here are some suggestions:
- Wait 1 day and try again
- Make sure your credit card is not over its limit
- Make sure your credit card has not expired
- Make sure you have correctly typed the name on the front of the credit card
- Try a different credit card

Q12: Are there any benefits to having an account with you?
    With an account on our website,you will have access to the following information:
    Your Account Information;
    Your order status;
    Your Email Subscriptions;
    Your Coupons and Gift Certificates.

Q13: What if I can't remember my password?
    If you've forgotten your password,click the ' Forgot your password?' on the LOG IN page and follow the  instructions on the next page to change your password.

**Questions about Order Processing:**

Q1.When do you send my purchased items?
    When We received your payment, we will deal with your order with 24 hours.If everything goes well, we will ship it out within 1-2 days.

Q2.How long will it take for my items to arrive?
    By EMS about 5 to 10 days

    By DHL about 3 to 6 days.

Q3.: Are all your items in stock?
    Generally speaking, all of our items listed on the website are available. But occasionally some items may be out of order due to strong demand. If you pickup an item and pay for it, but for any reason it is not available, we will contact you as quickly as possible, and either suggest you to choose the other similar item or process a promptly refund to your account.

Q4.How do I can change my order or cancel my order?
    Please be advised that once an order has been placed and processed, it is difficult to make modification and cancelation. If you want to change your order, please click the button contact us to tell us within 24 hours. We shall do our best to accommodate your situation. But once your order has been shipped, the order cannot be changed or cancelled.

Q5.How can I track my order?
    when we get the tracking number from the express company, we will send the tracking information with track link  to your email .
    Check your order status follows the ways:
    (1).Via e-mail.You are required to enter an e-mail address during Checkout;you will receive emails at your  address keeping you up-to-date about the status of your order.
    (2).By My Account.You can check your order status on My Account page at our website after you place the order  successfully.
    (3).Contact us.If you still have questions about your order,click the contact us button and leave a message,  we'll reply to you within 24 hours.

Q6.What should I do if my order never arrived?
    Be sure that all of your orders have shipped already. If your order displays your package on the tracking website has been sent, and you don't receive it in 2 weeks; please contact customer service for assistance.

Questions about After-Sales:

Q1.How do I contact online service after payment was made?
    Click "Contact Us" and leave message to us . All inquiries are answered within 24 Hours. If you have not heard from us, please check your Spam Mail.

Q2.How do I can return the items to your company?
    There are no returns/exchanges allowed unless wrong shoe or wrong size bags was received. Ex: Ordered size 11, received size 9 (based on tags). If you received wrong items, or you find any quality problem, you may return your items within 14 days since the Receipt date. Well the items need to be under intact. Please make sure to send back all accessories (including the box), otherwise the exchange will be ignored.
    (1).send reason about why you want to do return
    (2).send photos about the items which you received were wrong or damaged
    by email to our customer service for assistance .

Q3.How long does it take to receive a refund ?
    Total time is composed of two parts. The first part is the processing time. This is the time from when your request of exchange or refund, plus our processing procedure. The second part is the actual shipping time. This is the time that it takes for the package to be exchanged and redelivered to you.Please note it may take up to 10-40 days to appear on your credit card depending on your billing cycle.

Q4.Will I have to pay any additional fee for the exchange or refund?
    It depends. If for any reason you are not satisfied with the item, the fault are not caused by us, you should pay for the shipping fee and the reshipping fee for item exchange. If you request for a refund, the initial shipping is not refundable. But if factual proof that fault were caused by us, we would take a full responsibility and would not charge any additional .

NOTE:please check your email in time in 48 hours after you place a successful order ,if there is any question we will send you email,if you feel unsatisfied when you receive your package ，please contact with us, we will deal with it.



Copyright © 2016 7sperfectbags.com All Rights Reserved.









**Reviews -** more

Everything was good!! Thx!! ...
⭐⭐⭐⭐⭐
Collins Jones    Jul 12th 2015

















**What's Hot**

Make Up The Difference
$1.00

Cartier Love Bracelet
Yellow Gold
$92.00
Sale: $86.48
Save: 6% off

Cartier Love Bracelet
Yellow Gold
$92.00
Sale: $86.48
Save: 6% off

Cartier Love Bracelet
White Gold
$92.00
Sale: $86.48
Save: 6% off

Cartier Love Bracelet
Pink Gold
$92.00
Sale: $86.48
Save: 6% off

Cartier Love Bracelet
Pink Gold 4
$92.00
Sale: $86.48
Save: 6% off

Cartier Love Bracelet
White Gold 4
$92.00
Sale: $86.48
Save: 6% off

Cartier Love Ring
Yellow Gold
$65.00 $9.00
Sale: $61.10
Save: 6% off

**Reviews - more**

It is a ring and necklace all in
one. Beautiful design! ...

Lauren Folger    Jan 21st 2015

















Save: 6% off

**Reviews -** more

hi leah,today I received the
parcel, I'm now totally satisfied
with your packing ...
⭐⭐⭐⭐⭐

John Enriquez    Sep 29th 2014





Save: 6% off

**Reviews -** more

This is my first jewelry of the new
year. I want to say, my choice is
correct. I ..

Tanya Bunton          Jan 4th 2015




























Replica Omega
123.10.38.21.01.001 Men -
Constellation series of
mechanical watches
$4,872.00 $191.00
Save: 96% off

Replica Breguet-Classique Series
7137BA/11/9V6 18K gold watch
$29,745.00 $210.00
Save: 99% off

Replica Nations - Portugal Series
IW500114 men's mechanical watch
$9,800.00 $225.00
Save: 98% off

Replica The Longines-Ka Lan
L4.209.2.32.8 Ladies quartz w..
$974.00 $193.00
Save: 80% off





| L4.241.0.11.6 Ladies quartz watch | Panerai-Luminor PAM00311 | Men's mechanical watch |
|---|---|---|
| $2,880.00 $195.00 | $12,342.00 $216.00 | $5,635.00 $198.00 |
| Save: 93% off | Save: 98% off | Save: 96% off |

- Crown & Caliber Launches Industry's First App for Selling Luxury Watches
- Swiss Omega watches, replica Omega watches for online sale
- Replica Watches: Fake Swiss Watches, Rolex Replica, Breitling Replica
- Best Jewelry and Rolex Replica | Best Jewelry and Rolex Replica USA, Fake Rolex Watches
- Revival time? China hungry for luxury Swiss watches

- Let good sense prevail on the road
- High Quality Replica Watches ,Rolex Watches ,Rolex Replicas on sale
- Fake Rolex Watch For Sale, Swiss Rolex Replicas Watches Online Review
- Here Are The Watches Wall Street's Biggest Players Wear
- Android Wear roundup: Galaxy Gear Live vs. Moto 360 vs. LG G | IT Business
- More News

Home    Shipping    Wholesale    Order Tracking    Coupons    Payment Methods    Contact Us

REPLICA OMEGA    REPLICA PATEK PHILIPPE    REPLICA ROLEX    REPLICA IWC    REPLICA CARTIER    TOP BRAND WATCHES

Copyright © 2012 All Rights Reserved.

















**Continue to Step 2**
– choose your payment method.

continue to checkout

- Crown & Caliber Launches Industry's First App for Selling Luxury Watches
- Swiss Omega watches, replica Omega watches for online sale
- Replica Watches: Fake Swiss Watches, Rolex Replica, Breitling Replica
- Best Jewelry and Rolex Replica | Best Jewelry and Rolex Replica USA, Fake Rolex Watches
- Revival time? China hungry for luxury Swiss watches

- Let good sense prevail on the road
- High Quality Replica Watches ,Rolex Watches ,Rolex Replicas on sale
- Fake Rolex Watch For Sale, Swiss Rolex Replicas Watches Online Review
- Here Are The Watches Wall Street's Biggest Players Wear
- Android Wear roundup: Galaxy Gear Live vs. Moto 360 vs. LG G | IT Business
- More News

| Home | Shipping | Wholesale | Order Tracking | Coupons | Payment Methods | Contact Us |

REPLICA OMEGA    REPLICA PATEK PHILIPPE    REPLICA ROLEX    REPLICA IWC    REPLICA CARTIER    TOP BRAND WATCHES

Copyright © 2012 All Rights Reserved.











Actuana.com has always prided itself in selling high quality **van cleef & arpels jewelry**, **replica cartier jewelry**, **replica bvlgari jewelry**, and **replica hermes Jewelry** at affordable prices. Sterling silver alone has value, but the design and craftsmanship of an individual piece of fake van cleef & arpels jewelry affects the price accordingly. Our experienced merchandisers hand selects each piece of fake van cleef & arpels Jewelry with a high standard of quality and design that keeps our replica cartier jewelry at the prices our customers enjoy. Our goal is to simply provide stunning fake van cleef & arpels jewelry that will make you look and feel like a million bucks when it only costs a buck.

The fake van cleef & arpels jewelry at Actuana.com is always made from 92.5% pure silver. Known to be extremely soft and malleable, pure **cartier love Jewelry** is combined with other metals, such as copper, to make the Wholesale van cleef & arpels Jewelry stronger and more durable. Quality can be assured for our **replica van cleef & arpels Jewelry** with a .925 stamp. Though some of our pieces are too small for the mark to be placed, rest assure that we inspect each piece to ensure that they're truly .925 sterling silver. You will be very impressed with the quality of sterling silver replica tiffany rings, **Cartier Love**



Actuana.com has always prided itself in selling high quality **van cleef & arpels jewelry**, **replica cartier jewelry**, **replica bvlgari jewelry**, and **replica hermes Jewelry** at affordable prices. Sterling silver alone has value, but the design and craftsmanship of an individual piece of fake van cleef & arpels jewelry affects the price accordingly. Our experienced merchandisers hand selects each piece of fake van cleef & arpels Jewelry with a high standard of quality and design that keeps our replica cartier jewelry at the prices our customers enjoy. Our goal is to simply provide stunning fake van cleef & arpels jewelry that will make you look and feel like a million bucks when it only costs a buck.

The fake van cleef & arpels jewelry at Actuana.com is always made from 92.5% pure silver. Known to be extremely soft and malleable, pure **cartier love Jewelry** is combined with other metals, such as copper, to make the Wholesale van cleef & arpels jewelry stronger and more durable. Quality can be assured for our **replica van cleef & arpels Jewelry** with a .925 stamp. Though some of our pieces are too small for the mark to be placed, rest assure that we inspect each piece to ensure that they're truly .925 sterling silver. You will be very impressed with the quality of sterling silver replica tiffany rings, **Cartier Love Bracelets**, **Bvlgari B.zero1 Rings** and other replica bvlgari jewelry found at Actuana.com.

FOLLOW US:  ⨍  ⌄  ⥍                    ☁ ≋⅏ Orders Ship Within 48 Hours                    🐻 30 Days Returns / Exchanges









A child of 1970s New York, the LOVE collection remains today an iconic symbol of love that transgresses convention. The screw motifs, ideal oval shape and undeniable elegance establish the piece as a timeless tribute to passionate romance. Studded with diamonds, yellow gold or rose gold: how far would you go for love?

**RELATED PRODUCT(S)**                                     Check items to add to the cart or **select all**

VAN CLEEF & ARPELS VINTAGE ALHAMBRA BANLGE IN 18KT YELLOW GOLD WITH MOTHER OF PEARL

CARTIER WEDDING BAND RING IN 18K PINK GOLD WITH MOTHER-OF-PEARL&DIAMONDS

FH003 W
VAN CLEEF & ARPELS PERLEE SIGNATURE BRACELET,WHITE GOLD,MEDIUM MODEL

CARTIER FIGURE "3" LUCKILY RING, PINK GOLD WITH BAGUETTE-CUT DIAMONDS PAVED

**YOU MAY ALSO BE INTERESTED IN THE FOLLOWING PRODUCT(S)**





FH001 R
VAN CLEEF & ARPELS OPEN CUFF BRACELET,PINK GOLD
**$127.50**

BVLGARI RING IN 18KT WHITE GOLD WITH BLACK ONYX & PAVE DIAMONDS

FE012 R 0606
VAN CLEEF & ARPELS PINK GOLD MAGIC ALHAMBRA 3 MALACHITE MOTIFS EARCLIPS

FE002 R
VAN CLEEF ARPELS PINK GOLD OISEAUX DE PARADIS VOLUTES DIAMOND EARSTUDS











FOLLOW US:

Orders Ship Within 48 Hours

30 Days Returns / Exchanges

**OUR OFFERS**
- Cartier Jewelry
- Bvlgari Jewelry
- Hermes Jewelry
- Van Cleef & Arpels

**HOT SALE**
- Love Bracelets
- B.zero1 Rings
- Love Rings
- Clic-Clac Bracelet

**OUR ACCOUNT**
- About Us
- Payment Info
- Shipping Info
- Returns & Exchanges
- Privacy Policy
- Ring Sizer

**OUR SUPPORT**
- Frequently Asked Questions
- Safe Shopping Guarantee
- Silver Jewelry Care
- 100% Guarantee
- Jewelry Blog
- Why Buy From Us?

**SIGN UP FOR OUR NEWSLETTER**

Enter your email address    SUBMIT

**CARTIER LOVE JEWLERY NEWS**

Van Cleef & Arpels Yellow Gold Magic Alhambra Earclips

Silver Jewelry once and again

BVLGARI JEWELRY CEO: THE MOST BRILLIANT STAR OF PART ONE

Site Map | Search Terms | Advanced Search | Orders and Returns | Contact Us |
RSS
Copyright © 2015 Replica Cartier Jewelry & Van Cleef and Arpels Jewelry. All Rights Reserved.



love bracelet replica    cheap
cartier love bracelet     fake
cartier love bracelet     pink
gold cartier love bracelet

View All Tags



HOW FAR WHOLD
YOU GO FOR LOVE

**Shop Now**

**JEWELRY NEWS**

Van Cleef & Arpels Yellow
Gold Magic Alhambra
Earclips

Silver Jewelry once and
again

BVLGARI JEWELRY CEO:
THE MOST BRILLIANT
STAR OF PART ONE

Original Cartier Jewelry
Certificate

Cartier love bracelet
REF: B6035616

Finding Cheap Silver
Jewelry on Actuana.com

Cartier Jewelry Make
Women Beautiful

SUPER STAR LOVE
TIFFANY JEWELRY

Silver Jewelry 1837 Ring
Set Outlet

Cartier love bracelet,best
present

**ACTUANA INFO.**

Web: www.actuana.com
Mail: sales@actuana.com

Our goal is to offer the
best quality Van Cleef &
Arpels Jewelry, Replica
Bvlgari Jewelry and
Replica Cartier Jewelry at
best possible price with
our excellent customer
service. We are looking
forward to establishing
the long-term and
reliable business
relationships with
serious buyers on the
basis of mutual benefits.

For the best in Van Cleef & Arpels Jewelry, look no further than Actuana.com. Proud to provide high quality replica bvlgari Jewelry, replica hermes Jewelry and replica cartier Jewelry since 2008, customers will find the latest trends in replica Jewelry including van cleef and arpels Jewelry and replica cartier Jewelry options. With low prices, fast shipping and amazing customer service, you will experience the best there is in online Jewelry shopping.

Contact Information

**Name***

**Email***

Telephone

**Comment***

* Required Fields

SUBMIT

FOLLOW US:   f   🐦   🔊          ✉ Orders Ship Within 48 Hours          🔄 30 Days Returns / Exchanges

**OUR OFFERS**
- Cartier Jewelry
- Bvlgari Jewelry
- Hermes Jewelry
- Van Cleef & Arpels

**HOT SALE**
- Love Bracelets
- B.zero1 Rings
- Love Rings
- Clic-Clac Bracelet

**OUR ACCOUNT**
- About Us
- Payment Info
- Shipping Info
- Returns & Exchanges
- Privacy Policy
- Ring Sizer

**OUR SUPPORT**
- Frequently Asked Questions
- Safe Shopping Guarantee
- Silver Jewelry Care
- 100% Guarantee
- Jewelry Blog
- Why Buy From Us?

**SIGN UP FOR OUR NEWSLETTER**

Enter your email address          SUBMIT

**CARTIER LOVE JEWLERY NEWS**

Van Cleef & Arpels Yellow Gold Magic
Alhambra Earclips



Home » About Us - The Best Replica Cartier Jewelry Online Store

## About Luxuries Bay

Don't know what gifts for people you love? Normal Jewelry too common? Everyone has a touch of the adventurer in them and more than one side to express. Who doesn't want need something classic, special and trendy? Come to Actuana.com. Here we have **Van Cleef & Arpels Jewelry, Replica Bvlgari Jewelry, Replica Cartier Jewelry** etc. You can find something for fun and something for those special days in life you will always remember. And don't forget something for the people you love.

Actuana.com listens to what you want. **Van Cleef & Arpels Jewelry**, replica Bvlgari Jewelry, replica Cartier Jewelry etc. Make pleasantly surprise for the people you love. Add brilliance for your special days. We always keep eyes on the fashion magazines, style blogs, and other on sales data's, etc. All the time we only focus on the things people fall in love and buy.

Our team of designers and manufacturers delivery the pieces as you want all the time not in weeks or months. You can find surprise here anytime. We focus on high quality level and amaze price. And always transfer new inspiration. You may notice our new **Van Cleef & Arpels Jewelry**, **Cartier Love Jewelry**, replica Cartier Jewelry etc express endless luck and love.

Our team of style experts travels the globe, trend-spotting and seeking out the latest in cool-girl style. Like your Jewelry BFF behind-the-scenes, we work quickly to design quality pieces that shine, sparkle and are made to last; we offer a lifetime guarantee on all of our products. With good compete price for you. If you are looking for Van Cleef & Arpels Jewelry, replica Bvlgari Jewelry, replica Cartier Jewelry etc with special design, with high quality and good price, Etc. Come to Actuana.com. We provide what you want.

Don't hesitate to come to us. We do what you can show people who you are. With our Van Cleef & Arpels Jewelry, replica Bvlgari Jewelry and replica Cartier Jewelry, etc. Bring endless luck to you and light up your life.











€461.72 €297.88
Spara: 35% mindre

€461.69 €297.75
Spara: 36% mindre

**Informations**

❤ Hem

❤ Kontakta Oss

❤ Webbplatskarta

**Products**

❤ Balenciaga Handväskor Nätet

❤ Cartier Handväskor Nätet

❤ Erbjudande

**Sign**

⭐ Receive ⭐ Pay

**Gucci väska billigt , Chanel väska pris , Louis Vuitton väskor , Mulberry billiga resväskor**

Copyright © 2016 www.adci-architects.net All right reserved. Powered by www.adci-architects.net. Gucci väska billigt



100% Äkta Cartier Handvä...

www.adci-architects.net/celine%20bi%20färg%20lambskin%20tote%20väskor%20grå-c-3.html

**Hand Bags**

Kundkorg

Skriv söktext här    SEARCH

LOGGA IN    SKAPA KONTO    Currencies: Euro ▼

HEM    NYA PRODUKTER    ERBJUDANDE    ALLA PRODUKTER    KONTAKTA OSS    Languages: 🏳

**VALUTA**

Euro ▼

**KATEGORIER**

› Balenciaga Handväskor Nätet
› Cartier Handväskor Nätet
› Celine Handväskor Nätet
› Chanel Handväskor Nätet
   2014 Chanel Cruise
   Chanel 2.55 Series
   Chanel Cambon Väskor
   Chanel Classic Väskor
   Chanel Clutch Väskor
   Chanel Coco Cocoon
   Chanel Fall Winter 2016
   Chanel Shoulder Väskor
   Chanel Tote Väskor
› Chole Handväskor Nätet
› Christian Dior Handväskor Nätet
› Givenchy Handväskor Nätet
› Gucci Handväskor Natet
   Gucci Belts
   Gucci Boston Väskor
   Gucci Cosmetic Väskor
   Gucci Handväskor Nätet
   Gucci Hobo Väskor
   Gucci Joy Väskor
   Man Gucci Väskor
   Gucci Messenger Väskor
   Gucci Shoulder Väskor
   Gucci Top Handlees
   Gucci Tote Väskor
   Gucci Travel Väskor
   Gucci Plånböcker
› Hermes Belt
› Hermes Handväskor Nätet
   Hermes Birkin Rea 25CM
   Hermes Birkin Rea 30CM
   Hermes Birkin Rea 35CM
   Hermes Birkin Rea 40CM
   Hermes Birkin Rea 42CM
   Hermes Casual Väskor

Hem :: Cartier Handväskor Nätet

**Cartier Handväskor Nätet**

Visar 1 till 17 (av 17 produkter)

**Produkt bild**    **Produktsnamn-**    **Pris**

**Cartier Marcello De Cartier Cony Hair Tote Väskor 1000633 Grå**
Cartier Marcello De Cartier Cony Hair Tote Bag 1000633 Grå – Cony Hair – Super soft calf leather – Double handles – Cartier...

€244.02 €158.16
Spara: 35% mindre
Lägg i varukorg

**Cartier Marcello De Large Crocodile Saddle Väskor 10001214 Mörk Gre**
Cartier Marcello De Large Crocodile Saddle Bag 10001214 Mörkt Grön   This is a vibrant collection illustrating an extravagant lifestyle....

€230.14 €148.73
Spara: 35% mindre
Lägg i varukorg

**Cartier Marcello De Cartier Patent Leather 1000633 Svart**
Cartier Marcello De Cartier Patent Leather 1000633 Svart – Super soft calf leather – Double handles – Cartier signature logo outside –...

€219.00 €141.65
Spara: 35% mindre
Lägg i varukorg

**Cartier Marcello De Large Crocodile Saddle Väskor 10001214 Khaki**
Cartier Marcello De Large Crocodile Saddle Bag 10001214 Khaki   This is a vibrant collection illustrating an extravagant lifestyle. Modern and...

€230.15 €149.59
Spara: 35% mindre
Lägg i varukorg

**Cartier Marcello De Cartier Patent Leather 1000633 Vit**
Cartier Marcello De Cartier Patent Leather 1000633 Vit  – Super soft calf leather – Double handles – Cartier signature logo outside –...

€219.65 €142.76
Spara: 35% mindre
Lägg i varukorg

**Cartier Marcello De Cartier Snake Veins Tote Väskor 1000633 Grå**

€221.81 €144.40
Spara: 35% mindre

























Damier Ebene Canvas
Damier Graphit Canvas
EPI Leather
Fall Winter 2016
Fashion Show Collctions
LV Travel Väskor
Mahina Leather
Monogram Blocks

























| | |
|---|---|
| Burberry | |
| Bvlgari | |
| Cartier | + |
| Chanel | + |
| Chaumet | |
| Chopard | + |
| Christian Dior | |
| Chronoswiss | |
| Concord | |
| Corum | + |
| D & G | |
| Daniel Roth | |
| Ebel | |
| Ferragamo | |
| Ferrari | |
| Franck Muller | + |
| Glashutte | |
| Graham | |
| Gucci | |
| Hamilton | |
| Harry Winston | |
| Hermes | |
| Hublot | + |
| Hysek | |
| Iwc | + |
| Jacob & Co | |
| Jaeger Le Coultre | |
| Longines | |
| Louis Vuitton | |
| Mont Blanc | |
| Nomos | |
| Omega | + |
| Oris | |
| Panerai | + |
| Parmigiani Fleurier | |
| Patek Philippe | + |
| Paul Picot | |
| Perrelet | |
| Piaget | |
| Porsche Design | |

Quick Contact








Gorgeous Franck Muller
Long Island Tourbillon
Chronograph Automatic


Fancy Franck Muller
Conquistador King
Chronograph Automatic


Perfect Franck Muller
Casablanca Automatic
Diamond Bezel With White


Cool Franck Muller
Conquistador King
Chronograph Automatic



Best Rolex Replica Watche... ✕

⬅ ➡ ↻ 🗋 www.almirallsofotec.net ☆ ≡

📁 Suggested Sites  📁 Imported From IE  📁 Free Time Card Calc...    📁 Other bookmarks

Vintage Rolex Datejust AAA Watches [B5R2]
$399.00  $138.69
Save: 65% off

Quintessential Rolex Datejust AAA Watches [C1R3]
$399.00  $138.55
Save: 65% off

Quintessential Rolex Datejust AAA Watches [R1X9]
$399.00  $138.55
Save: 65% off

Perfect Rolex GMT Master II AAA Watches [G7A1]
$399.00  $136.59
Save: 66% off

Vintage Rolex GMT Master II AAA Watches [T4F4]
$399.00  $136.59
Save: 66% off

Vintage Rolex GMT Master II AAA Watches [P9S3]
$399.00  $136.59
Save: 66% off

**MONTHLY SPECIALS FOR JANUARY**

Great Cartier Roadster Working Chronograph With White Dial AAA Watches [M7N8]
$399.00  $136.98
Save: 66% off

Gorgeous Cartier Santos 100 Chronograph Automatic With Black Dial AAA Watches [S1D2]
$399.00  $120.67
Save: 70% off

Quintessential Cartier Pasha Automatic With Black Dial AAA Watches [X1E7]
$399.00  $136.98
Save: 66% off

Modern Cartier Roadster Automatic With Black Dial AAA Watches [A3T1]
$399.00  $136.98
Save: 66% off

Gorgeous Cartier Santos 100 Chronograph Asia Valjoux 7750 Movement Two Tone AAA Watches [S8X2]
$399.00  $247.58
Save: 38% off

Quintessential Cartier Pasha Automatic With Silver Dial AAA Watches [R2P9]
$399.00  $136.98
Save: 66% off

Quintessential Cartier Roadster Automatic With Black Dial And Black Leather Strap AAA Watches [R8T2]
$399.00  $136.98
Save: 66% off

Great Cartier Santos 100 Automatic With Brown Bezel And Rubber Strap AAA Watches [H6M7]
$399.00  $136.98
Save: 66% off

Quintessential Cartier Roadster Automatic With

Great Cartier Santos 100

Quintessential Cartier

Quintessential Cartier



Roadster Automatic With
Black Dial And Ssband
Strap AAA Watches [V1N5]
$399.00  **$136.98**
Save: 66% off

Chronograph Automatic
Gold Case With White Dial
AAA Watches [E9I1]
$399.00  **$136.98**
Save: 66% off

Pasha Automatic With Pink
Dial-New Version AAA
Watches [C2E3]
$399.00  **$136.98**
Save: 66% off

Roadster Chronograph
Automatic With White Dial
AAA Watches [L7U8]
$399.00  **$136.98**
Save: 66% off

**ABOUT US**
Shipping & Returns
Confidentiality Policy
My Account
Command History

**SERVICE CLIENTS**
Home
Contact Us
Advanced Search
Site Map

**JOIN US**
Join us and become a member in
order to get the latest information
on products!
Join Us

**PAYMENT METHODS**

Copyright © 2015 www.myvipwatches.com





MONTHLY SPECIALS FOR JANUARY





There are currently no product reviews.
Approval Required

write a review

**CUSTOMERS WHO BOUGHT THIS PRODUCT ALSO PURCHASED...**

Cool Cartier Ballon Bleu De Cartier Chronograph Automatic With White Dial AAA Watches [G9X2]
$399.00  $136.98
Save: 66% off

Popular Cartier Ballon Bleu De Cartier Full Gold With Diamond Bezel AAA Watches [E4P7]
$399.00  $136.98
Save: 66% off

Great Cartier Ballon Bleu De Cartier Tourbillon Manual Winding AAA Watches [A5B6]
$399.00  $136.98
Save: 66% off

Great Cartier Ballon Bleu De Cartier With Diamond Beze And Brown Dial AAA Watches [T3L2]
$399.00  $136.98
Save: 66% off

Modern Cartier Ballon Bleu De Cartier Full Rose Gold With Diamond Bezel AAA Watches [E7C2]
$399.00  $136.98
Save: 66% off

Cool Cartier Ballon Bleu De Cartier Full Rose Gold With Diamond Bezel AAA Watches [U8N3]
$399.00  $136.98
Save: 66% off

Fancy Cartier Ballon Bleu De Cartier With White Dial Lady Size AAA Watches [D5U5]
$399.00  $136.98
Save: 66% off

Cool Cartier Ballon Bleu De Tourbillon Automatic Movement Silver Case AAA Watches [N2T7]
$399.00  $136.98
Save: 66% off





Vacheron Constantin

Zenith

Jaeger Le Coultre

Oris

Ferrari



**ABOUT US**

Shipping & Returns
Confidentiality Policy
My Account
Command History

**SERVICE CLIENTS**

Home
Contact Us
Advanced Search
Site Map

**JOIN US**

Join us and become a member in
order to get the latest information
on products!
Join Us

**PAYMENT METHODS**

Copyright © 2015 www.myvipwatches.com





Create a customer profile with **www.myvipwatches.com** which allows you to shop faster, track the status of your current orders and review your previous orders.

* Required information

**Address Details**

| | |
|---|---|
| Mr. ● Ms. * | |
| First Name: | Brienne |
| Last Name: | Willis |
| Street Address: | 1753 N Artesian Ave #3 |
| City: | Chicago |
| State/Province: | Illinois |
| Post/Zip Code: | 60647 |
| Country: | United States |

**Additional Contact Details**

Telephone: 3125430948

**Login Details**

| | |
|---|---|
| Email Address: | bwillis991@yahoo.com |
| Password: | ••••••• |
| Confirm Password: | ••••••• |

**Newsletter and Email Details**

☐ Subscribe to Our Newsletter.
○ HTML ● TEXT-Only

submit



**ABOUT US**
Shipping & Returns
Confidentiality Policy
My Account
Command History

**SERVICE CLIENTS**
Home
Contact Us
Advanced Search
Site Map

**JOIN US**
Join us and become a member in order to get the latest information on products!
Join Us

**PAYMENT METHODS**

Copyright © 2015 www.myvipwatches.com











Home / Shipping & Returns

Shipping Policy

1. Upon receiving your order, we will try our best to send the goods to you as soon as possible. Shipping takes 4-5 business days. If the goods is out of stock, we will also inform you in the first place.
2. Shipping is made via EMS/DHL/UPS/FedEX Post.
3. For delivery, we use Post for delivery. We will provide you with tracking numbers immediately upon shipment.
4. You can mix any items from our store together!
5. If you have special requirement about the order, please leave us a comment during payment, or contact us directly.

Shipping Fees Note

1. Items are processed and shipped Monday-Saturday excluding holidays.
2. Customers are responsible for providing a full valid address, including apartment number if applicable, for delivery.
3. They are responsible for arranging mail forwarding if they are moving, and for putting a vacation hold if they do not anticipate that they will be at home when the package is due to arrive.
4. Customers are entirely responsible for ensuring the receipt of the package, and our website will not be responsible for returned orders due in part by customer negligence.

Return & Exchange Policy

1. We could provide return, exchange or refund if our customer find any quality problem after you receive the items we sent. In this case, please take a photo about the products and send e-mail to us,after we confirm,we will re-send the product to you or full refund to you.
2. All items sent back to us must be in their original condition i.e. not worn, altered or washed, with all tags attached.For all purchases of items we will only accept returns within 7 days of receipt of goods.
3. Refunds are issued in the same form in which the original payment was made and may take up to 7-30 business days after the receipt of goods. No Return or Exchange for these products once they have been used.
4. You need to pay the delivery charge. We advise you could deliver the items to us by a post office, like EMS, or UPS. They can take less charge.

5.Please put the value down on the invoice within $25, otherwise there will be expensive tax fees.

back



ABOUT US
Shipping & Returns
Confidentiality Policy
My Account
Command History

SERVICE CLIENTS
Home
Contact Us
Advanced Search
Site Map

JOIN US
Join us and become a member in order to get the latest information on products!
Join Us

PAYMENT METHODS

Copyright © 2015 www.myvipwatches.com





















**Tips**
1. For credit card payment, the maximum order amount is $1000. If your order amount exceeds the limit, pls split it.
2. A credit card can be used only once a day so as to avoid double charges.

**Buy 3 get the 4th Free back**
If you buy three products(each original price must>=$118),you can get the fourth (original price <=118) for free. Promotional products and clearance are not eligible.
Buy more get more

Recently Viewed Items                                                                 [Clear]

Cartier Tank Swiss
ETA 2836
$318.00
★★★☆☆ (0)

REPLICA ROLEX    NEW PRODUCTS    CONTACT US    FAQ    GUARANTEE & WARRANTY    PRIVACY POLICY
COPYRIGHT © 2006-2016 ALONGWATCHES.COM ALL RIGHTS RESERVED.





You are enough to enjoy one of the promotions below:
**\* BUY $200 GET $100, BUY $300 GET $150, BUY MORE GET MORE FREE!**
\* Buy 3 items get the 4th FREE BACK!

Coupon Code/Gift Code
How to use a coupon code/gift code?

Reference No

Apply

Continue Shopping

Apply

Select all
Subtotal $318.00

**Checkout**

**Tips**
1. For credit card payment, the maximum order amount is $1000. If your order amount exceeds the limit, pls split it.
2. A credit card can be used only once a day so as to avoid double charges.

**Buy 3 get the 4th Free back**

If you buy three products(each original price must>=$118),you can get the fourth (original price <=118) for free. Promotional products and clearance are not eligible.
Buy more get more

Recently Viewed Items                                                    [Clear]

Cartier Tank Swiss
ETA 2836
**$318.00**
(0)

REPLICA ROLEX     NEW PRODUCTS     CONTACT US     FAQ     GUARANTEE & WARRANTY     PRIVACY POLICY

COPYRIGHT © 2008-2016 ALONGWATCHES.COM ALL RIGHTS RESERVED.

Waiting for js.mixcharge.com...







| Product | | Quantity | Price |
|---|---|---|---|
| | Cartier Tank Swiss ETA 2836 Movement Diamond Bezel & Markers with White Dial S/S<br>size:Man Size(36x47mm)<br>color:Default | 1 | $318.00 |
| Item Number:225618 | | | |

To edit your cart , Click Here

| | |
|---|---|
| Subtotal: | $318.00 |
| Grand Total: | $318.00 |

Continue

REPLICA ROLEX     NEW PRODUCTS     CONTACT US     FAQ     GUARANTEE & WARRANTY     PRIVACY POLICY

COPYRIGHT © 2008-2016 ALONGWATCHES.COM. ALL RIGHTS RESERVED.



www.alongwatches.com/help_article/about-us/33/contact-us.html

HELLO,DUNBAR_T... USER CENTER | LOGOUT

THE BEST WATCH SHOP ONLINE
ALONGWATCHES.com

SHOPPING CART:
Cart: 1 item(s)

HOME    HOT WATCHES    OTHER WATCHES    BEST PRODUCTS    HOT PRODUCTS    CLEARANCE    TESTIMONIALS    ABOUT US

ALL CATEGORIES

HOME > CONTACT US

- Rolex (5907)
- Omega (974)
- Breitling (396)
- Tag Heuer (533)
- Bell & Ross (29)
- Cartier (926)
- Hublot (395)
- Panerai (400)
- U-Boat (66)
- Audemars Piguet (283)
- IWC (456)
- Patek Philippe (655)
- Montblanc (192)
- Chopard (195)
- Ulysse Nardin (40)
- Graham (10)
- A.Lange & Sohne (4)
- More (13656)
- Clearance
- Instock

Contact Us

For general information, such as buying process, payment methods, delivery options or dispute process, please refer to our Help Center.

If you need any inquiries with your recent orders, please contact alongwatches.com Customer Service Center at support@alongwatches.com.

REPLICA ROLEX     NEW PRODUCTS     CONTACT US     FAQ     GUARANTEE & WARRANTY     PRIVACY POLICY

COPYRIGHT © 2008-2016 ALONGWATCHES.COM. ALL RIGHTS RESERVED.



### About Us

alongwatches.com is a reliable B2C online store providing top quality replica watches, as well as many other fashion items, at low prices. Our customers' satisfaction means the world to us, which has also been the chief objective.

Our shop offers fine replica watches of almost all the renowned brands, Rolex, Breitling, Omega, Vacheron Constantin, Patek Philippe, Chopard, Cartier, IWC, Panerai, Corum, etc. The vast range of choices we offer, together with our guarantee of quality, has helped us win the hearts of numerous customers around the globe. We truly cherish the trust our customers have put in us. To keep that great reputation and gain more popularity is what we are working on.

Here at our shop you can expect great products and first-class services. All of our products come directly from our OEM manufacturers. Only fine materials will go into the manufacturing processes, which are all under strict supervision. And only those products well made can pass the further inspection of our QC team to make sure that every single piece coming to you is in perfect condition. Besides, to minimize your costs, we offer free shipping service to lots of countries.

Yet, in addition to the replica brand watches, we also provide you with other replica items designed by those famous fashion houses, including bags, shoes, jewelry, sunglasses and other items. Our ultimate goal is to rank the first on your list of online shops.

We keep in mind everything you care about, because each of our customers, like you, is of great importance to us. It's pretty wise of you to choose us, and we wish you a joyful shopping time.

REPLICA ROLEX    NEW PRODUCTS    CONTACT US    FAQ    GUARANTEE & WARRANTY    PRIVACY POLICY

COPYRIGHT © 2008-2016 ALONGWATCHES.COM ALL RIGHTS RESERVED.